ORIGINAL

FILED
SEP 27 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. ______________ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## COMPLAINT

1. This is an action for the refund of $3,678,960 in interest paid to the Internal Revenue Services (the "IRS") for the plaintiff's tax year ending June 30, 1987 ("1987") or of such other amount to which the plaintiff may be entitled based on the facts set forth below.

2. This action arises under I.R.C. (26 U.S.C.) § 7422. This Court has jurisdiction under 28 U.S.C. § 1346 (a)(1) and 28 U.S.C. § 1491.

3. During the period at issue here, Parker Hannifin Corporation ("Parker") was an Ohio Corporation and the parent of a multinational group of corporations engaged in the manufacturing business. Parker has a business address at 6035 Parkland Blvd, Mayfield Heights, Ohio 44124, and its Employer Identification Number is 34-0451060.

4. The defendant is the United States of America.

5. On or about March 15, 1988, Parker filed a consolidated federal income tax return on IRS Form 1120 (the "Tax Return") for the tax year ending June 30, 1987 ("1987") with the

IRS Service Center at Cincinnati, Ohio. The 1987 Tax Return showed a tax liability of $32,074,879 and reflected estimated tax payments of $16,500,000 made by Parker, all made between October 15, 1986 and March 18, 1987 and a tax payment made by Parker as of the original due date (September 15, 1987) of the 1987 Tax Return in the amount of $7,300,000, plus a overpayment credit applied from a prior tax period in the amount of $8,903,342, representing $32,703,342 tax payments in total. Since the total tax payments of $32,703,342 exceeded the amount of the tax liability of $32,074,879 for 1987, Parker had made an overpayment of its 1987 taxes in the amount of $628,463.

6. Parker elected to credit the resulting $628,463 overpayment shown on the 1987 Tax Return to its estimated tax liability for its tax year ending June 30, 1988 ("1988").

7. Of the $628,463 overpayment from 1987, $539,450 was used to satisfy the third installment of the 1988 estimated tax that was due on March 15, 1988. The remaining $89,013 of the 1987 overpayment was not required to meet Parker's 1988 estimated tax obligations or to pay any of the amount shown as due on its 1988 Tax Return. On or about March 15, 1989, Parker filed a Tax Return for 1988 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $48,947,332. The 1988 Tax Return reflected estimated tax payments of $52,500,000 made by Parker between October 15, 1987 and June 16, 1988, plus the $628,463 overpayment from 1987 that was credited to 1988, representing $53,128,463 of tax payments in total. Since the total tax payments of $53,128,463 exceeded the amount of the tax liability of $48,947,332 for 1988, Parker had made an overpayment of its 1988 taxes in the amount of $4,181,131.

8. Parker elected to credit the resulting $4,181,131 overpayment shown on its 1988 Tax Return to its estimated tax liability for its tax year ending June 30, 1989 ("1989"), including

$89,013 of the overpayment from 1987 that had been credited to 1988 and $4,092,118 which originated in 1988.

9. The 1988 overpayment credited to 1989 in the amount of $4,181,131 was not required to meet Parker's 1989 estimated tax obligations, and only $527,361 of the 1988 overpayment was used to pay the amount shown as due on its 1989 Tax Return. The remaining $3,653,770 was not required to meet Parker's 1989 estimated tax obligations or to pay any of the amounts shown as due on its 1989 Tax Return. On or about March 15, 1990, Parker filed a Tax Return for 1989 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $35,027,361. The 1989 Tax Return reflected estimated tax payments of $32,000,000 made by Parker between October 15, 1988 and June 16, 1989, and a tax payment made by Parker as of the original due date (September 15, 1989) of the 1989 Tax Return in the amount of $2,500,000 plus $4,181,131 overpayment from 1988 that was credited to 1989, representing $38,681,131 of tax payments in total. Since the total tax payments of $38,681,131 exceeded the amount of the tax liability of $35,027,361 for 1989, Parker had made an overpayment of its 1989 taxes in the amount of $3,653,770.

10. Parker elected to credit the resulting $3,653,770 overpayment shown on its 1989 Tax Return to its estimated tax liability for its tax year ending June 30, 1990 ("1990"), including the remaining $89,013 overpayment from 1987 that had been credited to 1988 and $3,564,757 of the overpayment credit from 1988 that had been credited to 1989.

11. The entire 1989 overpayment in the amount of $3,653,770 ultimately was not required to meet Parker's 1990 estimated tax obligation or to pay any of the amount shown as due on its 1990 Tax Return. On or about March 15, 1991, Parker filed a Tax Return for 1990 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $16,148,369. The

1990 Tax Return reflected estimated tax payments of $23,500,000 made by Parker between October 15, 1989 and June 18, 1990 plus $3,653,770 overpayment from 1989 that was credited to 1990, representing $27,153,770 of tax payments in total. Since the total tax payments of $27,153,770 exceeded the amount of the tax liability of $16,148,369 for 1990, Parker had made an overpayment of its 1990 taxes in the amount of $11,005,401.

12. Parker elected to credit the resulting $11,005,401 overpayment shown on the 1990 Tax Return to its estimated tax liability for its tax year ending June 30, 1991 ("1991"), including $89,013 of the overpayment from 1987 that had been credited to 1988, $3,564,757 of the overpayment from 1988 that had been credited to 1989 and $7,351,631 which originated in 1990.

13. Of the $11,005,401 overpayment from 1990, $37,092 was used to satisfy the first installment of the 1991 estimated tax that was due on October 15, 1990, $2,049,926 was used to satisfy the second installment of the 1991 estimated tax that was due on December 15, 1990, and $2,043,509 was used to satisfy the third installment of the 1991 estimated tax that was due on March 15, 1991. The remaining $6,874,874 of the 1990 overpayment was not required to meet Parker's 1991 estimated tax obligations or to pay any of the amounts shown as due on its 1991 Tax Return. On or about March 15, 1992, Parker filed a Tax Return for 1991 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $22,415,595. The 1991 Tax Return reflected estimated tax payments of $18,500,000 made by Parker between October 15, 1990 and June 17, 1991, plus the $11,005,401 overpayment from 1990 that was credited to 1991, representing $29,505,401 of tax payments in total. Since the total tax payments of $29,505,401 exceeded the amount of the tax liability of $22,415,595 for 1991, Parker had made an overpayment of its 1991 taxes in the amount of $7,089,806.

14. Parker elected to credit the resulting $7,089,806 overpayment shown on its 1991 Tax Return to its estimated tax liability for its tax year ending June 30, 1992 ("1992"), including $89,013 of the overpayment from 1987 that has been credited to 1988, $3,564,757 of the overpayment from 1988 that has been credited to 1989, $3,221,104 of the overpayment from 1990 that has been credited to 1991 and $214,932 which originated in 1991.

15. Of the $7,089,806 overpayment from 1991, $3,094,758 was used to satisfy the third installment of the 1992 estimated tax that was due on March 15, 1992. The remaining $3,995,048 of the 1991 overpayment was not required to meet Parker's 1992 estimated tax obligations or to pay any of the amounts shown as due on its 1992 Tax Return. On or about March 8, 1993, Parker filed a Tax Return for 1992 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $29,028,991. The 1992 Tax Return reflected estimated tax payments of $26,500,000 made by Parker between October 15, 1991 and June 15, 1992, plus the $7,089,806 overpayment from 1991 that was credited to 1992, representing $33,589,806 of tax payment in total. Since the total payment of $33,589,806 exceeded the amount of the tax liability of $29,028,991 for 1992, Parker had made an overpayment of its 1992 taxes in the amount of $4,560,815.

16. Parker elected to credit the resulting $4,560,815 overpayment shown on its 1992 Tax Return to its estimated tax liability for its tax year ending June 30, 1993 ("1993"), including $89,013 of the overpayment from 1987 that has been credited to 1988, $3,564,757 of the overpayment from 1988 that has been credited to 1989, $341,278 of the overpayment from 1990 that has been credited to 1991 and $565,767 which originated in 1992.

17. Of the $4,560,815 overpayment from 1992, $969,040 was used to satisfy the second installment of 1993 estimated tax that was due on December 15, 1992, $1,474,144 was

used to satisfy the thrid installment of 1993 estimated tax that was due on March 15, 1993 and $1,950,276 was used to satisfy the fourth installment of 1993 estimated tax that was due on June 15, 1993. The remaining $167,355 of the 1992 overpayment was not required to meet Parker's 1993 estimated tax obligations or to pay any of the amounts shown as due on its 1993 Tax Return. On or about March 15, 1994 Parker filed a Tax Return for 1993 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $40,843,717. Additional tax of $188,027 was assessed on August 29, 1994, resulting in a total tax liability of $41,031,744. The 1993 Tax Return reflected estimated tax payments of $32,000,000 made by Parker between October 15, 1992 and June 15, 1993 and a tax payment made by Parker as of the original due date (September 15, 1993) of the 1993 Tax Return in the amount of $5,000,000, plus the $4,560,815 overpayment from 1992 that was credited to 1993, plus an additional generated refundable credit allowance of $14,388, plus interest credited to the account of $15.18, less $293.68 which was refunded to Parker, representing $41,574,924 of net tax payments. Since the total payments of $41,574,924 exceeded the amount of the liability of $41,031,744 for 1993, Parker had an overpayment of its 1993 taxes in the amount of $543,180.

18. Parker elected to credit the resulting $543,180 overpayment shown on its 1993 Tax Return to its estimated tax liability for its tax year ending June 30, 1994 ("1994"), including $89,013 of the overpayment from 1987 that has been credited to 1988, $78,342 of the overpayment from 1988 that has been credited to 1989 and $375,825 which originated in 1993.

19. The 1993 overpayment credit to 1994 was not required to meet Parker's 1994 estimated tax obligations, however the entire $543,180 overpayment was used to pay the amount shown as due on its 1994 Tax Return. On or about March 15, 1995, Parker filed a Tax Return for 1994 with the IRS Service Center at Cincinnati, Ohio showing a tax liability of $54,722,792.

The 1994 Tax Return reflected estimated tax payments of $47,000.000 made by Parker between October 15, 1993 and June 15, 1994, along with a tax payment made by Parker as of the original due date (September 15, 1994) of the 1994 Tax Return in the amount of $4,500,000 and a tax payment made by Parker with the filing of the 1994 Tax Return (filed March 15, 1995) in the amount of $2,655,754, plus $543,180 overpayment from 1993 that was credited to 1994, plus an additional generated refundable credit allowance of $23,858, representing $54,722,792 of tax payments in total. Since the total payments of $54,722,792 equaled the liability of $54,722,792 for 1994, no overpayment remained from earlier years or from the current year.

20. In addition (and without regard) to the overpayments of tax described in paragraphs 5 through 19 above that were ultimately refunded or applied to subsequent year obligations without interest (the "Excess Credit Elect Amounts"), Parker overpaid many of its estimated tax obligations during the period beginning with its October 15, 1986 estimated tax payment and ending with its June 15, 1994 estimated tax payment (the "Excess Estimated Tax Payments").

21. These Excess Estimated Tax Payments were ultimately refunded or applied to Parker's tax obligations for 1987 through 1994. The defendant did not pay any interest on any of the Excess Estimated Tax Payments for the periods it held them.

22. As a result of three separate federal audit adjustments (increase of tax in the amount of $51,496; increase in tax in the amount of $14, 949,394 and a decrease of tax in the amount of $1,150,000) the IRS assessed additional income tax in the net amount of $13,850,890 (the "1987 Deficiency") and interest in the amount of $5,783,569 ("Deficiency Interest") for the 1987 tax year.

23. On or about March 15, 1995, Parker paid the entire amount of the 1987 Deficiency of $13,850,890 and the entire amount of the 1987 Deficiency Interest of $5,783,569.

24. The IRS Transcript of Account, for Parker's 1987 tax year, includes a charge for 1987 Deficiency Interest in the amount of $5,783,569.

25. Parker timely filed a claim for refund with respect to the 1987 Deficiency Interest ("Refund Claim"). A true copy of the Refund Claim along with attachments are attached hereto as Exhibit A. The Refund Claim has carved out the periods for which the defendant has already permitted the suspension of the accrual of interest, pursuant to Rev. Rul. 99-40.

26. The defendant disallowed Parker's Refund Claim in a letter dated November 20, 2001. A true copy of the Notice of Claim disallowance is attached hereto as Exhibit B. As a result, the defendant failed to suspend the accrual of interest on the 1987 Deficiency amount (prior to their elimination by payment or carryback) that were offset by Excess Credit Elect Amounts and Excess Estimated Tax Payments, in each case during the periods those sums were held by the defendant on an interest-free basis. The defendant's failure to suspend the accrual of interest was erroneous and unlawful.

27. Parker filed a protest letter with the IRS Appeals Office in Cleveland, Ohio with respect to the 1987 Deficiency Interest on or about May 3, 2002. A true copy of Parker's protest letter is attached hereto as Exhibit C.

28. During the Appeals process, Parker provided additional information and explanation of its refund claim in a letter dated October 22, 2004. A true copy of the letter and exhibits provided to the Appeals Officer are attached hereto as Exhibit D. The "carve-out" periods identified in paragraph 25 above are further explained in Exhibit D-4 – Credit Elect "Use of Money" charts.

29. Effective December 22, 2004, Parker and the defendant entered into an Agreement to Extend the time to Bring Suit (IRS Form 907), extending the time until September 30, 2005, on or before which date Parker may bring suit to recover taxes and interest for the period ended June 30, 1987. A true copy of IRS Form 907 is attached hereto as Exhibit E.

30. The Appeals Office of the IRS disallowed Parker's 1987 Deficiency Interest Refund Claim in a letter dated June 16, 2005. A true copy of the Appeals Office letter dated June 16, 2005 is attached hereto as Exhibit F.

31. Parker is aggrieved by the defendant's failure to refund the interest so erroneously and unlawfully accrued and included in the 1987 Interest Deficiency.

32. Parker has made no transfer or assignment of the Refund Claim set forth above or any part thereof and is the sole and absolute owner of the claim. No other suit or process by Parker is pending on the Refund Claim in any other court.

33. WHEREFORE, Parker prays that this Court enter judgment in its favor in the amount of $3,678,960 or such other amount as may be due, together with interest and costs as provided by law, and for such other and further relief to which Parker may be entitled.

Dated: September 26, 2005

PARKER HANNIFIN CORPORATION
By its attorney,

William R. Stewart

William R. Stewart (0010680)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: 216-566-5580
Facsimile: 216-566-5800

Of Counsel:

Jeffry J. Erney
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Telephone: 216-566-5831
Facsimile: 216-566-5800

11113801.9

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
Washington National Tax Services
1301 K Street NW, 800W
Washington DC 20005-3333
Telephone (202) 414 1000
Facsimile (202) 414 1301

May 26, 2000

Internal Revenue Service
Attention: Mail Stop 6800 – Net Rate
1160 W. 1200 South
Ogden, UT 84201

Reference: Parker Hannifin Corporation
EIN: 34-0451060
Form 1120
Tax Years Ending: June 30, 1987

Dear Sir or Madam:

We have reviewed the underpayment interest amounts for the tax period shown above. Our analysis and calculations show that Parker Hannifin Corporation (PHC) has overpaid deficiency interest based on the "use of money" principles established in Avon Products, Inc. v. U.S., 588 F.2d 342 (2d Cir. 1978) and The May Department Stores Co. v. U.S. [96-2 USTC para. 50,596], 36 Fed. Cl. 680 (1996), acq. AOD CC-1997-008 (Aug. 4, 1997). The holdings in both Avon Products and May Department Stores are incorporated in Rev. Rul. 99-40, 1999-40 IRB 1 (Oct. 4, 1999). Those cases, and Rev. Rul. 99-40, support the conclusion that the IRS can only charge interest for periods that a tax liability is both due and unpaid. As shown in the enclosed calculations, PHC is entitled to a refund of overpaid interest in the amount of **$9,107.03** for tax year 8706. Our calculations indicate that the total refund due PHC for this issue, including allowable interest calculated to May 30, 2000, is **$12,493.06.**

**Please Note: This claim is being filed concurrently with two net rate interest claims filed pursuant to IRC § 6621(d) and Rev. Proc. 99-43. In preparing those claims we assumed that this claim would be allowed.**

For the tax year in question, the taxpayer reported an overpayment on its return and elected to have the overpayment applied to the subsequent year's estimated tax as a "credit elect." The IRS later determined a tax deficiency for the 8706 tax year. It is our position that interest only begins to run on any deficiency when, and to the extent that, the credit elect is needed to satisfy a subsequent liability, or is refunded.

The enclosed "Use of Money Analysis" work paper computes overpayment balances on the taxpayer's Form 1120 account in liability due date order. We believe that the principal amount of tax deficiency subject to underpayment interest has been overstated in the IRS's interest computations. In that regard, the line on the "Use of Money Analysis" entitled "use of money for 8706" identifies the unapplied credit balance that should be offset against the tax deficiency for the purpose of computing underpayment interest from the due date of that

PRICEWATERHOUSECOOPERS

installment of estimated tax. This offset should be incorporated into the 8706 period underpayment interest computations until the overpayment is needed to satisfy a statutory liability or is refunded.

For the tax periods at issue, we have enclosed for your review:

(1) A copy of the original Form 2220, "Underpayment of Estimated Tax by Corporations."

(2) A "Use of Money Analysis," as described above.

(3) Our computation of underpayment interest.

Below is a narrative summary of our findings.

**Tax Year Ending June 30, 1987 (8706)**

On May 27, 1993, February10, 1997, and September 14, 1998, the IRS posted general tax adjustments in the total net amount of $13,850,890 to the 8706 PHC corporate income tax account. In addition, $6,254,822.02 of deficiency interest was assessed and paid as a result of the net tax deficiency. The IRS charged interest from September 15, 1987, the unextended return due date of the 8706 tax return, until the deficiency and interest were paid in full.

When its original 8706 return was filed (by the extended due date of March 15, 1988), PHC elected to apply the entire $628,463 overpayment shown on the return to its 8806 estimated tax liability. The enclosed "8706 Use of Money Analysis" shows that all four quarterly installments of 8806 estimated tax were overpaid. The IRS has previously allowed a refund claim based on a change in the start date for deficiency interest from September 15, 1987, to March 15, 1988 (the due date of the third quarterly installment of 8806 estimated tax).

This claim seeks adjustment and refund of the underpayment interest which is attributable to $89,013 of the tax deficiency from March 15, 1988, to September 15, 1988 (the unextended due date of the 8807 income tax return). $89,013 represents the amount of overpayment per the original 8706 tax return that was never needed to satisfy any of the taxpayer's 8806 quarterly estimated tax liabilities. Accordingly, no interest should have been charged on $89,013 of the subsequently-determined deficiency until September 15, 1988. The logic and fact patterns described in this claim are supported by both Rev. Rul. 99-40 and applicable case law.

PRICEWATERHOUSECOOPERS

Enclosed please find our computation of interest for PHC's 8706 Form 1120 account, which indicates that for 8706 PHC has overpaid deficiency interest by **$9,107.03**. Please refund this overpayment with allowable overpayment interest. [As noted above, the total amount of the refund is **$12,493.06**, including allowable interest calculated to May 30, 2000.]

Enclosed is a Form 2848, "Power of Attorney and Declaration of Representative," authorizing you to work directly with PricewaterhouseCoopers LLP in resolving these issues. Please call Garth Gunter at (816) 218-1714, Theresa Reiger at (801) 334-2122, or me at (202) 414-1671, if you have any questions regarding these accounts or the requested interest adjustments. Thank you in advance for your assistance in addressing these Parker Hannifin Corporation claims.

Sincerely,

Diana McCarthy

Diana McCarthy
PricewaterhouseCoopers LLP

Enclosures: Use of Money Analysis
Copy of Form 2220, as originally filed
Interest computation
Form 2848, Power of Attorney

cc: William R. Hoelting, Parker Hannifin Corporation
Charles N. Hirsch, Parker Hannifin Corporation
Julian G. Buck, PricewaterhouseCoopers, LLP

Parker Hannifin Corporation
EIN 34-0451060
Form 1120
Analysis of 8806 Estimated Tax Liabilities for 8706 Interest Claim

| | | | | |
|---|---|---|---|---|
| Subsequent Year Quarter | 1st | 2nd | 3rd | 4th |
| Due date | 10/15/87 | 12/15/1987 | 03/15/1988 | 06/15/1988 |
| Quarterly Liability from Form 2220 | 11,013,150.00 | 11,013,150.00 | 11,013,150.00 | 11,013,150.00 |
| Payment (TC 660) this quarter | (13,500,000.00) | (11,500,000.00) | (7,500,000.00) | (20,000,000.00) |
| tc716 or prior quarter balance | (628,463.00) | (3,115,313.00) | (3,602,163.00) | (89,013.00) |
| (overpaid)/underpaid | (3,115,313.00) | (3,602,163.00) | (89,013.00) | (9,075,863.00) |
| | | | | |
| 8706 tax deficiency | 13,850,890.00 | 13,850,890.00 | 13,850,890.00 | 13,850,890.00 |
| **use of money for 8706** | **(628,463.00)** | **(628,463.00)** | **(89,013.00)** | **(89,013.00)** |
| Balance Subject to underpayment interest | 13,222,427.00 | 13,222,427.00 | 13,761,877.00 | 13,761,877.00 |

PARKER HANNIFIN CORPORATION
CREDIT ELECT ANALYSIS
TAX YEAR 8806

8806 OVERPAYMENT CREDIT ELECT FROM 8706 $628,463.00

| | 10/15/87 | 12/15/87 | 3/15/88 | 6/15/88 |
|---|---|---|---|---|
| INSTALLMENT DUE (Per F.2220) | $11,013,150 | $11,013,150 | $11,013,150 | $11,013,149 |
| AMOUNT PAID | ($13,500,000) | ($11,500,000) | ($7,500,000) | ($20,000,000) |
| OVERPAID | ($2,486,850) | ($486,850) | - | ($8,986,851) |
| UNDERPAID | - | - | $3,513,150 | - |
| OVERPAID 101587 USED | - | - | ($2,486,850) | - |
| OVERPAID 121587 USED | | | ($486,850) | |
| CREDIT ELECT UTILITZED | - | - | ($539,450) | - |
| UNUSED CREDIT ELECT | | | | ($89,013) |

Form **2220**
Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Corporations

▶ Attach to your tax return.
▶ For Paperwork Reduction Act Notice, see separate instructions.

OMB No. 1545-0142

**1987**

Name: PARKER HANNIFIN CORP & SUBSIDIARIES

Employer identification number: 34-0451060

**Part I — How To Figure Your Underpayment** (*Note: If you qualify for exception 1 (line 11) for all four payment periods, you do not have to file Form 2220. If you meet any of the other exceptions that avoid the underpayment penalty for ALL quarters, complete only lines 10 through 14.*)

| Line | Description | | Amount |
|---|---|---|---|
| 1 | 1987 tax (line 31, Form 1120; line 27, Form 1120-A; or comparable line for other income tax returns (see instructions)) | | 48,947,332 |
| 2a | Personal holding company tax included in line 1 (Schedule PH (Form 1120), line 15) | | |
| b | Credit for Federal tax on gasoline and special fuels (see instructions) | | |
| 3 | Total—Add lines 2a and 2b | | |
| 4 | Subtract line 3 from line 1 | | 48,947,332 |
| 5 | 90% of line 4 | | 44,052,599 |

| Line | Description | Due Dates of Installments (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 6 | Enter in columns (a) through (d) the installment due dates (the 15th day of the 4th, 6th, 9th, and 12th months of your tax year) | 10 15 87 | 12 15 87 | 03 15 88 | 06 15 88 |
| 7 | Enter 25% of line 5 in columns (a) through (d) | 11,013,150 | 11,013,150 | 11,013,150 | 11,013,149 |
| 8a | Amount paid or credited for each period (see instructions) | 14,128,463 | 11,500,000 | 7,500,000 | 20,000,000 |
| b | Overpayment of previous installment (see instructions) | | 3,115,313 | 3,602,163 | 89,013 |
| c | Add lines 8a and 8b | 14,128,463 | 14,615,313 | 11,102,163 | 20,089,013 |
| 9 | Underpayment (line 7 less line 8c) or overpayment (line 8c less line 7) | 3,115,313 | 3,602,163 | 89,013 | 9,075,864 |

**Part II — Exceptions to the Penalty** (Read instructions for lines 11 through 14 before entering an amount.)

| Line | Description | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 10 | Total amount paid or credited from the beginning of the tax year through the installment dates that correspond to the 15th day of the 4th, 6th, 9th, and 12th months of your tax year | 14,128,463 | 25,628,463 | 33,128,463 | 53,128,463 |
| 11 | Exception 1, prior year's tax. (Note: Not applicable for "large corporations" (see instructions)) | 25% of tax | 50% of tax | 75% of tax | 100% of tax |
| 12 | Exception 2, tax on prior year's income based on the facts shown on the prior year's return but using current year's rates. (Note: Not applicable for "large corporations" (see instructions)) | 25% of tax | 50% of tax | 75% of tax | 100% of tax |
| 13 | Exception 3, tax on annualized income (attach computation (see instructions)) | 22.50% of tax<br>12,159,772 | 45% of tax<br>24,251,612 | 67.50% of tax<br>32,583,442 | 90% of tax<br>49,149,424 |
| 14 | Additional exception for recurring seasonal income (see instructions) | | | | |

**Part III — How To Figure the Penalty**

| Line | Description | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 15 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier | | | | |
| 16 | Number of days from due date of installment on line 6 to the date shown on line 15 | | | | |
| 17 | Number of days on line 16 after 4/15/87 and before 10/1/87 | | | | |
| 18 | Number of days on line 16 after 9/30/87 and before 1/1/88 | | | | |
| 19 | Number of days on line 16 after 12/31/87 and before 4/1/88 | | | | |
| 20 | Number of days on line 16 after 3/31/88 and before 7/1/88 | | | | |
| 21 | Number of days on line 16 after 6/30/88 and before 10/1/88 | | | | |
| 22 | Number of days on line 16 after 9/30/88 and before 1/1/89 | | | | |
| 23 | Number of days on line 16 after 12/31/88 and before 2/16/89 | | | | |

1882

17

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 24 $\frac{\text{Number of days on line 17}}{\text{Number of days in the tax year}}$ × 9% × the underpayment on line 9 | | | | |
| 25 $\frac{\text{Number of days on line 18}}{\text{Number of days in the tax year}}$ × 10% × the underpayment on line 9 | | | | |
| 26 $\frac{\text{Number of days on line 19}}{\text{Number of days in the tax year}}$ × 11% × the underpayment on line 9 | | | | |
| 27 $\frac{\text{Number of days on line 20}}{\text{Number of days in the tax year}}$ × *% × the underpayment on line 9 | | | | |
| 28 $\frac{\text{Number of days on line 21}}{\text{Number of days in the tax year}}$ × *% × the underpayment on line 9 | | | | |
| 29 $\frac{\text{Number of days on line 22}}{\text{Number of days in the tax year}}$ × *% × the underpayment on line 9 | | | | |
| 30 $\frac{\text{Number of days on line 23}}{\text{Number of days in the tax year}}$ × **% × the underpayment on line 9 | | | | |
| 31 Underpayment penalty (total of lines 24 through 30) | | | | |

| | |
|---|---|
| 32 Add columns (a) through (d), line 31. Enter here and on line 33, Form 1120; line 29, Form 1120-A; or comparable line for other income tax returns | |

*A corporation whose tax year ends after December 31, 1987, see the instructions for lines 27, 28, and 29.
**A corporation whose tax year ends after September 30, 1988, see the instructions for line 30.

17

PARKER HANNIFIN CORPORATION
FORM 2220 UNDERPAYMENT OF ESTIMATED TAX BY CORPORRATIONS
FEI # 34-0451060
FISCAL YEAR ENDED JUNE 30, 1988

| QUARTER | FIRST QUARTER | SECOND QUARTER | THIRD QUARTER | FOURTH QUARTER |
|---|---|---|---|---|
| PERIOD INCOME ANNUALIZED | 3 MONTHS | 3 MONTHS | 6 MONTHS | 9 MONTHS |
| INCOME PER BOOKS | $27,066,660.00 | $27,066,660.00 | $47,606,556.00 | $87,118,821.00 |
| ADJUSTMENTS: | | | | |
| STATE TAX NOT DEDUCTED ABOVE | ($1,835,826.00) | ($1,835,826.00) | ($4,595,537.00) | ($7,356,947.00) |
| ADJUSTED BOOK INCOME | $25,230,834.00 | $25,230,834.00 | $43,011,019.00 | $79,761,874.00 |
| ANNUALIZED INCOME | $100,923,336.00 | $100,923,336.00 | $86,022,038.00 | $106,349,165.00 |
| ADJUSTMENTS: | | | | |
| SCHEDULE M-1 ITEMS | $69,424,992.00 | $68,980,987.00 | $67,350,802.00 | $65,666,927.00 |
| SPECIAL DEDUCTIONS | $0.00 | $0.00 | $0.00 | $0.00 |
| NET TAXABLE INCOME | $170,348,328.00 | $169,904,323.00 | $153,372,840.00 | $172,016,092.00 |
| TAX LIABILITY: | | | | |
| LARGE CORP. RULES AT 34% | $57,918,432.00 | $57,767,470.00 | $52,146,766.00 | $58,485,471.00 |
| LESS CAPITAL GAIN DIFFERENCE | $0.00 | $0.00 | $0.00 | $0.00 |
| TAX BEFORE CREDITS | $57,918,432.00 | $57,767,470.00 | $52,146,766.00 | $58,485,471.00 |
| TAX CREDITS: | | | | |
| FOREIGN TAX CREDIT | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| INVESTMENT CREDIT | $0.00 | $0.00 | $0.00 | $0.00 |
| JOBS CREDIT | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| RESEARCH CREDIT | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL CREDITS | $4,125,000.00 | $4,125,000.00 | $4,125,000.00 | $4,125,000.00 |
| OTHER TAXES: | | | | |
| INVESTMENT CREDIT RECAPTURE | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 |
| ENVIRONMENTAL TAX | $195,000.00 | $195,000.00 | $195,000.00 | $195,000.00 |
| TOTAL OTHER TAXES | $250,000.00 | $250,000.00 | $250,000.00 | $250,000.00 |
| NET TAX LIABILITY | $54,043,432.00 | $53,892,470.00 | $48,271,766.00 | $54,610,471.00 |
| PERCENTAGE REQUIRED TO BE PAID | 0.225 | 0.45 | 0.675 | 0.90 |
| AMOUNT REQUIRED TO BE PAID | $12,159,772.20 | $24,251,611.50 | $32,583,442.05 | $49,149,423.90 |
| ACTUAL PAYMENT CUMMULATIVE | $14,128,463.00 | $25,628,463.00 | $33,128,463.00 | $53,128,463.00 |

179

EVENT SUMMARY REPORT
Taxpayer name...: PHC 8706 S Recomp. w/99-40
Taxpayer ID#....: 34-0451060

TaxInterest Version W98.4
05-25-00
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| APPEALS INCR | 09-15-87 | 14,320,931.00 | |
| 1st audit | 09-15-87 | 51,496.00 | |
| AUDIT DECREASE | 09-15-87 | <1,150,000.00> | 13,222,427.00 |
| APPEALS INCR - May | 03-15-88 | 539,450.00 | 14,459,805.62 |
| APPEALS INCR - Sequa | 09-15-88 | 89,013.00 | |
| CREDIT FROM 8806 | 09-15-88 | <10,218,884> | 5,082,000.84 |
| CREDIT FROM 8806 | 09-15-89 | <4,872.82> | 5,691,285.51 |
| Large corp. rate increase | 08-14-91 | | |
| 88-98 c/b | 09-15-91 | <1,149,797.00> | 5,924,480.47 |
| 88-98 c/b | 04-02-92 | 1,149,797.00 | 7,459,933.38 |
| payment | 05-27-93 | <90,198.49> | 8,223,092.51 |
| IRS Check (Principal: 3,909.88) | 07-12-93 | 3,925.98 | 8,320,807.97 |
| Payment | 03-15-95 | <12,434,836> | <2,648,260.34> |
| credit from 9306 | 04-30-97 | <112,015.00> | <3,152,719.34> |
| Payment | 03-16-98 | <8,989.00> | <3,346,570.99> |
| IRS Check (Principal: 2,760,157.27) | 02-12-99 | 3,504,438.34 | <11,630.32> |
| Interest Computation Date | 05-30-00 | | <12,493.06> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Summary as of 05-30-00

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 19,659,051.32 | <18,923,877> | 0.00 | 735,174.00 |
| Interest | 6,245,714.99 | <6,245,714.99> | 0.00 | 0.00 |
| GATT rate interest | <747,667.06> | 0.00 | 0.00 | <747,667.06> |
| Totals | 25,157,099.25 | <25,169,592> | 0.00 | <12,493.06> |

Prepared using: FEDERAL IRS interest rates
Table end date: 06-30-00 USER Table

Form **2848** (Rev. December 1997)
Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

## Part I Power of Attorney (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>MAYFIELD HEIGHTS OH 44124 | | 34-0451060 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Garth R. Gunter<br>1055 Broadway - 10th Floor<br>Kansas City, MO 64105 | CAF No. 2006-12260R<br>Telephone No. (816)218-1714<br>Fax No. (816)218-1891<br>Check if new: Address ☐ Telephone No. ☐ |
| Theresa Reiger<br>4155 Harrison Blvd. Suite 110<br>Ogden, UT 84403 | CAF No. 8006-08024R<br>Telephone No. (801)334-2122<br>Fax No. (801)621-4498<br>Check if new: Address ☐ Telephone No. ☐ |
| Diana McCarthy<br>1 Colesville Manor Ct<br>Silver Spring, MD 20904 | CAF No. 2605-82194R<br>Telephone No. (202)414-1671<br>Fax No. (202)414-1301<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1120 | 8806, 8906, 9406, 950<br>8006,8406, 8506, 8706 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5 — Acts authorized).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: Authority is hereby provided to substitue or delegate authority to other represntatives. Authority to execute waivers, consents, or agreements or to sign returns is hereby denied.

Note: *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

Note: *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here __________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☒

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☒

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☒
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] 5-22-00 V.P. FINANCE & ADMIN.
Signature Date Title (if applicable)

MICHAEL J. HIEMSTRA
Print Name

Signature Date Title (if applicable)

Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| C | 99-59606 | [signature] | 5-10-00 |
| C | 99-65652 | [signature] | 5-10-00 |
| C | 99-59990 | Theresa Reiger | 5-10-00 |

STF FED4575F.2

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
Washington National Tax Services
1301 K Street NW, 800W
Washington DC 20005-3333
Telephone (202) 414 1000
Facsimile (202) 414 1301

February 23, 2001

Internal Revenue Service
1160 East 1200 South
Mail Stop 6800
Ogden, UT 84201

Subject: Parker Hannifin Corporation, EIN: 34-0451060
Form 1120, Tax Year Ending June 30, 1987 (8706)

Dear Sir or Madam:

With respect to the computation of deficiency interest for the subject tax year, enclosed for your review are enhanced estimated tax/payment worksheets, which when considered, will result in a reduction to the deficiency interest assessed on the 8706 tax year. The worksheets included with this claim further clarify when and how the Parker Hannifin Corporation (PHC) overpayment credit elects and payments were utilized in the payment of estimated tax and/or tax due on the respective return due date. The credit elect worksheet (version one) that accompanied our refund claim (letter) of May 26, 2000, is consistent with current IRS procedures and recent Field Service Advice memoranda, but does not contain detailed information regarding: (1) at what point each of the credit elect overpayment amounts were actually effective as a payment against a liability for a subsequent tax year(s), (2) the estimated tax account balance as of the end of each quarterly period, or (3) interest-free refunds received by PHC with respect to originally filed returns.

The revised worksheets show precisely when and how PHC satisfied each of its estimated tax and income tax return liabilities. The worksheets also show the beginning and ending dates of the time periods during which PHC had overpaid its liabilities (during which periods the government would be considered to have use of PHC's funds) and the extent (i.e., amounts) of such overpayments.

To the extent that the Government (1) had use of PHC's funds on any tax account, and (2) did not pay overpayment interest for use of those funds, no deficiency interest should be charged on an underpayment for the same period of time on the same amount of money. If the Government is allowed to charge interest for the period during which it had interest-free use of PHC's funds, the Government will have obtained an unfair double benefit.

PRICEWATERHOUSECOOPERS

As a result of three separate audit tax adjustments, there was a net general tax increase of $13,850,890 (tax assessment of $51,496, tax assessment of $14,949,394, and tax decrease of $1,150,000) to PHC's 8706 Form 1120 account. Based on "use of money" principles, interest can only be charged for the period of time a tax liability is both due and unpaid. Accordingly, underpayment interest on the above-described net general tax increase for 8706 should only begin to run from the date the Government is deprived of use of that money. The enclosed "Estimated Tax and Payments Utilization Summary" provides a detailed breakdown of the dates that the "use of money" amounts are available to provisionally reduce the balance upon which interest is calculated. To the extent that the IRS computed deficiency interest in a manner inconsistent with "use of money" principles, and PHC paid such interest, PHC is entitled to a credit or refund.

The conclusions reached by IRS Chief Counsel in Field Service Advice memoranda (FSA) 199951008 (Sept. 13, 1999) and 199952006 (Aug. 30, 1999), and Revenue Ruling 99-40, 1999-40 IRB 1 (Oct. 4, 1999) (a copy of which was provided with our original refund claim), are consistent with the decisions in Avon Products, Inc. v. U.S., 588 F.2d 342 (2d Cir. 1978), and The May Department Stores Co. v. U.S. [96-2 USTC para. 50,596], 36 Fed. Cl. 680 (1996), acq. AOD CC-1997-008 (Aug. 4, 1997). However, in the FSAs the IRS did not address (1) situations where the overpayment credit elect remained unused beyond the return due date for the succeeding tax year(s) and is not used against subsequent liabilities for those years, or (2) situations in which the estimated tax payments exceed the estimated tax liabilities. From a "use of money" perspective, only a detailed analysis of all liabilities, payments, and time periods will correctly establish who had use of whose money and for what period of time, the fundamental factors upon which the concept of interest is based.

In PHC's case, the overpayment credit elect amounts at issue were not used on the return due dates of the succeeding tax years. In addition, PHC overpaid many of its estimated tax installments (as demonstrated by the Estimated Tax/Payment Summary). Accordingly, the recomputation and reduction of interest for 8706 should take into consideration any period of time that the Government is considered to have interest free use of PHC funds, including, but not limited to, unused overpayment credit elects, overpaid estimated tax installments, and interest free refunds. By considering all "use of money" conditions, the correct interest

PRICEWATERHOUSECOOPERS

amount will be determined and neither the Government nor the taxpayer will receive an inequitable double benefit.

Enclosed is a Form 2848, "Power of Attorney and Declaration of Representative," authorizing you to work directly with PricewaterhouseCoopers LLP in resolving these issues. Please call Theresa Reiger at (801) 334-2122, or me at (202) 414-1671, if you have any questions regarding these accounts or the requested interest adjustments. Thank you in advance for your assistance in handling the Parker Hannifin Corporation corporate accounts.

Sincerely,

Diana McCarthy

Diana McCarthy
PricewaterhouseCoopers LLP

Enclosures: Year-by year Estimated Tax and Payments Analyses
Estimated Tax and Payments Utilization Summary
Revenue Ruling 99-40
Form 2848, Power of Attorney

cc: William R. Hoelting, Parker Hannifin Corporation
Charles N. Hirsch, Parker Hannifin Corporation
Julian G. Buck, PricewaterhouseCoopers

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1988**

**8806 OVERPAYMENT CREDIT ELECT FROM 8706 $628,463**

| | 10/15/1987 | 12/15/1987 | 03/15/1988 | 06/15/1988 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 11,013,150 | 11,013,150 | 11,013,150 | 11,013,149 |
| AMOUNT PAID (Excluding credit elect amount) | (13,500,000) | (11,500,000) | (7,500,000) | (20,000,000) |
| OVERPAID | (2,486,850) | (486,850) | - | (8,986,851) |
| UNDERPAID | - | - | 3,513,150 | - |
| | - | - | | |
| OVERPAID 10/15/87 USED | - | - | (2,486,850) | - |
| OVERPAID 12/15/87 USED | - | - | (486,850) | - |
| CREDIT ELECT UTILIZED | - | - | **(539,450)** | - |
| TOTAL OVERPAID | (3,115,313) | (3,602,163) | (89,013) | (9,075,864) |
| TAX DUE ON 8806 RETURN | | | | 48,947,332 |
| ESTIMATED TAX PAYMENTS | | | | (52,500,000) |
| **8706 CREDIT ELECT UTILIZED 03/15/88** | | | | **(539,450)** |
| CURRENT YEAR OVERPAYMENT | | | | (4,092,118) |
| 8706 UNUSED CREDIT ELECT | | | | (89,013) |
| **TOTAL OVERPAYMENT CREDIT ELECT APPLIED TO 8806** | | | | **(4,181,131)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1989**

**8906 OVERPAYMENT CREDIT ELECT FROM 8806 $4,181,131**

| | 10/15/1988 | 12/15/1988 | 03/15/1989 | 06/15/1989 |
|---|---|---|---|---|
| INSTALLMENT DUE (90% of tax) | 7,881,156 | 7,881,156 | 7,881,156 | 7,881,157 |
| AMOUNT PAID (Excluding credit elect amount) | (8,000,000) | (8,000,000) | (8,000,000) | (8,000,000) |
| OVERPAID | (118,844) | (118,844) | (118,844) | (118,843) |
| UNDERPAID | - | - | - | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID | (4,299,975) | (4,418,819) | (4,537,633) | (4,656,506) |
| TAX DUE ON 8906 RETURN | | | | 35,027,361 |
| ESTIMATED TAX PAYMENTS | | | | (32,000,000) |
| TIMELY PAYMENT | | | | (2,500,000) |
| TOTAL DUE BEFORE CREDIT ELECT APPLIED | | | | 527,361 |
| 8806 UNUSED CREDIT ELECT | | | | (4,181,131) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9006** | | | | **(3,653,770)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1990**

**9006 OVERPAYMENT CREDIT ELECT FROM 8906 $3,653,770**

| | 10/15/1989 | 12/15/1989 | 03/15/1990 | 06/15/1990 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 3,633,383 | 3,633,383 | 3,633,383 | 3,633,383 |
| AMOUNT PAID (Excluding credit elect amount) | (9,000,000) | (7,500,000) | (2,000,000) | (5,000,000) |
| OVERPAID | (5,366,617) | (3,866,617) | - | (1,366,617) |
| UNDERPAID | - | - | 1,633,383 | - |
| OVERPAID 10/15/89 USED | - | - | (1,633,383) | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID | (9,020,387) | (12,887,004) | (11,253,621) | (12,620,238) |
| TAX DUE ON 9006 RETURN | | | | 16,148,369 |
| ESTIMATED TAX PAYMENTS | | | | (23,500,000) |
| CURRENT YEAR OVERPAYMENT | | | | (7,351,631) |
| 8906 UNUSED CREDIT ELECT | | | | (3,653,770) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9106** | | | | **(11,006,401)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1991**

**9106 OVERPAYMENT CREDIT ELECT FROM 9006 $11,005,401**

| | 10/15/1990 | 12/15/1990 | 03/15/1991 | 06/15/1991 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 4,037,092 | 6,049,926 | 5,043,509 | 5,043,509 |
| AMOUNT PAID (Excluding credit elect amount) | (4,000,000) | (4,000,000) | (3,000,000) | (7,500,000) |
| OVERPAID | - | - | - | (2,456,491) |
| UNDERPAID | 37,092 | 2,049,926 | 2,043,509 | - |
| **CREDIT ELECT UTILIZED** | **(37,092)** | **(2,049,926)** | **(2,043,509)** | - |
| TOTAL OVERPAID | (10,968,309) | (8,918,383) | (6,874,874) | (9,331,365) |
| TAX DUE ON 9106 RETURN | | | | 22,415,595 |
| ESTIMATED TAX PAYMENTS | | | | (18,500,000) |
| **9006 CREDIT ELECT UTILIZED 10/15/90** | | | | **(37,092)** |
| **9006 CREDIT ELECT UTILIZED 12/15/90** | | | | **(2,049,926)** |
| **9006 CREDIT ELECT UTILIZED 03/15/91** | | | | **(2,043,509)** |
| CURRENT YEAR OVERPAYMENT | | | | (214,932) |
| 9007 UNUSED CREDIT ELECT | | | | (6,874,674) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9206** | | | | **(7,089,806)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1992**

**9206 OVERPAYMENT CREDIT ELECT FROM 9106 $7,089,806**

| | 10/15/1991 | 12/16/1991 | 03/15/1992 | 06/16/1992 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 5,603,899 | 7,459,273 | 6,531,586 | 6,531,586 |
| AMOUNT PAID (Excluding credit elect amount) | (8,500,000) | (6,000,000) | (2,000,000) | (10,000,000) |
| OVERPAID | (2,896,101) | - | - | (3,468,414) |
| UNDERPAID | - | 1,459,273 | 4,531,586 | - |
| OVERPAID 10/15/91 USED | - | (1,459,273) | (1,436,828) | - |
| CREDIT ELECT UTILIZED | - | - | **(3,094,758)** | - |
| TOTAL OVERPAID | (9,985,907) | (8,526,634) | (3,995,048) | (7,463,462) |
| TAX DUE ON 9206 RETURN | | | | 29,028,992 |
| ESTIMATED TAX PAYMENTS | | | | (26,500,000) |
| **9106 CREDIT ELECT UTILIZED 03/15/92** | | | | **(3,094,758)** |
| CURRENT YEAR OVERPAYMENT | | | | (565,766) |
| 9106 UNUSED CREDIT ELECT | | | | (3,995,048) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9306** | | | | **(4,560,815)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1993**

**9306** **OVERPAYMENT CREDIT ELECT FROM 9206 $4,560,815**

| | 10/15/1992 | 12/15/1992 | 03/15/1993 | 06/15/1993 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 7,257,318 | 10,711,722 | 6,474,144 | 11,950,276 |
| AMOUNT PAID (Excluding credit elect amount) | (10,000,000) | (7,000,000) | (5,000,000) | (10,000,000) |
| OVERPAID | (2,742,682) | - | - | - |
| UNDERPAID | - | 3,711,722 | 1,474,144 | 1,950,276 |
| OVERPAID 10/15/92 USED | - | (2,742,682) | - | - |
| CREDIT ELECT UTILIZED | - | **(969,040)** | **(1,474,144)** | **(1,950,276)** |
| TOTAL OVERPAID | (7,303,497) | (3,591,775) | (2,117,631) | (167,355) |
| TAX DUE ON 1993 RETURN | | | | 41,031,744 |
| ESTIMATED TAX PAYMENTS | | | | (32,000,000) |
| **9206 CREDIT ELECT UTILIZED 12/15/92** | | | | **(969,040)** |
| **9206 CREDIT ELECT UTILIZED 03/15/93** | | | | **(1,474,144)** |
| **9206 CREDIT ELECT UTILIZED 06/15/93** | | | | **(1,950,276)** |
| REFUNDABLE CREDIT | | | | (14,388) |
| TIMELY PAYMENT | | | | (5,000,000) |
| NET REFUND 08/08/94 | | | | 279 |
| CURRENT YEAR OVERPAYMENT | | | | (375,825) |
| 9206 UNUSED CREDIT ELECT | | | | (167,355) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9406** | | | | **(543,180)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1994**

**9406** **OVERPAYMENT CREDIT ELECT FROM 9306 $543,180**

| | 10/15/1993 | 12/15/1993 | 03/15/1994 | 06/15/1994 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 10,257,936 | 14,611,612 | 12,857,004 | 8,189,176 |
| AMOUNT PAID (Excluding credit elect amount) | (14,000,000) | (14,000,000) | (11,000,000) | (8,000,000) |
| OVERPAID | (3,742,064) | - | - | - |
| UNDERPAID | - | 611,612 | 1,857,004 | 189,176 |
| OVERPAID 10/15/93 USED | - | (611,612) | (1,857,004) | (189,176) |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID | (4,285,244) | (3,673,632) | (1,816,628) | (1,627,449) |
| TAX DUE ON 9406 RETURN | | | | 54,722,792 |
| ESTIMATED TAX PAYMENTS | | | | (47,000,000) |
| TIMELY PAYMENT | | | | (4,500,000) |
| REFUNDABLE CREDIT | | | | (23,858) |
| PAYMENT WITH RETURN | | | | (2,655,754) |
| TOTAL DUE BEFORE CREDIT ELECT APPLIED | | | | 543,180 |
| 9306 CREDIT ELECT USED 09/15/94 | | | | (543,180) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9506** | | | | - |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1995**

**9506 OVERPAYMENT CREDIT ELECT FROM 9406 $.00**

| | 10/15/1994 | 12/15/1994 | 03/15/1995 | 06/15/1995 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 18,797,602 | 18,797,602 | 18,797,601 | 18,797,601 |
| AMOUNT PAID (Excluding credit elect amount) | (21,500,000) | (23,000,000) | (20,000,000) | (20,000,000) |
| OVERPAID | (2,702,398) | (4,202,398) | (1,202,399) | (1,202,399) |
| UNDERPAID | | - | | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID | (2,702,398) | (6,904,796) | (8,107,195) | (9,309,594) |
| TAX DUE ON 9506 RETURN | | | | 75,192,554 |
| ESTIMATED TAX PAYMENTS | | | | (84,500,000) |
| REFUNDABLE CREDIT | | | | (2,148) |
| CURRENT YEAR OVERPAYMENT | | | | (9,309,594) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9606** | | | | **(9,309,594)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1996**

**9606** **OVERPAYMENT CREDIT ELECT FROM 9506 $9,309,594**

| | 10/15/1995 | 12/15/1995 | 03/15/1996 | 06/15/1996 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 18,798,139 | 24,963,472 | 18,237,066 | 25,524,544 |
| AMOUNT PAID (Excluding credit elect amount) | (19,000,000) | (22,000,000) | (13,000,000) | (28,000,000) |
| OVERPAID | (201,861) | - | - | (2,475,456) |
| UNDERPAID | - | 2,963,472 | 5,237,066 | - |
| OVERPAID 10/15/95 USED | - | (201,861) | - | - |
| CREDIT ELECT UTILIZED | - | **(2,761,611)** | **(5,237,066)** | - |
| TOTAL OVERPAID | (9,511,455) | (6,547,983) | (1,310,917) | (3,786,373) |
| TAX DUE ON 9606 RETURN | | | | 87,523,220 |
| ESTIMATED TAX PAYMENTS | | | | (82,000,000) |
| **9506 CREDIT ELECT UTILIZED 12/15/95** | | | | **(2,761,611)** |
| **9506 CREDIT ELECT UTILIZED 03/15/96** | | | | **(5,237,066)** |
| CURRENT YEAR OVERPAYMENT | | | | (2,475,457) |
| 9506 UNUSED CREDIT ELECT | | | | (1,310,917) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9706** | | | | **(3,786,374)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1997**

**9706** **OVERPAYMENT CREDIT ELECT FROM 9606 $3,786,374**

| | 10/15/1996 | 12/15/1996 | 03/15/1997 | 06/15/1997 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 21,880,805 | 31,058,726 | 23,535,001 | 24,474,674 |
| AMOUNT PAID (Excluding credit elect amount) | (22,000,000) | (30,000,000) | (22,000,000) | (24,500,000) |
| OVERPAID | (119,195) | - | - | (25,326) |
| UNDERPAID | - | 1,058,726 | 1,535,001 | - |
| OVERPAID 10/15/96 USED | - | (119,195) | - | - |
| CREDIT ELECT UTILIZED | - | **(939,531)** | **(1,535,001)** | - |
| TOTAL OVERPAID | (3,905,569) | (2,846,843) | (1,311,842) | (1,337,168) |
| TAX DUE ON 9706 RETURN | | | | 105,879,061 |
| ESTIMATED TAX PAYMENTS | | | | (98,500,000) |
| **9606 CREDIT ELECT UTILIZED 12/15/96** | | | | **(939,531)** |
| **9606 CREDIT ELECT UTILIZED 03/15/97** | | | | **(1,535,001)** |
| TIMELY PAYMENT | | | | (3,000,000) |
| PAYMENT WITH RETURN | | | | (592,687) |
| TOTAL DUE BEFORE CREDIT ELECT APPLIED | | | | 1,311,842 |
| 9606 USED 09/15/97 | | | | (1,311,842) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9806** | | | | - |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1998**

**9806 OVERPAYMENT CREDIT ELECT FROM 9706 $.00**

| | 10/15/1997 | 12/15/1997 | 03/15/1998 | 06/15/1998 |
|---|---|---|---|---|
| INSTALLMENT DUE (100% of tax) | 26,469,765 | 27,604,327 | 27,037,046 | 27,037,046 |
| AMOUNT PAID (Excluding credit elect amount) | (26,500,000) | (52,000,000) | (17,000,000) | (32,000,000) |
| OVERPAID | (30,235) | (24,395,673) | - | (4,962,954) |
| UNDERPAID | - | - | 10,037,046 | - |
| OVERPAID 10/15/97 USED | - | - | (30,235) | - |
| OVERPAID 12/15/97 USED | - | - | (10,006,811) | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID | (30,235) | (24,425,908) | (14,388,862) | (19,351,816) |
| TAX DUE ON 9806 RETURN | | | | 108,148,184 |
| ESTIMATED TAX PAYMENTS | | | | (127,500,000) |
| CURRENT YEAR OVERPAYMENT | | | | (19,351,816) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9906** | | | | **(19,351,816)** |

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1999**

**9906 OVERPAYMENT CREDIT ELECT FROM 9806 $19,351,816**

| | 10/15/1998 | 12/15/1998 | 03/15/1999 | 06/15/1999 |
|---|---|---|---|---|
| INSTALLMENT DUE (Form 2220) | 27,037,046 | 27,199,146 | 27,118,096 | 25,483,006 |
| AMOUNT PAID (Excluding credit elect amount) | (13,000,000) | (44,000,000) | (10,000,000) | (21,000,000) |
| OVERPAID | - | (16,800,854) | - | - |
| UNDERPAID | 14,037,046 | - | 17,118,096 | 4,483,006 |
| OVERPAID 12/15/98 USED | | | (16,800,854) | |
| CREDIT ELECT UTILIZED | **(14,037,046)** | - | **(317,242)** | **(4,483,006)** |
| TOTAL OVERPAID | (5,314,770) | (22,115,624) | (4,997,528) | (514,522) |
| TAX DUE ON 9906 RETURN | | | | 108,472,384 |
| ESTIMATED TAX PAYMENTS | | | | (88,000,000) |
| **9806 CREDIT ELECT UTILIZED 10/15/98** | | | | **(14,037,046)** |
| **9806 CREDIT ELECT UTILIZED 03/15/98** | | | | **(317,242)** |
| **9806 CREDIT ELECT UTILIZED 06/15/99** | | | | **(4,483,006)** |
| TIMELY PAYMENT | | | | (5,000,000) |
| CURRENT YEAR OVERPAYMENT | | | | (3,364,910) |
| 9806 UNUSED CREDIT ELECT | | | | (514,522) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 2006** | | | | **(3,879,432)** |

PARKER HANNIFIN CORPORATION
ESTIMATED TAX AND PAYMENTS
UTILIZATION SUMMARY

Tax Deficiency Years

| Overpayment Years | Explanation | Credit Elect & Est. Payt. Amounts | Use of Money-Time Period | 8709 | 8906 | 9006 | 9106 | 9205 | 9306 | 9406 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Use of Money Amounts | | | | | | |
| 8806 | Credit Elect Amount | (628,463) | 09/15/1987 | (628,463) | | | | | | |
| | Overpaid Installment | (2,486,850) | 10/15/1987 | (2,486,850) | | | | | | |
| | Overpaid Installment | (486,850) | 12/15/1987 | (486,850) | | | | | | |
| | Installment Paid | 3,513,150 | 03/15/1988 | 3,513,150 | | | | | | |
| | Overpaid Installment | (8,986,851) | 06/15/1988 | (8,986,851) | | | | | | |
| | 8806 Tax Due RDD | 4,894,733 | 09/15/1988 | 4,894,733 | | | | | | |
| | Credit Elect to 8906 | 4,181,131 | 09/15/1988 | 4,181,131 | | | | | | |
| 8906 | Credit Elect Amount | (4,181,131) | 09/15/1988 | (4,181,131) | | | | | | |
| | Overpaid Installment | (118,844) | 10/15/1988 | (118,844) | | | | | | |
| | Overpaid Installment | (118,844) | 12/15/1988 | (118,844) | | | | | | |
| | Overpaid Installment | (118,844) | 03/15/1989 | (118,844) | | | | | | |
| | Overpaid Installment | (118,843) | 06/15/1989 | (118,843) | | | | | | |
| | 8906 Tax Due RDD | 1,002,736 | 09/15/1989 | 1,002,736 | | | | | | |
| | Credit Elect to 9006 | 3,653,770 | 09/15/1989 | 3,653,770 | | | | | | |
| 9006 | Credit Elect Amount | (3,653,770) | 09/15/1989 | (956,190) | (2,697,580) | | | | | |
| | Overpaid Installment | (5,366,617) | 10/15/1989 | (5,366,617) | | | | | | |
| | Overpaid Installment | (3,866,617) | 12/15/1989 | (3,866,617) | | | | | | |
| | Installment Paid | 1,633,383 | 03/15/1990 | (1,064,197) | 2,697,580 | | | | | |
| | Overpaid Installment | (1,366,617) | 06/15/1990 | (1,366,617) | | | | | | |
| | 9006 Tax Due RDD | 1,614,837 | 09/15/1990 | 1,614,837 | | | | | | |
| | Credit Elect to 9106 | 11,005,401 | 09/15/1990 | 11,005,401 | | | | | | |

PARKER HANNIFIN CORPORATION
ESTIMATED TAX AND PAYMENTS
UTILIZATION SUMMARY

Tax Deficiency Years

| Overpayment Years | Explanation | Credit Elect & Est. Payt. Amounts | Use of Money-Time Period | 8709 | 8906 | 9006 | 9106 | 9206 | 9306 | 9406 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Use of Money Amounts | | | | | | |
| 9106 | Credit Elect Amount | (11,005,401) | 09/15/1990 | (3,292,852) | | (7,712,549) | | | | |
| | Installment Paid | 37,092 | 10/15/1990 | 37,092 | | | | | | |
| | Installment Paid | 2,049,926 | 12/15/1990 | 2,049,926 | | | | | | |
| | Installment Paid | 2,043,509 | 03/15/1991 | 1,205,834 | | 837,675 | | | | |
| | | | 04/29/1991 | (194,899) | | 194,899 | | | | |
| | Overpaid Installment | (2,456,491) | 06/15/1991 | (2,456,491) | | | | | | |
| | 9106 Tax Due RDD | 2,241,559 | 09/15/1991 | 2,241,559 | | | | | | |
| | Credit Elect to 9206 | 7,089,806 | 09/15/1991 | 409,831 | | 6,679,975 | | | | |
| 9206 | Credit Elect Amount | (7,089,806) | 09/15/1991 | (4,910,704) | | | (2,179,102) | | | |
| | Overpaid Installment | (2,896,101) | 10/15/1991 | (2,896,101) | | | | | | |
| | Installment Paid | 1,459,273 | 12/15/1991 | 1,459,273 | | | | | | |
| | Installment Paid | 4,531,586 | 03/15/1992 | 4,531,586 | | | | | | |
| | Overpaid Installment | (3,468,414) | 06/15/1992 | (3,468,414) | | | | | | |
| | 9206 Tax Due RDD | 2,902,648 | 09/15/1992 | 2,902,648 | | | | | | |
| | Credit Elect to 9306 | 4,560,815 | 09/15/1992 | 2,381,713 | | | 2,179,102 | | | |
| 9306 | Credit Elect Amount | (4,560,815) | 09/15/1992 | (2,848,737) | | | | (1,712,078) | | |
| | Overpaid Installment | (2,742,682) | 10/15/1992 | (2,742,682) | | | | | | |
| | Installment Paid | 3,711,722 | 12/15/1992 | 3,711,722 | | | | | | |
| | Installment Paid | 1,474,144 | 03/15/1993 | 1,474,144 | | | | | | |
| | Installment Paid | 1,950,276 | 06/15/1993 | 405,553 | | | | 1,544,723 | | |
| | Timely Payment | (5,000,000) | 09/15/1993 | (5,000,000) | | | | | | |
| | Refundable Credit | (14,388) | 09/15/1993 | (14,388) | | | | | | |
| | Refund Paid | 279 | 09/15/1993 | 279 | | | | | | |
| | 9306 Tax Due RDD | 4,638,284 | 09/15/1993 | 4,638,284 | | | | | | |
| | Credit Elect to 9306 | 543,180 | 09/15/1993 | 375,825 | | | | 167,355 | | |

PARKER HANNIFIN CORPORATION
ESTIMATED TAX AND PAYMENTS
UTILIZATION SUMMARY

| Overpayment Years | Explanation | Credit Elect & Est. Payt. Amounts | Use of Money-Time Period | 8709 | 8906 | 9006 | 9106 | 9206 | 9306 | 9406 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Deficiency Years — Use of Money Amounts | | | | | | |
| 9406 | Credit Elect Amount | (543,180) | 09/15/1993 | (380,796) | | | | | (162,384) | |
| | Overpaid Installment | (3,742,064) | 10/15/1993 | (3,742,064) | | | | | | |
| | Installment Paid | 611,612 | 12/15/1993 | 611,612 | | | | | | |
| | Installment Paid | 1,857,004 | 03/15/1994 | 1,857,004 | | | | | | |
| | Installment Paid | 189,176 | 06/15/1994 | 189,176 | | | | | | |
| | Refundable Credit | (23,858) | 09/15/1994 | (23,858) | | | | | | |
| | Timely Payment | (4,500,000) | 09/15/1994 | (4,500,000) | | | | | | |
| | 9406 Tax Due RDD | 8,807,064 | 09/15/1994 | 8,644,680 | | | | | 162,384 | |
| | Payment with Return | (2,655,754) | | (2,655,754) | | | | | | |
| 9506 | Overpaid Installment | (2,702,398) | 10/15/1994 | (2,702,398) | | | | | | |
| | Overpaid Installment | (4,202,398) | 12/15/1994 | (4,202,398) | | | | | | |
| | | | | 6,904,796 | | | | | | |
| | Overpaid Installment | (1,202,399) | 03/15/1995 | | | | | | | |
| | Overpaid Installment | (1,202,399) | 06/15/1995 | | | | | | | |
| | 1993 Tax Due RDD | - | 09/15/1995 | | | | | | | |
| | Credit Elect to 9606 | 9,309,594 | 10/15/1995 | | | | | | | |

# REV-RUL, 99FED ¶46,556, Revenue Ruling 99-40, I.R.B. 1999-40, 441, (Sep. 16, 1999)

*Copyright © 2001CCH INCORPORATED. All rights reserved.*

Revenue Ruling 99-40, I.R.B. 1999-40, 441, September 16, 1999.

[*Code Secs. 163 , 6402 , 6403 , 6601 , 6654 , 6655 and 6154 , prior to repeal by P.L. 100-203* ]

**Deficiency: Interest: Accrual date: Reported overpayment: Credit against estimated tax: Refund: Installment payments: Designation.--The IRS has provided guidance regarding the date on which interest begins to accrue on a deficiency determined and assessed after the taxpayer reports an overpayment for the tax year in which the deficiency arose. Interest will be assessed as of the date on which the IRS refunds the overpayment without interest, or the date on which it applies the overpayment against a succeeding year's estimated taxes. Interest will be assessed on any remaining portion of the deficiency from the original due date of the tax for the overpayment return year. An overpayment applied to a succeeding year's estimated taxes is applied to unpaid installments in the order in which they must be paid to avoid liability for the penalty for failure to pay estimated tax. Thus, designations of all or part of the overpayments to specific installments are not necessary and will not be accepted after October 4, 1999. However, the guidance will not apply adversely to taxpayers that designated an overpayment to apply to an installment of estimated tax prior to that date. Rev. Rul. 88-98 , 1988-2 CB 356; Rev. Rul. 84-58 , 1984-1 CB 254; and Rev. Rul. 77-475 , 1977-2 CB 476 are modified and superseded. Back references: ¶9104.085 , 9104.086 , 38,519.106 , 38,550.01 , 39,415.013 , 39,415.0851 , 39,415.1835 , 39,560.20 , 39,575.65 and 44,510.60 .**

ISSUE

If an overpayment claimed on a return is credited to the succeeding year's estimated tax or refunded without interest, from what date will interest be assessed on a subsequently determined deficiency for the overpayment return year?

FACTS

*Situation 1. X* Corporation files its federal income tax returns on a calendar year basis. For 1995, *X* made timely estimated tax payments of $100x. On March 15, 1996, *X* filed Form 7004, Application for Automatic Extension of Time to File Corporation Income Tax Return, and received a 6-month extension of time to file its income tax return. *X* paid $120x with the request for extension. On September 15, 1996, *X* filed Form 1120, U.S. Corporation Income Tax Return, for 1995 showing a tax liability of $210x and elected to have the overpayment of $10x credited against its 1996 estimated tax. The $10x overpayment is deemed to arise on March 15, 1996. *X* 's required estimated tax for 1996 was $100x. In order to avoid the addition to tax for underpayment of estimated tax for 1996, *X* was required to make payments of $25x each on April 15, 1996, June 15, 1996, September 15, 1996, and December 15, 1996. *X* timely made the required $25x payments in April and June. On September 15, *X* made a payment of $15x. In 1998, the Internal Revenue Service examined *X* 's 1995 return and determined that *X* 's correct 1995 tax was $215x, resulting in a deficiency of $5x.

*Situation 2.* The facts are the same as in *Situation 1* except that *X* paid $23x on April 15, 1996, and $14x on June 15, 1996, instead of the required payments of $25x on each of these dates.

*Situation 3. A* , an individual, files federal income tax returns on a calendar year basis. In 1995, *A* made timely estimated tax payments of $100x. On April 15, 1996, *A* filed Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, and

received a 4-month extension of time to file *A* 's income tax return. On August 15, 1996, *A* filed Form 1040, U.S. Individual Income Tax Return, for 1995 showing tax due of $80x, and requested a refund of the $20x overpayment. The overpayment is deemed to arise on April 15, 1996. The refund was made within 45 days of the date the timely return was filed, by a check dated September 14, 1996. In 1998, the Service examined *A* 's 1995 return and determined that the correct tax was $85x, resulting in a deficiency of $5x.

*Situation 4.* The facts are the same as in *Situation 3* , except that *A* 's correct tax liability was $105x, resulting in a deficiency of $25x.

LAW AND ANALYSIS

Section 6601(a) of the Internal Revenue Code provides that if any amount of tax is not paid on or before the last date prescribed for payment, interest will be paid on the amount from such last date to the date paid. Section 6151(a) provides, in general, that the date prescribed for payment is the time fixed for filing the return, determined without regard to any extension of time for filing. Section 6601 (b)(1) provides that for determining interest on underpayments, the "last date prescribed for payment" is determined without regard to any extension of time for payment or filing.

Section 6402(b) states that the Secretary is authorized to prescribe regulations providing for the crediting against the estimated tax for any taxable year of the amount determined by the taxpayer or the Secretary to be an overpayment of the income tax for the preceding taxable year.

Section 301.6402-3(a)(5) of the Regulations on Procedure and Administration provides that a taxpayer may elect to apply all or part of the overpayment shown by its return to its estimated tax for the succeeding tax year by so indicating on its return. No interest is allowed on the portion of the overpayment credited and the amount of the credit is applied as a payment on account of the estimated income tax for the year or the installments thereof. *See also* §301.6611-1(h)(2)(vii) .

In Rev. Rul. 77-475 , 1977-2 C.B. 476, revoked by Rev. Rul. 83-111 , 1983-2 C.B. 245, reinstated and modified by Rev. Rul. 84-58 , the Service held that if an overpayment of income tax for a taxable year occurs on or before the due date of the first installment of estimated tax for the succeeding taxable year, the overpayment is available for credit against any installment of estimated tax for such succeeding taxable year and will be credited in accordance with the taxpayer's election. If the overpayment occurs after the due date of the first installment of estimated tax for the succeeding taxable year, it may be credited only against an installment of estimated tax due on or after the date the overpayment was made. Under these circumstances, §6655(b)(3) provides that a payment of estimated tax by a corporation is credited against unpaid required installments in the order in which the installments are required to be paid. Section 6654(b)(3) provides the same rule for individuals.

The Tax Reform Act of 1984, §413 , 1984-3 (Vol. 1) C.B. 301, provides that the application of the Code with respect to the crediting of an overpayment against estimated tax shall be determined without regard to Rev. Rul. 83-111 and with full regard to the rules in effect prior to Rev. Rul. 83-111 . The legislative history provides that "[w]here the credit is made to an estimated tax payment arising prior to the election [to credit the overpayment], interest on the overpayment will not be payable, and interest on the underpayment which arises because of a deficiency in tax for the prior year will run from the date the credit is effective." H. R. Rep. No. 98-432, Pt. 2, 98th Cong., 2d Sess. 1489-90 (1984).

Rev. Rul. 84-58 , 1984-1 C.B. 254, holds that for returns filed after December 31, 1983, when a taxpayer elects to have an income tax overpayment credited against the succeeding year's estimated tax, the Service will apply overpayments arising on or before the due date of the return against the first installment payment of the succeeding year's estimated tax, unless the taxpayer requests that it be applied to a later installment.

Rev. Rul. 88-98 , 1988-2 C.B. 356, holds that when a taxpayer claims an overpayment on a return filed either on the original due date or on extension, and the claimed overpayment is applied in

full against an installment of the succeeding year's estimated tax, interest on a subsequently determined deficiency for the earlier year runs from the due date of that installment on the part of the deficiency that is equal to or less than the claimed overpayment and from the original due date of the return on the remainder. Rev. Rul. 88-98 follows *Avon Products, Inc. v. United States* , 588 F.2d 342 (2d Cir. 1978), in which the court interpreted §6601(a) to mean that interest on a deficiency can only be charged when the tax is both due and unpaid. The date the overpayment becomes a payment on account of the succeeding year's estimated tax determines the date the prior year's tax became unpaid for purposes of §6601(a) . Prior to that date the government has the use of the funds with respect to the prior year's tax, and no interest is payable on the overpayment that is the subject of the taxpayer's election. *See* §301.6402-3(a)(5) and §301.6611-1(h)(2)(vii) . In the case of a refund made without interest under §6611(e) , the date on which the tax is both due and unpaid is the date when the amount in question is refunded, even when that date is subsequent to the date of the claim for refund.

In Situation 2 of Rev. Rul. 88-98 , the Service applied the taxpayer's 1983 overpayment to the first installment of its 1984 taxes because the taxpayer did not indicate the installment to which the overpayment was to be applied. Rev. Rul. 88-98 held in Situation 2 that, because the overpayment was applied to the first installment, interest ran from April 15, 1984, on a subsequently determined deficiency for 1983 that was equal to or less than the claimed overpayment. However, Situation 2 does not indicate whether the taxpayer had actually made all or part of the April 15th estimated tax payment. Thus, it is not clear whether the taxpayer received any benefit of the overpayment as a payment of the April 15th installment.

In *May Department Stores Co. v. United States* , 36 Fed. Cl. 680 (1996), *acq.* AOD CC-1997-008 (Aug. 4, 1997), the taxpayer elected to credit an overpayment shown on its 1983 tax return to the succeeding year's estimated tax liability but did not attach a statement to its return indicating the installment to which the Service should credit the overpayment. Pursuant to Rev. Rul. 84-58 , the Service applied the overpayment to the first installment. A deficiency was determined for the taxpayer's 1983 tax year and interest was assessed by the Service on the deficiency from the due date of the first installment in accordance with Situation 2 of Rev. Rul. 88-98 . However, the taxpayer had made estimated tax payments sufficient to avoid the addition to tax imposed by §6655 for 1984 for the first and second installments of estimated tax due for 1984. The court concluded that the Service's application of the taxpayer's 1983 overpayment to the first installment did not change the fact that the government had the use of the taxpayer's overpayment from the due date of the first installment (May 15) to the date the overpayment was applied to the third installment (October 15) since the overpayment was not needed to satisfy any installment of estimated tax due during that period.

In light of the *May Department Stores* decision, the Service has reconsidered the manner in which interest on a subsequently determined deficiency is computed under §6601(a) when the taxpayer makes an election to apply an overpayment to the succeeding year's estimated taxes. When a taxpayer elects to apply an overpayment to the succeeding year's estimated taxes, the overpayment is applied to unpaid installments of estimated tax due on or after the date(s) the overpayment arose, in the order in which they are required to be paid to avoid an addition to tax for failure to pay estimated income tax under §§6654 or 6655 with respect to such year. The Service will assess interest on a subsequently determined deficiency for the overpayment year from the date(s) that the overpayment is applied to the succeeding year's estimated taxes.

Since the overpayment will be applied in the order necessary to avoid the addition to tax for underpayment of estimated tax, designation of all or part of the overpayment to a specific estimated tax installment is not necessary. Accordingly, the Service will not accept such designations after October 4, 1999.

In *Situation 1* , interest on the $5x deficiency for 1995 runs from September 15, 1996, the date on which the $10x overpayment is applied to *X* 's third installment of 1996 estimated taxes. The overpayment was not needed to satisfy an installment of estimated tax prior to September 15, 1996.

In *Situation 2* , interest on the $5x deficiency for 1995 runs from June 15, 1996, the date on

which the overpayment is applied to *X* 's 1996 estimated taxes. A portion ($2x) of the overpayment is applied to the April 15th installment of 1996 estimated tax. The remaining $8x of the overpayment is applied to *X* 's June 15th installment of 1996 estimated tax. Because the $8x portion of the return overpayment exceeded the subsequently determined deficiency of $5x, interest does not begin to run for 1995 before the date that portion was applied to *X* 's 1996 estimated taxes.

In *Situation 3* , interest on the $5x deficiency runs from September 14, 1996. Although *A* 's 1995 taxes were due on April 15, 1996, *A* 's 1995 taxes were not underpaid until the $20x was refunded without interest to *A* on September 14, 1996.

In *Situation 4* , interest runs from September 14, 1996, on $20x of the deficiency, and from April 15, 1996, on the remaining $5x of the deficiency. Because *A* 's 1995 taxes of $105x were due on April 15, 1996, and *A* had only paid $100x as of that date, *A* 's 1995 taxes were underpaid by $5x on April 15, 1996. Nevertheless, *A* was not underpaid with respect to the $20x until that amount was refunded to *A* on September 14, 1996.

In all situations, the estimated tax rules in effect for the tax year for which the election to credit a return overpayment is effective are used to determine when the overpayment is applied to that tax year's estimated taxes, and, thus, for determining when interest begins to run on the subsequently determined deficiency.

HOLDING

When a taxpayer reports an overpayment on its income tax return, interest will be assessed on that portion of a subsequently determined deficiency for the overpayment return year that is less than or equal to the overpayment as of: (1) the date on which the Service refunds the overpayment without interest; or (2) the date on which the overpayment is applied to the succeeding year's estimated taxes. Interest will be assessed on any remaining portion of the deficiency from the original due date of the tax for the overpayment return year.

EFFECT ON OTHER REVENUE RULINGS

Rev. Rul. 88-98 , Rev. Rul. 84-58 , and Rev. Rul. 77-475 are modified and, as modified, are superseded.

PROSPECTIVE APPLICATION

Pursuant to §7805(b) , this ruling will not be applied adversely to a taxpayer that designated an overpayment to apply to an installment of estimated tax in accordance with Rev. Rul. 84-58 prior to October 4, 1999.

DRAFTING INFORMATION

The principal author of this revenue ruling is John J. McGreevy of the Office of Assistant Chief Counsel (Income Tax and Accounting). For further information regarding this revenue ruling contact Mr. McGreevy at (202) 622-4910 (not a toll-free call).

*Copyright © 2001CCH INCORPORATED. All rights reserved.*

Form **2848** (December 1997) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD<br>MAYFIELD HEIGHTS OH 44124 | | 34-0451060 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Garth R. Gunter<br>1055 Broadway - 10th Floor<br>Kansas City, MO 64105 | CAF No. 2006-12260R<br>Telephone No. (816)218-1714<br>Fax No. (816)218-1891<br>Check if new: Address ☐ Telephone No. ☐ |
| Theresa Reiger<br>4155 Harrison Blvd. Suite 110<br>Ogden, UT 84403 | CAF No. 8006-08024R<br>Telephone No. (801)334-2122<br>Fax No. (801)621-4498<br>Check if new: Address ☐ Telephone No. ☐ |
| Diana McCarthy<br>1 Colesville Manor Ct<br>Silver Spring, MD 20904 | CAF No. 2605-82194R<br>Telephone No. (202)414-1671<br>Fax No. (202)414-1301<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1120 | 8806, 8906, 9406, 9506<br>8006, 8406, 8506, 8706 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) ▶ ☒

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: Authority is hereby provided to substitue or delegate authority to other represntatives. Authority to execute waivers, consents, or agreements or to sign returns is hereby denied.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 12-97)

ISA
STF FED4675F.1

2848 (Rev. 12-97) Page 2

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . ▶ ☒

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☒

c If you do not want any notices or communications sent to your representative(s), check this box . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 5-22-00 | V.P. FINANCE & ADMIN. |

MICHAEL J. HIEMSTRA
Print Name

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| C | 99-59606 | Diana G. McCarthy | 5-10-00 |
| C | 99-65652 | [signature] | 5-10-00 |
| C | 99-59990 | Theresa Leiger | 5-10-00 |

STF FED4875F.2

INTERNAL REVENUE SERVICE
Ogden, IRS Center

Department of the Treasury
P.O. Box 9941, Ogden, Utah 84409
MS 6800

**Refer Reply To:** 2951008090: ds
**Date: November 20, 2001** T17

Parker Hannifin Corporation
% Tax Division
6035 Parkland Blvd
Cleveland, OH 44124-4186

Taxpayer Identification Number: 34-0451060
Tax Period Ending: June 30, 1987
Form: 1120
Date of Claim: February 23, 2001
Amount of Claim: Unstated

CERTIFIED MAIL

Dear Sir or Madam:

We are sorry, but we can not allow your request to reduce interest charged on your account for the tax period shown above. This letter is your legal notice that your claim is fully disallowed for the following reason:

You have requested a refund of overpaid underpayment interest on the grounds that interest was computed for a period before the liability was both due and unpaid based upon an extension of the findings in *Avon Products, Inc v. United States* and *May Department Stores Co. v. United States*. However, Internal Revenue Service procedures provide that, in the case of an overpayment credited to the succeeding taxable year's estimated tax, but not needed to satisfy any installment of estimated tax for the succeeding year, such amount shall be considered as a payment of the income tax for the succeeding year and shall be deemed to have been paid on the last day prescribed for filing the return for such taxable year determined without regard to any extension of time for filing. Accordingly, where no part of the overpayment is used to satisfy estimated taxes, the original year's tax, corresponding to the amount of the unused overpayment credited to the succeeding year's estimated tax, would become due and unpaid as of the unextended due date of the succeeding year's return, and on that date, interest begins running under section 6601 of the Internal Revenue Code.

If you do not accept our findings, you may request reconsideration with our Appeals Office. To do so we must receive your request for reconsideration in writing within 30 days from the date of this letter. Your request should include a statement explaining why you believe the claim should be reconsidered and should include any additional information you wish considered.

If you wish to bypass the appeals process, you may file suit in the United States District Court having jurisdiction, or in the United States Court of Federal Claims within 2 years from the date of this notice of disallowance.

If you have any questions, please call our Customer Service area at 1-800-829-8815. If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your daytime telephone number with the hours we can reach you. You may want to keep a copy of this letter for your records.

Telephone Number ( ) ________________ Hours______________

Sincerely,

Deborah S. Decker

Deborah Decker
Director

cc: Teresa Reiger

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
Washington National Tax Services
1301 K Street NW, 800W
Washington DC 20005-3333
Telephone (202) 414 1000
Facsimile (202) 414 1301

*CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

May 3, 2002

Ms. Deborah S. Decker
Field Director, Accounts Management
S:CAS:AM:O
IRS Service Center
1973 N. Rulon White Blvd.
Ogden, UT 84201

Subject: Parker Hannifin Corporation
EIN: 34-0451060
Form 1120, Tax year ended: June 30, 1987 (8706)

Dear Ms. Decker:

Receipt is hereby acknowledged of the Internal Revenue Service's ("IRS" or "Service") form letter dated November 20, 2001, bearing the number and symbols: 2951008090:ds," (copy enclosed), advising the subject taxpayer that its refund claim for the tax year ended June 30, 1987 (8706) that was filed on February 23, 2001, was disallowed.

(1) Statement Requesting Appeal

The taxpayer takes exception to the disallowance of its claim for refund and requests (1) reconsideration of the disallowance as provided by IRS Policy Statement P-4-76 and Internal Revenue Manual § 8.5.1.6.1, and, if necessary, (2) further consideration of the claims by an IRS Appeals Officer. In that regard, the following information is submitted:

(2) Name and Address of Taxpayer

Parker Hannifin Corporation
c/o Tax Division
6035 Parkland Blvd.
Cleveland, OH 44124-4186

PRICEWATERHOUSECOOPERS

(3) Statement of Facts

As a result of three separate audit tax adjustments (tax increases of $51,496 and $14,949,394, and a tax decrease of $1,150,000), the IRS determined a net general tax increase of $13,850,890 with respect to Parker Hannifin Corporation's ("PHC" or "Taxpayer") 8706 Form 1120 account.

PHC is entitled to a reduction to the deficiency interest assessed with respect to the above-described net general tax increase for tax year 8706. That position is based on well-established "use of money" principles which provide that interest can only be charged for the period of time that a tax liability is both due and unpaid.

Specifically, PHC requests a refund of interest charged and paid during periods that the Government had use of PHC's funds on any tax account, and did not pay overpayment interest for use of those funds. To obtain that result, the Taxpayer seeks to correctly apply "use of money" principles by (1) delaying, beyond the original due date of its 8806 tax return, the start date of deficiency interest to the extent of the 8706 overpayment "credit elect," and (2) taking into consideration, for interest purposes, subsequent years' overpayment credit elects and excess estimated tax payments.

To support this position, PHC can:

- Demonstrate precisely when and how its overpayment credit elects and estimated tax payments were utilized to satisfy its estimated tax and income tax return liabilities;
- Identify the beginning and ending dates of the time periods during which it had overpaid its liabilities (during which periods the Government would be considered to have use of PHC's funds), and the amounts of such overpayments; and
- Calculate (1) the gratuitous benefits to the Government, and (2) the interest costs to PHC (represented by the deficiency interest that PHC seeks to have refunded), that resulted from the IRS's possession of funds that were not needed to satisfy any of PHC's tax liability.

PRICEWATERHOUSECOOPERS

It is clear that the Government charged interest for the period during which it had interest-free use of PHC's funds. As a result, the Government obtained an unwarranted benefit not intended by Congress. In light of previous court decisions (discussed below), the Taxpayer believes the Government faces substantial hazards if the refund claim at issue were litigated.

(4) Statement of Authority

(a) Background

The "use of money" principles on which PHC is relying have evolved in a series of court decisions, starting with *Avon Products Inc. v. United States*, 588 F.2d 342 (2d Cir. 1978). The most recent cases of note are *May Department Stores v. United States* [96-2 USTC ¶ 50,596], 36 Fed. Cl. 680 (1996), *acq.* AOD CC-1997-008 (Aug. 4, 1997), and *Sequa Corporation v. United States*, 99 USTC ¶ 50,379 (DC S.D.N.Y.) (June 10, 1998).

*Avon Products* definitively established that interest is a charge for the use of money and should not be asserted as a penalty. The U.S. Court of Appeals for the Second Circuit stated that it "is a clearly established principle that interest is . . . intended only to compensate the Government for delay in payment of tax." Further, the court found that interest begins only when a tax is "both due and unpaid."

In *May Department Stores* the U.S. Court of Federal Claims further explored and developed the "use of money" principles first enunciated in *Avon Products*. Presented in somewhat simplified fashion, the relevant facts in *May Department Stores* are as follows: The taxpayer obtained an extension of time to file its return for Year 1 and when the return was filed elected to have the overpayment in tax shown on the return credited against estimated tax for Year 2. The taxpayer did not designate to which installment of estimated tax the credit elect from Year 1 was to be applied, but had fully paid its first and second installments of Year 2 estimated tax at the time the return for Year 1 was filed. The IRS later determined a deficiency (underpayment) for Year 1.

The issue in *May Department Stores* was whether "use of money" principles prohibited the IRS from charging interest on the underpayment for Year 1 until October 15th of Year 2, when the taxpayer filed its Year 1 tax return and elected to apply the overpayment shown on that return to its liability for Year 2 estimated tax. The U.S. Court of Federal Claims held that the

PRICEWATERHOUSECOOPERS

taxpayer was not liable for interest until the date it filed its Year 1 return, since before October 15th of Year 2 the taxpayer had paid in full the first two installments of its Year 2 estimated tax liability. The Service's application of the overpayment to the first installment of estimated tax for Year 2, which installment had already been paid, could not change the fact that the Government had the use of the funds at issue from April 15 to October 15 and, therefore, suffered no underpayment.

On August 4, 1997, the Service issued an Action on Decision (AOD/CC-1997-008) in which it acquiesced in the decision of the U.S. Court of Federal Claims in *May Department Stores*.

In *Sequa*, the U.S. District Court for the Southern District of New York applied "use of money" principles to a situation wherein the taxpayer elected to credit its Year 1 tax overpayment to its estimated tax for Year 2, but ultimately never needed any part of that overpayment to satisfy its Year 2 tax liability. In a logical extension of the holding in *May Department Stores*, the district court held that the IRS was not entitled to interest on additional tax later determined to be due for Year 1 until March 15 of Year 3, the unextended due date of Sequa's Year 2 tax return.

The reasoning and holdings in *May Department Stores* and *Sequa* were adopted by the Service in Rev. Rul. 99-40, I.R.B. 1999-40, 441, September 16, 1999. Accordingly, in a situation where (1) a calendar year corporate taxpayer elects to have the overpayment reported on its income tax return for Year 1 applied to its estimated tax liability for Year 2, (2) the Year 1 credit elect is not needed for Year 2 estimated tax purposes, and (3) a deficiency in tax is later determined for Year 1, current IRS procedures provide that interest on the Year 1 deficiency will not begin to run until the unextended due date of the taxpayer's Year 2 tax return, *i.e.*, March 15, Year 3.

A refund claim filed by PHC on the basis of *May Department Stores* and *Sequa* has been allowed by the IRS and is not the subject of the notice of claim disallowance issued on November 20, 2001. However, in the refund claim that has been disallowed, the Taxpayer, as noted above, seeks to apply "use of money" principles by delaying, beyond the original due date of its 8806 tax return (*i.e.*, beyond March 15, Year 3 in the context of the discussions of *May Department Stores* and *Sequa*, above), the start date of deficiency interest to the extent of the 8706 overpayment "credit elect." [In addition, PHC's interest computations take into

PRICEWATERHOUSECOOPERS

consideration subsequent years' overpayment credit elects and excess estimated tax payments.]

Pursuant to current IRS procedural practices, however, interest on a 8706 deficiency can start to run no later than the unextended due date of the taxpayer's 8806 tax return, *i.e.*, September 15, 1988. This limited application of "use of money" principles was adopted by the Service only after its efforts to maintain more significant restrictions on their applicability were uniformly rejected by courts. [*See* discussion of *May Department Stores* and *Sequa*, above.]

(b) Credit elect analysis

The initial question presented now by PHC is whether the start date for deficiency interest can be extended beyond the unextended due date of the taxpayer's Year 2 return (*i.e.*, March 15, Year 3 for a calendar year corporate taxpayer). It is PHC's position that deficiency interest should not begin to run until whatever date(s) on which a credit elect from Year 1 is actually applied against some liability of the taxpayer, or is refunded. "Use of money" principles require such a result.

With respect to the credit elect issue, the Taxpayer first notes that the court in *Sequa* did not hold that March 15, Year 3, was the latest date on which deficiency interest could begin to run on a deficiency in tax for Year 1. Instead, that start date was primarily the product of the facts of that case.[1] PHC believes that had the refund for Year 2 not been applied to the Year 1 deficiency, the court in *Sequa* would likely have relied on "use of money" principles to delay the start date for deficiency interest beyond March 15, Year 3.

Indeed, that was precisely the result reached by the court in *In re Vendell Healthcare, Inc.*, 222 B.R. 564 (Bankr.M.D.Tenn. 1998). Vendell Healthcare reported an overpayment on its

---

[1] Sequa's original return for Year 1 reported an overpayment that it elected to have applied to its estimated tax liability for Year 2. Sequa later filed an amended return for Year 1 reporting additional tax and requested that its election be disregarded and the funds in question be used to satisfy the additional Year 1 tax. The IRS refused to allow Sequa to revoke its election, but it did agree to reapply the originally-elected overpayment to Year 1 as of the due date of the Year 2 return on the grounds that under IRC § 6513(d) the Year 1 overpayment became a payment of Year 2 tax as of that date, and was available to be reapplied to Year 1 at the taxpayer's request since its Year 2 account was overpaid.

PRICEWATERHOUSECOOPERS

federal income tax return for the year ended June 30, 1992, and elected to have the overpayment applied to its estimated tax liability for the subsequent tax year, *i.e.*, June 30, 1993. Similarly, Vendell Healthcare reported an overpayment on its federal income tax return for the year ended June 30, 1993, and elected to have the overpayment applied to its estimated tax liability for the tax year ended June 30, 1994. As it turned out, Vendell Healthcare had no taxable income - - and therefore no tax liability – for either 1993 or 1994, and the 1992 and 1993 credit elects ultimately were refunded by the IRS on April 6, 1995.

An examination of, *inter alia*, Vendell Healthcare's 1991 and 1992 tax returns resulted in agreed upon deficiencies in tax of $806,139 and $1,196,065, respectively, which deficiencies were assessed on March 17, 1997. The Service treated the 1992 credit elect in the amount of $579,394 as moving to the taxpayer's 1993 account on October 15, 1992, the due date of the first installment of 1993 estimated tax. Accordingly, the IRS began charging interest on $579,394 of the subsequently-determined deficiency in tax for 1992 as of that date.[2]

Vendell Healthcare, however, contended that (1) it obtained no economic benefit from the 1992 and 1993 credit elects since there was no tax liability against which the overpayments were or could have been credited, (2) the IRS had actual and effective use of the taxpayer's funds until a refund was issued in 1995, and therefore (3) interest should not begin to accrue on the portion of the deficiencies equal to the overpayments held by the IRS until 1995 when Vendell Healthcare received its refund from the Service. Stating that it found the reasoning of *Sequa Corporation v. United States*, *supra*, "persuasive," the court held that "[a]t no point . . . were the 1991 and 1992 taxes 'due' and 'unpaid' to the extent the IRS held the overpayments to reduce or satisfy the tax liabilities. The IRS held those monies until [Vendell Healthcare] received the refund in 1995."

Accordingly, the court found that Vendell Healthcare was only statutorily required to pay interest on its 1991 and 1992 tax liabilities for the periods during which (and to the extent that) the IRS was not holding sufficient funds to satisfy the taxpayer's tax obligations.

---

[2] It was not disputed that interest on the portion of the 1992 deficiency in excess of the 1992 credit elect began running as of September 15, 1993, the unextended due date of Vendell Healthcare's 1992 tax return.

PRICEWATERHOUSECOOPERS

In Field Service Advice memorandum ("FSA") 200049001, November 15, 1999, (copy enclosed), IRS Chief Counsel addressed the issue of when deficiency interest begins to run in a situation where (1) a credit elect for Year 1 is not needed for Year 2 estimated tax purposes and (2) the Service later determines a deficiency in tax for Year 1. That FSA determined (without reference to *Vendell Healthcare*) that the unextended due date of the Year 2 return was the correct start date for deficiency interest. As authority for that conclusion the FSA cites to (1) IRC § 6513(d), which states that "any overpayment of income tax . . . claimed as a credit against estimated tax for the succeeding taxable year . . . shall be considered as a payment of the income tax for the succeeding taxable year," and (2) section 6513(b)(2), which provides that for purposes of limitations on credits and refunds, the amount of pre-return payments "shall be deemed to have been paid on the last day prescribed for filing the return . . . for such taxable year (determined without regard to any extension of time for filing such return)."

The FSA concluded:

> Since the unextended due date of the succeeding year's return is the date the credit is effective as a payment of the succeeding year's income taxes, for purposes of claiming a refund or credit for that year, the Government should also be treated as having lost the use of that money as a payment of the original year's tax at that point. Accordingly, where no part of the credit is used to satisfy estimated taxes, the original year's tax would become due and unpaid as of the unextended due date of the succeeding year's return, and on that date, interest would start running under section 6601.

While PHC agrees that subsections (b)(2) and (d) of section 6513 function in the manner described in FSA 200049001, the Taxpayer does not agree that those subsections are dispositive of the deficiency interest issue in question. Indeed, it is PHC's position that section 6513 has no relevance to the determination of when deficiency interest begins to run in situations like its own, or the one addressed by FSA 200049001. Instead, basic "use of money" principles require that the Taxpayer receive credit for funds that have not been applied to any tax that is due and owing until they are so applied (or are refunded).

For purposes of this discussion, PHC can agree with the IRS that a credit elect from Year 1 that is not needed for Year 2 estimated tax purposes becomes a payment of Year 2 tax on the

PRICEWATERHOUSECOOPERS

unextended due date of the Year 2 return. However, if, as in PHC's case, that payment is not needed to satisfy the taxpayer's Year 2 income tax liability, it cannot be said the Government has lost use of that money. Indeed, FSA 200049001 does not say that, but instead merely says that the Government should "be treated as having lost the use of that money as a payment of the original year's tax . . . ." (Emphasis added.)

It is apparent, therefore, that the Service persists in the contention that each tax period is a completely separate and distinct account, ignoring the fact that that while the taxpayer may have an underpayment for Year 1, it also has an equivalent or greater overpayment for Year 2. It should be noted, however, that neither the Internal Revenue Code nor any regulation promulgated thereunder mandates that the IRS determine whether a taxpayer is in an underpayment or overpayment status by reference to a single, isolated tax module[3] rather than by taking into consideration a broader range of activity, *e.g.*, all payments, credits, and liabilities for two or more tax periods. It is understandable that the Service has approached issues regarding the computation of interest in a manner that is compatible with the limitations of its computer and accounting systems. But simply because that approach yields a workable result does not mean that the result is the correct one.

With respect to deficiency interest, the IRS's position appears to be that as long as the credit elect is in the taxpayer's Year 1 account, it will not charge the taxpayer interest on the Year 1 underpayment. However, once the credit elect officially becomes a payment of Year 2 tax and is moved to the taxpayer's Year 2 account, the taxpayer becomes liable for deficiency interest on the Year 1 underpayment in spite of the fact that the Year 2 account is in an overpayment position.

That is essentially the same reasoning that the Government advanced unsuccessfully in both *May Department Stores* and *Sequa*. In those cases, the Government erroneously (and unsuccessfully) argued that as of the due date of the first installment of Year 2 estimated tax, the Year 1 credit elect became a payment of Year 2 estimated tax (*i.e.*, moved from the Year 1 to the Year 2 account). Once the credit was moved to Year 2, deficiency interest was

---

[3] For example, "XYZ Corporation's Form 1120 corporate income tax account for the tax period ended December 31, 2001."

PRICEWATERHOUSECOOPERS

triggered on the subsequently-determined Year 1 underpayment, in spite of the fact that the deficiency had already been paid in full by "excess" funds transferred, but not used in Year 2. It seems inconsistent for the Government to argue that somehow funds are no longer available for use once the account they are placed into changes. Moreover, such a conclusion is (1) irreconcilable with *Vendell Healthcare* and (2) contrary to both financial principles and to the spirit of the holdings in *Avon Products*, *May Department Stores*, and *Sequa*. *See also Kimberly-Clark Tissue Company v. United States*, 97-1 USTC ¶ 50,308 (DC E.D. Pa) (March 18, 1997) (Relying on *Avon Products*, the court held that interest on an underpayment determined with respect to Kimberly-Clark's tax year ended December 31, 1983, did not begin to run until September 17, 1984, when the taxpayer's 1983 return was filed and the election to apply the overpayment reported on that return to 1984 estimated taxes was made. Kimberly-Clark's failure to specify that the overpayment be applied to its third installment of 1984 estimated tax was not fatal because, *inter alia*, the overpayment was not needed to satisfy the first and second installments of estimated tax.).

Indeed, *May Department Stores* and Rev. Rul. 99-40 make it clear that deficiency interest only begins to run when the Year 1 credit elect is actually needed for Year 2 estimated tax purposes (*i.e.*, applied to the taxpayer's estimated tax liability for Year 2 so as to avoid imposition of the failure to pay estimated tax penalty under either IRC § 6654 or IRC § 6655).. In situations where the Year 1 credit elect is not needed for Year 2 estimated tax purposes, *Sequa*, as well as the office of IRS Chief Counsel in a series of FSAs[4] (including FSA 200049001), logically and correctly delay the start date for deficiency interest to the unextended due date of the Year 2 return.

The Taxpayer also observes that section 6513, relied upon in FSA 200049001, does not address the issue of when deficiency interest begins to run pursuant to "use of money" principles. Instead, the purpose of the section is to establish the date on which various types of payments are deemed paid to establish understandable rules regarding the limitations period for filing refund claims under IRC § 6511 with respect to such payments.

PHC notes that in FSA 200018025, January 31, 2000, IRS Chief Counsel held that an unused

---

[4] *See, e.g.*, FSA 199930031 (April 6, 1999) and FSA 199951008 (September 13, 1999).

PRICEWATERHOUSECOOPERS

credit elect remained available to offset interest on a subsequently-determined deficiency for Year 1 until the credit elect was refunded without interest on March 22, Year 3, *i.e.*, 7 days beyond the due date of the taxpayer's Year 2 return. It would appear, therefore, that even the IRS finds the "rule" that such interest can start to run no later than the unextended due date of the Year 2 return is not inviolate.

Under the facts of FSA 200018025 the IRS did not lose the use of that money until the refund was issued. Accordingly, it would be reasonable for the start date for deficiency interest to have been further delayed if the overpayment at issue in FSA 200018025 had not been refunded after seven days but had remained in the IRS's possession for a longer period of time. By extension, if a Year 1 credit elect creates an overpayment for Year 2 that is not refunded, but rather is rolled forward into the subsequent year's (*i.e.*, Year 3) account, the IRS still has the use of the money and no interest should accrue on a subsequently-determined Year 1 deficiency.

While PHC realizes that an FSA memorandum can not be relied upon by a taxpayer other than the one with respect to whom it is issued, it believes FSA 200018025 would constitute a hazard to the Government in any litigation regarding the issue of when deficiency interest should start to run in situations involving unused credit elects.

(c) Subsequent years' tax overpayments and credit elects

Once a conclusion is reached that permits a taxpayer to delay the start date for deficiency interest beyond March 15th, Year 3, it follows that for interest purposes the taxpayer should also obtain a benefit in situations where its subsequent years' tax liabilities are overpaid. That benefit should last until the overpayment (1) becomes a credit elect that is actually used to satisfy an estimated tax liability of the taxpayer, or (2) is refunded, and should result in either a further delay in the start date for deficiency interest or a suspension of interest accruals. PHC believes this to be a reasonable interpretation of the courts' holdings in *Avon Products*, *May Department Stores*, *Sequa* and *Vendell Healthcare*. To the extent the Government had the use of the taxpayer's money in subsequent years, "use of money" principles would preclude the accrual of deficiency interest.

PRICEWATERHOUSECOOPERS

Although neither *May Department Stores* nor *Sequa* specifically address this issue, in PHC's view this position is consistent with the manner in which the courts have interpreted and applied "use of money" principles.

In a recent development in this area, FSA 200204014 (dated October 19, 2001, but only made public on January 28, 2002), held that the running of deficiency interest should neither be delayed nor suspended for periods during which the taxpayer asserted that it was in a net "overpayment posture" as a result of unused credit elects for a series of tax years. IRS Chief Counsel based its conclusion on the grounds that for interest computation purposes overpayments for tax years other than the year for which an underpayment is subsequently determined may only be taken into consideration in limited circumstances (none of which were applicable to the taxpayer's situation). Once again, however, Chief Counsel failed to discuss *Vendell Healthcare*, in spite of the fact that the Service's conclusion in FSA 200204014 cannot be reconciled with the holding in that case.

In that regard, it is critical to note that in *Vendell Healthcare* the running of interest on the subsequently-determined deficiency for 1991 was suspended, in spite of the fact that there was no 1991 credit elect. Indeed, the taxpayer made no estimated tax payments whatsoever for 1991. Instead, the suspension of interest on both the 1991 and 1992 tax deficiencies was attributable primarily to an unused credit elect from the tax year 1993. Accordingly, it is clear that the court in *Vendell Healthcare* did not believe that the unused credit elect and the subsequently-determined deficiency had to be for the same tax year in order for the "use of money" principles (on which PHC is relying) to be applicable.

(d) Estimated payment analysis

It must also be noted that in determining when and to what extent the Service had use of PHC's money the Taxpayer has taken into account not only its unused credit elects, but also the amount by which each of its estimated tax payments exceeded the corresponding liability.

The Taxpayer believes that the start date for deficiency interest should be delayed to the extent that any of its estimated tax payments were in excess of the required quarterly estimated tax payment. For example, if on or before the due date of its first installment of estimated tax for Year 2 PHC had made estimated tax payments of $110x, and the actual amount of the required installment was $100x, the IRS would be considered to have use of $10x of PHC's money

PRICEWATERHOUSECOOPERS

from the installment due date until that amount was needed to satisfy another installment of estimated tax (or some other liability of the Taxpayer) or was refunded.

Such an application of "use of money" principles is consistent with *May Department Stores* and Revenue Ruling 99-40, both of which provide, as noted above, that deficiency interest only begins to run when the Year 1 credit elect is actually needed for Year 2 estimated tax payment purposes. In situations where the Year 1 credit elect is not needed for Year 2 estimated tax purposes, *Sequa*, as well as a series of FSA memoranda issued by IRS Chief Counsel, logically and correctly delay the start date for deficiency interest to the unextended due date of the Year 2 return. Moreover, as previously discussed, the court in *Vendell Healthcare* refused to allow the IRS to charge underpayment interest for the period during which the IRS had actual or effective use of the taxpayer's funds.

PHC believes that to permit taxpayers an interest benefit for an unused credit elect but not for an overpayment of estimated tax is inconsistent and creates a distinction without a difference since both would be considered to be an overpayment of tax until applied to an unpaid tax liability, or refunded.

PRICEWATERHOUSECOOPERS

(5) Authorization of Representative

Form 2848, Power of Attorney and Declaration of Representative, duly signed by an officer of the taxpayer on May 22, 2000, is enclosed.

Declaration

Under penalties of perjury, I declare that this statement and the facts contained herein are based on information as related to me by the taxpayer and, to the best of my knowledge and belief, they are true, correct, and complete.

Sincerely,

Diana McCarthy
PricewaterhouseCoopers LLP

Enclosures: Notice of Claim Disallowance dated November 20, 2001
*Avon Products, Inc. v. United States*
*May Department Stores v. United States*
AOD CC-1997-008 (Aug. 4, 1997)
*Sequa Corporation v. United States*
Rev. Rul. 99-40
*In re Vendell Healthcare, Inc.*
Field Service Advice memoranda 200049001, 200018025, and 200204014
*Kimberly-Clark Tissue Company v. United States*
Form 2848, Power of Attorney

cc: William R. Hoelting, Parker Hannifin Corporation
Charles N. Hirsch, Parker Hannifin Corporation
Julian G. Buck, PricewaterhouseCoopers LLP

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
Washington National Tax Services
1301 K Street NW, 800W
Washington DC 20005-3333
Telephone (202) 414 1000
Facsimile (202) 414 1301

October 22, 2004

Mr. James A. Joseph
Internal Revenue Service
Appeals Office
One Cleveland Center
1375 East Ninth Street, Suite 815
Cleveland, OH 44114

Subject: Parker Hannifin Corporation, EIN 34-0451060
Form 1120, Tax Year Ending June 30, 1987 (8706)

Dear Mr. Joseph:

As discussed during our telephone conference on October 7, 2004, we are providing you with additional information that we hope will both further explain and support Parker Hannifin Corporation's ("Parker Hannifin" or "Taxpayer") refund claim, and thereby enable us to reach a mutually satisfactory settlement of our Appeals case.

Enclosed are:

1. A three-page chart that depicts various periods during which, for interest purposes, (a) Parker Hannifin has already obtained the benefit of its assorted credit elects[1], (b) no credit elect benefit is/was available, or (c) the Taxpayer has not yet received any benefit from its credit elects. [Only the latter periods have been relied upon in the claim for refund that you are considering.]

2. A one-page "Guide to Understanding the Credit Elect 'Use of Money' Charts," on which we have reproduced the "8706 Credit Elect" portion of the chart described in (1) above, and added background information and explanations for the relevant portions of the chart. [Although we did not create such a guide for each portion of the two-page chart, we hope that the guide for 8706 will facilitate your understanding of the entire chart.]

3. A one-page table that shows when and to what extent the Taxpayer's credit elects were utilized in later tax years.

[1] "Credit elect" is the term used by the Internal Revenue Service to describe an overpayment that a taxpayer reports on its return and elects to have treated as an estimated tax payment for the following tax year.

PRICEWATERHOUSECOOPERS

4. An analysis of each of the credit elects that is relevant to Parker Hannifin's 8706 refund claim. Each analysis indicates how much, if any, of the credit elect was needed to satisfy the Taxpayer's estimated tax liability for the subsequent tax year. That information is critically important to the "use of money" principles on which Parker Hannifin's claim for refund is based.

5. A two-page table that shows the periods during which deficiency interest should be suspended on specific amounts as a result of the various credit elects.

6. IRS interest computation for tax year 8706 as currently posted.

7. Interest computation for tax year 8706 considering the periods during which deficiency interest should be suspended on specific amounts as a result of the various credit elects.

During our October 7th call, you stated that your national office acknowledged that there were litigating hazards with respect to credit elects that "were never used" (or, presumably, refunded). To be honest, we find that rationale rather puzzling. For example, suppose a taxpayer has excess money paid into the IRS for 500 days, and the money is finally refunded (or offset against some unpaid liability of the taxpayer) on the 501st day. From a "use of money" standpoint, it is difficult to understand how the issuance of the refund on Day 501 can change the fact that the Government had use of the taxpayer's money from Day 1 to Day 500.

Accordingly, in developing both the Taxpayer's refund claim and the above-listed documents, we have been careful to use only time periods during which we can clearly demonstrate that Parker Hannifin had moneys paid in to the IRS that were not needed to satisfy any tax (or estimated tax) liability. And once any such amount was refunded or offset, we immediately excluded it from our computations.

Finally, we also note that a "requirement" that credit elect amounts "never be used" is inconsistent with the facts and holding in *In re Vendell Healthcare, Inc.*, 222 B.R. 564 (Bankr.M.D.Tenn. 1998). The 1992 and 1993 credit elects at issue in that case ultimately were refunded by the IRS on April 6, 1995, but were nevertheless effective to suspend the running of interest on Vendell's 1991 and 1992 tax deficiencies during the period that the IRS had possession/use of the credit elects.

As you noted, *Vendell Healthcare* was decided by a bankruptcy court and therefore is less precedential than, *e.g.*, a U.S. Court of Appeals case. However, the bankruptcy court's opinion in *Vendell Healthcare* is well reasoned and discusses all of the pertinent precedents, *e.g.*, *Avon Products*, *May Department Stores*, *Sequa*, etc. In weighing the hazards of litigation facing the Government with respect to Parker Hannifin's case, the fact that in *Vendell Healthcare* an impartial third party, after hearing and carefully considering the arguments of both parties, ruled resoundingly for the taxpayer cannot simply be ignored.

PRICEWATERHOUSECOOPERS

Thank you in advance for your thoughtful consideration of the above-described issues and the enclosed documents. Our goal is to settle this case with you and we are prepared to provide you with a serious and, in our view, quite reasonable, settlement offer whenever you are in a position to receive and entertain it.

If you have any questions or need any additional information, please call me at (801) 334-2122.

Sincerely,

Theresa Reiger

Theresa Reiger
PricewaterhouseCoopers LLP

Enclosures: Credit Elect "Use of Money" Chart
Guide to Chart
Credit Elect Analyses
Suspension Period Table
Interest Computations

cc: William R. Hoelting, Parker Hannifin Corporation
Charles N. Hirsch, Parker Hannifin Corporation
Raymond Doyle, Parker Hannifin Corporation
Julian Buck, PricewaterhouseCoopers

# CREDIT ELECT "USE OF MONEY" CHARTS

## Credit Elect Summary

**8706 Credit Elect to 8806**

628,463
(539,450) used in 8806
**89,013**

**8806 Credit Elect to 8906**

89,013 from 8706
**4,092,118** from 8806
**4,181,131** to 8906

**8906 Credit Elect to 9006**

89,013 from 8706
4,092,118 from 8806
4,181,131
(527,361) used in 8906 (8806)
**3,653,770** to 9006

**D-4**




- Period of time for which PHC has not received any credit elect benefit
- Period of time for which PHC had already received credit elect benefit per Revenue Ruling 99-40

# CREDIT ELECT "USE OF MONEY" CHARTS

**Credit Elect Summary**

**9006 Credit Elect to 9106**

| | |
|---|---|
| 89,013 | from 8706 |
| 3,564,757 | from 8806 |
| 7,351,631 | from 9006 |
| 11,005,401 | to 9106 |

**9106 Credit Elect to 9206**

| | |
|---|---|
| 89,013 | from 8706 |
| 3,564,757 | from 8806 |
| 7,351,631 | from 9006 |
| 214,932 | from 9106 |
| 11,220,333 | |
| (4,130,527) | used in 9106 (9006) |
| 7,089,806 | to 9206 |

**9206 Credit Elect to 9306**

| | |
|---|---|
| 89,013 | from 8706 |
| 3,564,757 | from 8806 |
| 3,221,104 | from 9006 |
| 214,932 | from 9106 |
| 565,767 | from 9206 |
| 7,655,572 | |
| (3,094,746) | used in 9206 (9006/9106) |
| 4,560,816 | to 9306 |




D-5

# CREDIT ELECT "USE OF MONEY" CHARTS

**Credit Elect Summary**

**9306 Credit Elect to 9406**

| | |
|---|---|
| 89,013 | from 8706 |
| 3,564,757 | from 8806 |
| 341,278 | from 9006 |
| 565,767 | from 9206 |
| 375,825 | from 9306 |
| 4,936,640 | |
| (4,393,460) | used in 9306 (8806/9006/9206) |
| 543,180 | to 9406 |

**9406**

| | |
|---|---|
| 89,013 | from 8706 |
| 78,342 | from 8806 |
| 375,825 | from 9306 |
| 543,180 | |
| (543,180) | used in 9406 (8706/8806/9306) |
| - | |




- Period of time for which PHC has not received any credit elect benefit
- Period of time for which PHC had already received credit elect benefit per Revenue Ruling 99-40

D-6

# GUIDE TO UNDERSTANDING CREDIT ELECT "USE OF MONEY" CHARTS

**Credit Elect Summary**

**8706 Credit Elect to 8806**

628,463
(539,450) used in 8806
89,013




Parker Hannifin elected to apply the $628,463 credit elect overpayment shown on its 8706 tax return to its estimated tax liability for the tax year 8806.

The IRS subsequently determined a total deficiency in tax for the tax year 8706 in the amount of $13,850,890.

**During the periods (1) September 16, 1988 to September 16, 1990, (2) September 16, 1991 to September 16, 1992, and (3) September 16, 1993 to September 16, 1994, for interest purposes Parker Hannifin has not yet received any benefit from the $89,013 portion of the 8706 credit elect that was not needed for 8806 estimated tax purposes. It is that benefit – which is depicted by the solid shaded portion of the chart – that Parker is seeking to recover by way of the refund claim that is the under Appeals consideration.**

$539,450 of the 8706 credit elect was needed to satisfy the third installment of 8806 estimated tax that was due on March 15, 1988. The remaining $89,013 of the 8706 credit elect was not needed for 8806 estimated tax purposes.

Pursuant to Revenue Ruling 99-40, interest on $539,450 of the deficiency for 8706 was suspended from September 15, 1987 to March 15, 1988, and interest on $89,013 of the deficiency was suspended from September 15, 1987 to September 15, 1988.

Those periods are depicted by diagonal striping because Parker Hannifin already obtained the benefits of those interest suspension periods (i.e., interest decrease).

The $89,013 was ultimately used to satisfy a balance due shown on the Taxpayer's 9406 tax return as of September 15, 1994. Parker Hannifin is not claiming any further benefit with respect to the $89,013 after that date.

The $89,013 continued to roll forward and was included in the Taxpayer's credit elects for the tax years 9006 and 9206, for which it received an interest suspension benefit under Revenue Ruling 99-40 for the periods September 15, 1990 to September 15, 1991, and September 15, 1992 to September 15, 1993, respectively. The chart again uses diagonal striping to depict those periods (for which no additional benefit is being sought).

**- Period of time for which PHC has not received any credit elect benefit**

**- Period of time for which PHC had already received credit elect benefit per Revenue Ruling 99-40**

# UTILIZATION OF CREDIT ELECTS FOR TAX YEARS 8706 THROUGH 9406

| Tax Year | Credit Elect created in current year | Credit Elect to 8806 | Credit Elect used in 8806 | Credit Elect to 8906 | Credit Elect used in 8906 | Credit Elect to 9006 | Credit Elect used in 9006 | Credit Elect to 9106 | Credit Elect used in 9106 | Credit Elect to 9206 | Credit Elect used in 9205 | Credit Elect to 9306 | Credit Elect used in 9306 | Credit Elect to 9406 | Credit Elect used in 9406 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8706 | 628,463 | 628,463 | (539,450) | 89,013 | None | 89,013 | None | 89,013 | None | 89,013 | None | 89,013 | None | 89,013 | (89,013) |
| 8806 | 4,092,118 | - | - | 4,092,118 | (527,361) | 3,564,757 | None | 3,564,757 | None | 3,564,757 | None | 3,564,757 | (3,486,415) | 78,342 | (78,342) |
| 8906 | None | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 9006 | 7,351,631 | - | - | - | - | - | - | 7,351,631 | (4,130,527) | 3,221,104 | (2,879,826) | 341,278 | (341,278) | None | None |
| 9106 | 214,932 | - | - | - | - | - | - | - | - | 214,932 | (214,932) | None | None | None | None |
| 9206 | 565,767 | - | - | - | - | - | - | - | - | - | - | 565,767 | (565,767) | None | None |
| 9306 | 375,825 | - | - | - | - | - | - | - | - | - | - | - | - | 375,825 | (375,825) |
| 9406 | None | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| Totals | | 628,463 | (539,450) | 4,181,131 | (527,361) | 3,653,770 | - | 11,005,401 | (4,130,527) | 7,089,806 | (3,094,758) | 4,560,815 | (4,393,460) | 543,180 | (543,180) |
| | | | (1) | | (2) | | | | (3) | | (4) | | (5) | | (6) |

(1) **$539,450** Credit Elect from 8706 was applied to 8806 third installment

(2) **$527,361** Credit Elect from 8806 was applied to 8906 balance due as of due date (1 on chart)

(3) **$4,130,527** Credit Elect from 9006 was applied as follows: $37,092 applied to 9106 first installment (2a on chart); $2,049,926 applied to 9106 second installment (2b on chart) and $2,043,509 applied to 9106 third installment (2c on chart)

(4) **$2,879,826** Credit Elect from 9006 was applied to 9206 third installment (3 on chart)
**$214,932** Credit Elect from 9106 was applied to 9206 third installment (3 on chart)

(5) **$3,486,415** Credit Elect from 8806 was applied as follows: $61,995 applied to 9306 second installment (4a on chart); $1,474,144 applied to 9306 third installment (4b on chart); and $1,950,276 applied to 9306 fourth installment (4c on chart)
**$341,278** Credit Elect from 9006 was applied to 9306 second installment (4a on chart)
**$565,767** Credit Elect from 9006 was applied to 9306 second installment (4a on chart)

(6) **$89,013** Credit Elect from 8706 was applied to 9406 as of due date (5 on chart)
**$78,342** Credit Elect from 8806 was applied to 9406 as of due date (5 on chart)
**$375,825** Credit Elect from 9306 was applied to 9406 as of due date (5 on chart)

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1988**

**8806 OVERPAYMENT CREDIT ELECT FROM 8706 $628,463**

| | 10/15/1987 | 12/15/1987 | 3/15/1988 | 6/15/1988 |
|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 11,013,150 | 11,013,150 | 11,013,150 | 11,013,149 |
| AMOUNT PAID (Excluding credit elect amount) | (13,500,000) | (11,500,000) | (7,500,000) | (20,000,000) |
| OVERPAID | (2,486,850) | (486,850) | - | (8,986,851) |
| UNDERPAID | - | - | 3,513,150 | - |
| OVERPAID 10/15/87 INSTALLMENT USED | - | - | (2,486,850) | - |
| OVERPAID 12/15/87 INSTALLMENT USED | - | - | (486,850) | - |
| CREDIT ELECT UTILIZED | - | - | **(539,450)** | - |
| TOTAL OVERPAID (including credit elect amount) | (3,115,313) | (3,602,163) | (89,013) | (9,075,864) |
| TAX DUE ON 8806 RETURN | | | | 48,947,332 |
| ESTIMATED TAX PAYMENTS | | | | (52,500,000) |
| **8706 CREDIT ELECT UTILIZED 03/15/88** | | | | **(539,450)** |
| CURRENT YEAR OVERPAYMENT (becomes part of 8806 credit elect to 8906) | | | | (4,092,118) |
| 8706 UNUSED CREDIT ELECT | | | | (89,013) |
| **TOTAL OVERPAYMENT CREDIT ELECT APPLIED TO 8906** | | | | **(4,181,131)** |

* This analysis shows how much, if any, of the 8706 credit elect was needed for 8806 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1989**

**8906 OVERPAYMENT CREDIT ELECT FROM 8806 $4,181,131**

| | 10/15/1988 | 12/15/1988 | 3/15/1989 | 6/15/1989 |
|---|---|---|---|---|
| INSTALLMENT DUE (90% of tax) | 7,881,156 | 7,881,156 | 7,881,156 | 7,881,157 |
| AMOUNT PAID (Excluding credit elect amount) | (8,000,000) | (8,000,000) | (8,000,000) | (8,000,000) |
| OVERPAID | (118,884) | (118,884) | (118,884) | (118,843) |
| UNDERPAID | - | - | - | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID (including credit elect amount) | (4,300,015) | (4,418,899) | (4,537,783) | (4,656,626) |
| TAX DUE ON 8906 RETURN | | | | 35,027,361 |
| ESTIMATED TAX PAYMENTS | | | | (32,000,000) |
| TIMELY PAYMENT | | | | (2,500,000) |
| TOTAL DUE BEFORE CREDIT ELECT APPLIED | | | | 527,361 (1) |
| 8806 UNUSED CREDIT ELECT (89,013 from 8706 and 4,092,118 from 8806) | | | | (4,181,131) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9006** (89,013 from 8706 and 3,564,757 from 8806) | | | | **(3,653,770)** |

* This analysis shows how much, if any, of the 8806 credit elect was needed for 8906 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1990**

**9006 OVERPAYMENT CREDIT ELECT FROM 8906 $3,653,770**

| | 10/15/1989 | 12/15/1989 | 3/15/1990 | 6/15/1990 |
|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 3,633,383 | 3,633,383 | 3,633,383 | 3,633,383 |
| AMOUNT PAID (Excluding credit elect amount) | (9,000,000) | (7,500,000) | (2,000,000) | (5,000,000) |
| OVERPAID | (5,366,617) | (3,866,617) | - | (1,366,617) |
| UNDERPAID | - | - | 1,633,383 | - |
| OVERPAID 10/15/89 INSTALLMENT USED | - | - | (1,633,383) | - |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID (including credit elect amount) | (9,020,387) | (12,887,004) | (11,253,621) | (12,620,238) |
| TAX DUE ON 9006 RETURN | | | | 16,148,369 |
| ESTIMATED TAX PAYMENTS | | | | (23,500,000) |
| CURRENT YEAR OVERPAYMENT (becomes part of 9006 credit elect to 9106) | | | | (7,351,631) |
| 8906 UNUSED CREDIT ELECT (89,013 from 8706 and 3,564,757 from 8806) | | | | (3,653,770) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9106** (89,013 from 8706; 3,564,757 from 8806; 7,156,732 from 9006 and 194,899 from 9006 with 4/29/91 date) | | | | **(11,005,401)** |

* This analysis shows how much, if any, of the 8906 credit elect was needed for 9006 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1991**

**9106** **OVERPAYMENT CREDIT ELECT FROM 9006 $11,005,401**

| | 10/15/1990 | 12/15/1990 | 3/15/1991 | 4/29/1991 | 6/15/1991 |
|---|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 4,037,092 | 6,049,926 | 5,043,509 | | 5,043,509 |
| AMOUNT PAID (Excluding credit elect amount) | (4,000,000) | (4,000,000) | (3,000,000) | | (7,500,000) |
| OVERPAID | - | - | - | - | (2,456,491) |
| UNDERPAID | 37,092 | 2,049,926 | 2,043,509 | | - |
| CREDIT ELECT UTILIZED | **(37,092)** (2a) | **(2,049,926)** (2b) | **(2,043,509)** (2c) | - | - |
| TOTAL OVERPAID (including credit elect amount) | (10,773,410) | (8,723,484) | (6,679,975) | (6,874,874) | (9,331,365) |

| | |
|---|---|
| TAX DUE ON 9106 RETURN | 22,415,595 |
| ESTIMATED TAX PAYMENTS | (18,694,899) |
| **9006 CREDIT ELECT UTILIZED 10/15/90** (2a) | **(37,092)** |
| **9006 CREDIT ELECT UTILIZED 12/15/90** (2b) | **(2,049,926)** |
| **9006 CREDIT ELECT UTILIZED 03/15/91** (2c) | **(2,043,509)** |
| CURRENT YEAR OVERPAYMENT (becomes part of 9106 credit elect to 9206) | (214,932) |
| 9007 UNUSED CREDIT ELECT (89,013 from 8706; 3,564,757 from 8806 and 3,221,104 from 9006) | (6,874,874) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9206** | **(7,089,806)** |

* This analysis shows how much, if any, of the 9006 credit elect was needed for 9106 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1992**

**9206 OVERPAYMENT CREDIT ELECT FROM 9106 $7,089,806**

| | 10/15/1991 | 12/15/1991 | 3/15/1992 | 6/15/1992 |
|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 5,603,899 | 7,459,273 | 6,531,586 | 6,531,586 |
| AMOUNT PAID (Excluding credit elect amount) | (8,500,000) | (6,000,000) | (2,000,000) | (10,000,000) |
| OVERPAID | (2,896,101) | - | - | (3,468,414) |
| UNDERPAID | - | 1,459,273 | 4,531,586 | - |
| OVERPAID 10/15/91 INSTALLMENT USED | - | (1,459,273) | (1,436,828) | - |
| CREDIT ELECT UTILIZED | - | - | **(3,094,758)** (3) | - |
| TOTAL OVERPAID (including credit elect amount) | (9,985,907) | (8,526,634) | (3,995,048) | (7,463,462) |
| TAX DUE ON 9206 RETURN | | | | 29,028,992 |
| ESTIMATED TAX PAYMENTS | | | | (26,500,000) |
| **9106 CREDIT ELECT UTILIZED 03/15/92** (3) | | | | **(3,094,758)** |
| CURRENT YEAR OVERPAYMENT (becomes part of 9206 credit elect to 9306) | | | | (565,767) |
| 9106 UNUSED CREDIT ELECT (89,013 from 8706; 3,564,757 from 8806 and 341,278 from 9006) | | | | (3,995,048) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9306** | | | | **(4,560,815)** |

* This analysis shows how much, if any, of the 9106 credit elect was needed for 9206 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1993**

**9306** OVERPAYMENT CREDIT ELECT FROM 9206 $4,560,815

| | 10/15/1992 | 12/15/1992 | 3/15/1993 | 6/15/1993 |
|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 7,257,318 | 10,711,722 | 6,474,144 | 11,950,276 |
| AMOUNT PAID (Excluding credit elect amount) | (10,000,000) | (7,000,000) | (5,000,000) | (10,000,000) |
| OVERPAID | (2,742,682) | - | - | - |
| UNDERPAID | - | 3,711,722 | 1,474,144 | 1,950,276 |
| OVERPAID 10/15/92 INSTALLMENT USED | - | (2,742,682) | - | - |
| CREDIT ELECT UTILIZED | - | (4a) **(969,040)** | (4b) **(1,474,144)** | (4c) **(1,950,276)** |
| TOTAL OVERPAID (including credit elect amount) | (7,303,497) | (3,591,775) | (2,117,631) | (167,355) |

| | |
|---|---|
| TAX DUE ON 1993 RETURN | 41,031,744 |
| ESTIMATED TAX PAYMENTS | (32,000,000) |
| **9206 CREDIT ELECT UTILIZED 12/15/92** (4a) | **(969,040)** |
| **9206 CREDIT ELECT UTILIZED 03/15/93** (4b) | **(1,474,144)** |
| **9206 CREDIT ELECT UTILIZED 06/15/93** (4c) | **(1,950,276)** |
| REFUNDABLE CREDIT | (14,388) |
| TIMELY PAYMENT | (5,000,000) |
| NET REFUND 08/08/94 | 279 |
| CURRENT YEAR OVERPAYMENT (becomes part of 9406 credit elect to 9506) | (375,825) |
| 9206 UNUSED CREDIT ELECT (89,013 from 8706 and 78,342 from 8806) | (167,355) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9406** | **(543,180)** |

* This analysis shows how much, if any, of the 9206 credit elect was needed for 9306 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

**PARKER HANNIFIN CORPORATION**
**CREDIT ELECT ANALYSIS**
**TAX YEAR ENDING JUNE 30, 1994**

**9406 OVERPAYMENT CREDIT ELECT FROM 9306 $543,180**

| | 10/15/1993 | 12/15/1993 | 3/15/1994 | 6/15/1994 |
|---|---|---|---|---|
| INSTALLMENT DUE (per Form 2220) | 10,257,936 | 14,611,612 | 12,857,004 | 8,189,176 |
| AMOUNT PAID (Excluding credit elect amount) | (14,000,000) | (14,000,000) | (11,000,000) | (8,000,000) |
| OVERPAID | (3,742,064) | - | - | - |
| UNDERPAID | - | 611,612 | 1,857,004 | 189,179 |
| OVERPAID 10/15/93 INSTALLMENT USED | - | (611,612) | (1,857,004) | (189,176) |
| CREDIT ELECT UTILIZED | - | - | - | - |
| TOTAL OVERPAID (including credit elect amount) | (4,473,271) | (3,861,659) | 2,004,655 | (1,815,479) |
| TAX DUE ON 9406 RETURN | | | | 54,722,792 |
| ESTIMATED TAX PAYMENTS | | | | (47,000,000) |
| TIMELY PAYMENT | | | | (4,500,000) |
| REFUNDABLE CREDIT | | | | (23,858) |
| PAYMENT WITH RETURN | | | | (2,655,754) |
| TOTAL DUE BEFORE CREDIT ELECT APPLIED | | | | 543,180 |
| 9306 UNUSED CREDIT ELECT | | | | (543,180) (5) |
| **TOTAL OVERPAYMENT CREDIT APPLIED TO 9506** | | | | **NONE** |

* This analysis shows how much, if any, of the 9306 credit elect was needed from 9406 estimated tax purposes. Where applicable, the analysis also shows to which installment(s) of estimated tax the credit was applied.

# PARKER HANNIFIN CORPORATION
## Deficiency Interest Suspension Periods based on Credit Elects

| Tax Year | Credit Elect Amt. created in that Year | Suspend from date | | Suspend to date | Amount currently Available | Amount/time credit elect benefit already used per RR 99-40 |
|---|---|---|---|---|---|---|
| 8706 | 628,463 | 9/15/1987 | to | 3/15/1988 | - | 539,450 8706 use of money claim 628,463 |
| | | 9/15/1987 | | 9/15/1990 | - | 89,013 8706 use of money claim 628,463 |
| | | 9/15/1988 | | 9/15/1990 | 89,013 | |
| | | 9/15/1990 | | 9/15/1991 | - | 89,013 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 9/15/1992 | 89,013 | |
| | | 9/15/1992 | | 9/15/1993 | - | 89,013 9206 use of money claim 1,712,078 |
| | | 9/15/1993 | | 9/15/1994 | 89,013 | |
| 8806 | 4,092,118 | 9/15/1988 | | 9/15/1989 | 527,361 | |
| | | 9/15/1988 | | 9/15/1990 | 61,995 | |
| | | 9/15/1990 | | 9/15/1991 | - | 61,995 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 12/15/1992 | 61,995 | |
| | | 9/15/1988 | | 9/15/1989 | 965,666 | |
| | | 9/15/1988 | | 9/15/1989 | 508,478 | |
| | | 9/15/1989 | | 3/15/1990 | - | 965,666 8906 use of money claim 2,687,580 |
| | | 9/15/1989 | | 3/15/1990 | - | 508,478 8906 use of money claim 2,687,580 |
| | | 3/15/1990 | | 9/15/1990 | 965,666 | |
| | | 3/15/1990 | | 9/15/1990 | 508,478 | |
| | | 9/15/1990 | | 9/15/1991 | - | 965,666 9006 use of money claim 7,712,549 |
| | | 9/15/1990 | | 9/15/1991 | - | 508,478 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 9/15/1992 | 508,478 | |
| | | 9/15/1991 | | 9/15/1992 | - | 965,666 9106 use of money claim 2,179,102 |
| | | 9/15/1992 | | 3/15/1993 | 965,666 | |
| | | 9/15/1992 | | 3/15/1993 | 508,478 | |
| | | 9/15/1988 | | 9/15/1989 | 1,213,436 | |
| | | 9/15/1989 | | 3/15/1990 | - | 1,213,436 8906 use of money claim 2,687,580 |
| | | 3/15/1990 | | 9/15/1990 | 1,213,436 | |
| | | 9/15/1990 | | 9/15/1991 | - | 1,213,436 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 9/15/1992 | - | 1,213,436 9106 use of money claim 2,179,102 |
| | | 9/15/1992 | | 6/15/1993 | - | 1,213,436 9206 use of money claim 1,712,078 |
| | | 9/15/1988 | | 9/15/1990 | 331,287 | |
| | | 9/15/1990 | | 9/15/1991 | - | 331,287 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 9/15/1992 | 331,287 | |
| | | 9/15/1992 | | 6/15/1993 | - | 331,287 9206 use of money claim 1,712,078 |
| | | 9/15/1988 | | 9/15/1990 | 405,553 | |
| | | 9/15/1990 | | 9/15/1991 | - | 405,553 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 6/15/1993 | 405,553 | |
| | | 9/15/1988 | | 9/15/1990 | 78,342 | |
| | | 9/15/1990 | | 9/15/1991 | - | 78,342 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | | 9/15/1992 | 78,342 | |
| | | 9/15/1992 | | 9/15/1993 | - | 78,342 9206 use of money claim 1,712,078 |
| | | 9/15/1993 | | 9/15/1994 | 78,342 | |

# PARKER HANNIFIN CORPORATION

## Deficiency Interest Suspension Periods based on Credit Elects

| Tax Year | Credit Elect Amt. created in that Year | Suspend from date | Suspend to date | Amount currently Available | Amount/time credit elect benefit already used per RR 99-40 |
|---|---|---|---|---|---|
| 9006 | 7,351,631 | 9/15/1990 | 10/15/1990 | 37,092 | |
| | | 9/15/1990 | 12/15/1990 | 2,049,926 | |
| | | 9/15/1990 | 3/15/1991 | 1,205,834 | |
| | | 9/15/1990 | 3/15/1991 | - | 837,675 9006 use of money claim 7,712,549 |
| | | 9/15/1990 | 9/15/1991 | - | 2,684,927 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | 3/15/1992 | 2,684,927 | |
| | | 9/15/1990 | 4/29/1991 | - | 194,899 9006 use of money claim 7,712,549 |
| | | 4/29/1991 | 3/15/1992 | 194,899 | |
| | | 9/15/1990 | 9/15/1991 | - | 341,278 9006 use of money claim 7,712,549 |
| | | 9/15/1991 | 12/15/1992 | 341,278 | |
| | | | | | |
| | | | | | |
| 9106 | 214,932 | 9/15/1991 | 3/15/1992 | 214,932 | |
| | | | | | |
| 9205 | 565,767 | 9/15/1992 | 12/15/1992 | 565,767 | |
| | | | | | |
| 9306 | 375,825 | 9/15/1993 | 9/15/1994 | 213,441 | |
| | | 9/15/1993 | 9/15/1994 | - | 162,384 9306 use of money claim - 162,384 |

Current – As Posted to IRS account

**490 Activity Summary - PHC - euom**

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 10/29/2004 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | 08/14/1991 Amount: $0 |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | | 150 Return Filed & Assessed Tax Liab | | 32,074,879.00 | 32,074,879.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 14,949,394.00 | 47,024,273.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 51,496.00 | 47,075,769.00 |
| 09/15/1987 | | | 301 Abatement of Tax By Examination | | (1,150,000.00) | 45,925,769.00 |
| 09/15/1987 | | | 660 Estimated Tax | | (23,800,000.00) | 22,125,769.00 |
| 09/15/1987 | | | 716 Generated Overpay Credit Applied | | (8,903,342.00) | 13,222,427.00 |
| 03/15/1988 | | | 836 Overpayment Credit Elect to Next | | 539,450.00 | 13,761,877.00 |
| 11/03/2001 | 09/15/1987 | 03/15/1988 | 1555 Equalize to Overpay | 17,359.53 | | 13,761,877.00 |
| 09/15/1988 | | | 836 Overpayment Credit Elect to Next | | 89,013.00 | 13,850,890.00 |
| 09/15/1988 | | | 700 Credit Applied | | (10,218,884.00) | 3,632,006.00 |
| 11/03/2001 | 03/15/1988 | 09/15/1988 | 1555 Equalize to Overpay | 18,185.06 | | 3,632,006.00 |
| 11/03/2001 | 09/15/1988 | 01/30/1989 | 1555 Equalize to Overpay | 19,034.96 | | 3,632,006.00 |
| 09/15/1989 | | | 700 Credit Applied | | (4,872.82) | 3,627,133.18 |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 19,753.23 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 16,728.42 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 22,748.18 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 21,123.27 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 43,967.06 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 23,354.10 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 46,320.15 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 23,546.82 | | 3,627,133.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 51,164.80 | | 3,627,133.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 23,943.59 | | 3,627,133.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 58,462.12 | | 3,627,133.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 24,541.24 | | 3,627,133.18 |
| 09/15/1991 | | | 295 Abatement of Tax with Interest C | | (1,149,797.00) | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 70,040.92 | | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 25,489.53 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 72,506.06 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 25,691.43 | | 2,477,336.18 |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 79,149.32 | | 2,477,336.18 |
| '03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 26,235.51 | | 2,477,336.18 |
| .1/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 82,373.19 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 26,499.54 | | 2,477,336.18 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - PHC - euom

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 04/02/1992 | 09/15/1991 | 04/02/1992 | 840 Manual Refund | (1,149,797.00) | 1,149,797.00 | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 50,430.26 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 87,424.23 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 26,913.21 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 3,230,492.01 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 51,057.76 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 87,487.08 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 26,918.36 | | 3,627,133.18 |
| 05/27/1993 | | | 670 Subsequent Payment | | (90,198.49) | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 268,501.21 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 109,265.95 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 28,702.04 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 301,156.56 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 112,681.14 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 28,981.74 | | 3,536,934.69 |
| 07/12/1993 | 07/03/1993 | 07/12/1993 | 846 Refund of Overpayment | (3,925.98) | 3,925.98 | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 321,797.50 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 114,839.83 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 29,158.53 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 326,837.28 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 115,366.90 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 29,201.70 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 363,457.90 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 119,196.79 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 29,515.37 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 508,600.07 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 134,376.15 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 30,758.55 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 513,916.40 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| /03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 134,932.15 | | 3,540,860.67 |
| /03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 30,804.08 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 536,452.57 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

# 490 Activity Summary - PHC - enom

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date ranscript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 137,247.30 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 30,993.69 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 552,735.91 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 138,920.09 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 31,130.69 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 557,832.77 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 139,430.67 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 31,172.51 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 580,487.03 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 141,700.05 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 31,358.37 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 586,355.19 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 142,287.89 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 31,406.51 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 587,089.34 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 142,361.44 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 93,854.06 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 31,412.54 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 11,580.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 93,854.06 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 2,168.95 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 11,580.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 267.61 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 675,572.64 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 231,189.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 10,000.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 151,225.22 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 32,138.48 | | 3,540,860.67 |
| 03/15/1995 | | | 640 Advance Payment of Determined De | | (12,434,836.00) | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,241,726.14 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 41,829.01 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 231,189.00 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 2,983.10 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 111,207.34 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,407.97 | | (8,893,975.33) |
| /03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 11,580.00 | | (8,893,975.33) |
| /03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 420.49 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 686,317.11 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 10,000.00 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 153,789.39 | | (8,893,975.33) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - PHC - euom

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date ranscript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balanc |
|---|---|---|---|---|---|---|
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 32,649.61 | | (8,893,975.33) |
| 04/30/1997 | | | 700 Credit Applied | | (112,015.00) | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (429,165.60) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (446,519.00) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (42,009.98) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (444,025.15) | | (9,005,990.33) |
| 03/16/1998 | | | 670 Subsequent Payment | | (8,989.00) | (9,014,979.33) |
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,763,554.93) | | (9,014,979.33) |
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,270,293.80) | | (9,014,979.33) |
| 02/12/1999 | | | 840 Manual Refund | | 3,504,438.34 | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,763,820.67) | | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,270,485.21) | | (5,510,540.99) |
| 11/03/2001 | 02/12/1999 | 04/09/1999 | 1541 Use Int GATT to Equal | (615,360.29) | | (5,510,540.99) |
| 11/03/2001 | 04/09/1999 | 04/13/1999 | 1541 Use Int GATT to Equal | (619,776.02) | | (5,510,540.99) |
| 11/03/2001 | 04/13/1999 | 04/14/1999 | 1541 Use Int GATT to Equal | (620,149.67) | | (5,510,540.99) |
| 11/03/2001 | 04/14/1999 | 04/24/1999 | 1541 Use Int GATT to Equal | (620,243.12) | | (5,510,540.99) |
| 11/03/2001 | 04/24/1999 | 05/03/1999 | 1541 Use Int GATT to Equal | (621,178.37) | | (5,510,540.99) |
| 11/03/2001 | 05/03/1999 | 06/15/1999 | 1541 Use Int GATT to Equal | (622,021.29) | | (5,510,540.99) |
| 11/03/2001 | 06/15/1999 | 09/04/1999 | 1541 Use Int GATT to Equal | (626,064.43) | | (5,510,540.99) |
| 11/03/2001 | 09/04/1999 | 09/11/1999 | 1541 Use Int GATT to Equal | (633,752.09) | | (5,510,540.99) |
| 11/03/2001 | 09/11/1999 | 09/13/1999 | 1541 Use Int GATT to Equal | (634,420.87) | | (5,510,540.99) |
| 11/03/2001 | 09/13/1999 | 09/15/1999 | 1541 Use Int GATT to Equal | (634,612.08) | | (5,510,540.99) |
| 11/03/2001 | 09/15/1999 | 09/20/1999 | 1541 Use Int GATT to Equal | (634,803.35) | | (5,510,540.99) |
| 11/03/2001 | 09/20/1999 | 11/06/1999 | 1541 Use Int GATT to Equal | (635,281.77) | | (5,510,540.99) |
| 11/03/2001 | 11/06/1999 | 11/15/1999 | 1541 Use Int GATT to Equal | (639,796.58) | | (5,510,540.99) |
| 11/03/2001 | 11/15/1999 | 04/17/2000 | 1541 Use Int GATT to Equal | (640,664.77) | | (5,510,540.99) |
| 11/03/2001 | 04/17/2000 | 09/07/2000 | 1541 Use Int GATT to Equal | (655,979.82) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (389,321.47) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (224,067.40) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (59,462.15) | | (5,510,540.99) |
| 03/12/2001 | | | 826 Overpayment Transferred | | 6,209.89 | (5,504,331.10) |
| 05/28/2001 | 05/19/2001 | 05/28/2001 | 846 Refund of Overpayment | (5,403.32) | 5,403.32 | (5,498,927.78) |
| 10/29/2001 | 10/20/2001 | 10/29/2001 | 846 Refund of Overpayment | (1,638.93) | 1,638.93 | (5,497,288.85) |
| 11/12/2001 | 11/03/2001 | 11/12/2001 | 846 Refund of Overpayment | (704,955.88) | 704,955.88 | (4,792,332.97) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | 150 Return Filed & Assessed Tax Liab | 32,074,879.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 51,496.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 14,949,394.00 | | | |
| | | 301 Abatement of Tax By Examination | (1,150,000.00) | | | |
| | | 660 Estimated Tax | (23,800,000.00) | | | |
| | | 716 Generated Overpay Credit Applied | (8,903,342.00) | | | 13,222,427.00 |
| 09/16/1987 | 03/15/1988 | NR Underpay @ Over Underpay | 17,359.53 | 0.047554553 | 825.52 | |
| | | | 13,205,067.47 | 0.052783700 | 697,012.31 | 13,920,264.84 |
| [illegible]/15/1988 | | 836 Overpayment Credit Elect to Next | 539,450.00 | | | 14,459,714.84 |
| [illegible]16/1988 | 09/15/1988 | NR Underpay @ Over Underpay | 18,185.06 | 0.046736663 | 849.91 | |
| | | | 14,441,529.78 | 0.052010811 | 751,115.67 | 15,211,680.42 |
| 09/15/1988 | | 700 Credit Applied | (10,218,884.00) | | | |
| | | 836 Overpayment Credit Elect to Next | 89,013.00 | | | 5,081,809.42 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| /16/1988 | 01/30/1989 | NR Underpay @ Over | 19,034.96 | 0.037733805 | 718.26 | |
| | | Underpay | 5,062,774.46 | 0.041626729 | 210,746.74 | 5,293,274.42 |
| 01/31/1989 | 09/15/1989 | NR Underpay @ Over | 260,942.23 | 0.069358156 | 18,098.47 | |
| | | Underpay | 5,032,332.19 | 0.076056820 | 382,743.18 | 5,694,116.07 |
| 09/15/1989 | | 700 Credit Applied | (4,872.82) | | | 5,689,243.25 |
| 09/16/1989 | 09/15/1990 | NR Underpay @ Over | 301,788.87 | 0.105609918 | 31,871.90 | |
| | | Underpay | 5,387,454.38 | 0.116718258 | 628,814.29 | 6,349,929.44 |
| 09/16/1990 | 10/15/1990 | NR Underpay @ Over | 308,510.16 | 0.008251913 | 2,545.80 | |
| | | Underpay | 6,041,419.28 | 0.009080716 | 54,860.41 | 6,407,335.65 |
| 10/16/1990 | 12/15/1990 | NR Underpay @ Over | 311,055.97 | 0.016850433 | 5,241.43 | |
| | | Underpay | 6,096,279.68 | 0.018550759 | 113,090.61 | 6,525,667.69 |
| 12/16/1990 | 03/15/1991 | NR Underpay @ Over | 316,297.39 | 0.024960584 | 7,894.97 | |
| | | Underpay | 6,209,370.30 | 0.027490274 | 170,697.29 | 6,704,259.95 |
| 03/16/1991 | 08/14/1991 | NR Underpay @ Over | 324,192.36 | 0.038640944 | 12,527.10 | |
| | | Underpay | 6,380,067.59 | 0.042974119 | 274,177.79 | 6,990,964.83 |
| 08/15/1991 | 09/15/1991 | NR Underpay @ Over | 336,719.45 | 0.007920642 | 2,667.03 | |
| | | Underpay LCU | 6,654,245.38 | 0.010574336 | 70,364.23 | 7,063,996.10 |
| 09/15/1991 | | 295 Abatement of Tax with Interest C | (1,149,797.00) | | | 5,914,199.10 |
| 09/16/1991 | 12/09/1991 | NR Underpay @ Over | 339,386.49 | 0.021177446 | 7,187.34 | |
| | | Underpay LCU | 5,574,812.61 | 0.028334613 | 157,960.16 | 6,079,346.59 |
| 12/10/1991 | 01/21/1992 | NR Underpay @ Over | 346,573.83 | 0.010063956 | 3,487.90 | |
| | | Underpay LCU | 5,732,772.76 | 0.013634326 | 78,162.49 | 6,160,996.99 |
| 01/22/1992 | 04/01/1992 | NR Underpay @ Over | 3,580,553.74 | 0.015610707 | 55,894.97 | |
| | | Underpay LCU | 2,580,443.25 | 0.021536920 | 55,574.80 | 6,272,466.76 |
| 04/02/1992 | | 840 Manual Refund | 1,149,797.00 | | | |
| 04/02/1992 | 04/02/1992 | NR Underpay @ Over | 3,636,448.71 | 0.000191257 | 695.50 | |
| | | Underpay LCU | 2,636,018.05 | 0.000273224 | 720.22 | 6,273,882.48 |
| 04/03/1992 | 03/29/1993 | NR Underpay @ Over | 3,637,144.21 | 0.066262424 | 241,005.99 | |
| | | Underpay LCU | 3,786,535.27 | 0.098299333 | 372,213.89 | 8,036,899.37 |
| 03/30/1993 | 05/27/1993 | NR Underpay @ Over | 3,730,139.21 | 0.009745009 | 36,350.24 | |
| | | Underpay LCU | 4,306,760.16 | 0.014652462 | 63,104.64 | 8,136,354.25 |
| 05/27/1993 | | 670 Subsequent Payment | (90,198.49) | | | 8,046,155.76 |
| 05/28/1993 | 07/03/1993 | NR Underpay @ Over | 3,766,489.45 | 0.006100223 | 22,976.43 | |
| | | Underpay LCU | 4,279,666.31 | 0.009163897 | 39,218.42 | 8,108,350.60 |
| 07/04/1993 | 07/12/1993 | NR Underpay @ Over | 3,789,465.87 | 0.001480425 | 5,610.02 | |
| | | Underpay LCU | 4,318,884.73 | 0.002221368 | 9,593.83 | 8,123,554.46 |
| 07/12/1993 | | 846 Refund of Overpayment | 3,925.98 | | | 8,127,480.44 |
| 07/13/1993 | 09/15/1993 | NR Underpay @ Over | 3,795,075.89 | 0.010741332 | 40,764.17 | |
| | | Underpay LCU | 4,332,404.55 | 0.016154517 | 69,987.90 | 8,238,232.51 |
| 09/16/1993 | 05/24/1994 | NR Underpay @ Over | 3,835,840.07 | 0.042119774 | 161,564.72 | |
| | | Underpay LCU | 4,402,392.44 | 0.063837636 | 281,038.33 | 8,680,835.56 |
| 05/25/1994 | 06/02/1994 | NR Underpay @ Over | 3,997,404.78 | 0.001480425 | 5,917.86 | |
| | | Underpay LCU | 4,683,430.78 | 0.002221368 | 10,403.62 | 8,697,157.04 |
| 06/03/1994 | 07/08/1994 | NR Underpay @ Over | 4,068,171.64 | 0.006155328 | 25,040.93 | |
| | | Underpay LCU | 4,628,985.40 | 0.009136222 | 42,291.44 | 8,764,489.41 |
| 07/09/1994 | 07/31/1994 | NR Underpay @ Over | 4,093,212.57 | 0.004420277 | 18,093.13 | |
| | | Underpay LCU | 4,671,276.84 | 0.006320397 | 29,524.32 | 8,812,106.86 |
| 08/01/1994 | 08/07/1994 | NR Underpay @ Over | 4,205,701.83 | 0.001343238 | 5,649.26 | |
| | | Underpay LCU | 4,606,405.03 | 0.001919385 | 8,841.47 | 8,826,597.59 |
| 08/08/1994 | 09/07/1994 | NR Underpay @ Over | 4,211,351.09 | 0.005962340 | 25,109.51 | |
| | | Underpay LCU | 4,615,246.50 | 0.008528147 | 39,359.50 | 8,891,066.59 |
| [illegible]/08/1994 | 09/15/1994 | NR Underpay @ Over | 4,236,460.59 | 0.001535277 | 6,504.14 | |
| | | Underpay LCU | 4,654,606.00 | 0.002193884 | 10,211.66 | 8,907,782.40 |
| 09/16/1994 | 09/16/1994 | NR Underpay @ Over | 4,242,964.73 | 0.000191781 | 813.72 | |
| | | Underpay LCU | 4,664,817.67 | 0.000273973 | 1,278.03 | 8,909,874.15 |
| 09/17/1994 | 12/31/1994 | NR Underpay @ Over | 4,349,212.52 | 0.023109836 | 100,509.59 | |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - PHC - euom

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| /17/1994 | 12/31/1994 | Underpay LCU | 4,560,661.63 | 0.032060141 | 146,215.45 | 9,156,599.19 |
| 01/01/1995 | 03/13/1995 | NR Underpay @ GATT | 3,580,785.76 | 0.012903315 | 46,204.01 | |
| | | NR Underpay @ Over | 868,936.34 | 0.015904240 | 13,819.77 | |
| | | Underpay LCU | 4,706,877.09 | 0.021932417 | 103,233.19 | 9,319,856.16 |
| 03/14/1995 | 03/15/1995 | NR Underpay @ GATT | 3,644,343.05 | 0.000356196 | 1,298.10 | |
| | | NR Underpay @ Over | 882,756.11 | 0.000438404 | 387.00 | |
| | | Underpay LCU | 4,792,757.00 | 0.000602831 | 2,889.22 | 9,324,430.48 |
| 03/15/1995 | | 640 Advance Payment of Determined De | (12,434,836.00) | | | (3,110,405.52 |
| 03/16/1995 | 04/30/1997 | Overpay GATT | (3,110,405.52) | 0.148189363 | (460,929.01) | (3,571,334.53 |
| 04/30/1997 | | 700 Credit Applied | (112,015.00) | | | (3,683,349.53 |
| 05/01/1997 | 09/15/1997 | Overpay GATT | (3,683,349.53) | 0.024877563 | (91,632.76) | (3,774,982.29 |
| 09/16/1997 | 10/31/1997 | NR Overpay @ Under | (1,791,356.64) | 0.011405621 | (20,431.54) | |
| | | Overpay GATT | (1,983,625.65) | 0.008224690 | (16,314.71) | (3,811,728.53 |
| 11/01/1997 | 01/15/1998 | NR Overpay @ Under | (1,317,687.21) | 0.018914063 | (24,922.82) | |
| | | Overpay GATT | (2,494,041.32) | 0.013625028 | (33,981.38) | (3,870,632.73) |
| 01/16/1998 | 03/16/1998 | Overpay GATT | (3,870,632.73) | 0.010741258 | (41,575.46) | (3,912,208.19) |
| 03/16/1998 | | 670 Subsequent Payment | (8,989.00) | | | (3,921,197.19) |
| 03/17/1998 | 08/05/1998 | Overpay GATT | (3,921,197.19) | 0.022046040 | (86,446.87) | (4,007,644.06) |
| 08/06/1998 | 08/06/1998 | Overpay GATT | (4,007,644.06) | 0.000150685 | (603.89) | (4,008,247.95) |
| 08/07/1998 | 02/12/1999 | Overpay GATT | (4,008,247.95) | 0.027830283 | (111,550.68) | (4,119,798.63) |
| 02/12/1999 | | 840 Manual Refund | 3,504,438.34 | | | (615,360.29) |
| 02/13/1999 | 04/09/1999 | Overpay GATT | (615,360.29) | 0.007175849 | (4,415.73) | |
| | | Overpay Suspended | 0.00 | | | (619,776.02) |
| 04/10/1999 | 04/13/1999 | Overpay GATT | (619,776.02) | 0.000602876 | (373.65) | |
| | | Overpay Suspended | 0.00 | | | (620,149.67) |
| 04/14/1999 | 04/14/1999 | Overpay GATT | (620,149.67) | 0.000150685 | (93.45) | |
| | | Overpay Suspended | 0.00 | | | (620,243.12) |
| 04/15/1999 | 04/24/1999 | Overpay GATT | (620,243.12) | 0.001507871 | (935.25) | (621,178.37) |
| 04/25/1999 | 05/03/1999 | Overpay GATT | (621,178.37) | 0.001356982 | (842.93) | (622,021.29) |
| 05/04/1999 | 06/15/1999 | Overpay GATT | (622,021.29) | 0.006499998 | (4,043.14) | |
| | | Overpay Suspended | 0.00 | | | (626,064.43) |
| 06/16/1999 | 09/04/1999 | Overpay GATT | (626,064.43) | 0.012279340 | (7,687.66) | |
| | | Overpay Suspended | 0.00 | | | (633,752.09) |
| 09/05/1999 | 09/11/1999 | Overpay GATT | (633,752.09) | 0.001055271 | (668.78) | (634,420.87) |
| 09/12/1999 | 09/13/1999 | Overpay GATT | (634,420.87) | 0.000301393 | (191.21) | (634,612.08) |
| 09/14/1999 | 09/15/1999 | Overpay GATT | (634,612.08) | 0.000301393 | (191.27) | (634,803.35) |
| 09/16/1999 | 09/20/1999 | Overpay GATT | (634,803.35) | 0.000753652 | (478.42) | (635,281.77) |
| 09/21/1999 | 11/06/1999 | Overpay GATT | (635,281.77) | 0.007106792 | (4,514.82) | (639,796.58) |
| 11/07/1999 | 11/15/1999 | Overpay GATT | (639,796.58) | 0.001356982 | (868.19) | |
| | | Overpay Suspended | 0.00 | | | (640,664.77) |
| 11/16/1999 | 04/17/2000 | Overpay GATT | (640,664.77) | 0.023904928 | (15,315.05) | |
| | | Overpay Suspended | 0.00 | | | (655,979.82) |
| 04/18/2000 | 09/07/2000 | Overpay GATT | (655,979.82) | 0.025719092 | (16,871.21) | (672,851.03) |
| 09/08/2000 | 10/06/2000 | Overpay GATT | (672,851.02) | 0.005163099 | (3,474.00) | |
| | | Overpay Suspended | (0.01) | | | (676,325.02) |
| 10/07/2000 | 03/12/2001 | Overpay GATT | (676,325.02) | 0.028307840 | (19,145.30) | (695,470.32) |
| 03/12/2001 | | 826 Overpayment Transferred | 6,209.89 | | | (689,260.43) |
| 03/13/2001 | 05/19/2001 | Overpay GATT | (689,260.43) | 0.010824431 | (7,460.85) | (696,721.28) |
| 05/20/2001 | 05/28/2001 | Overpay GATT | (691,317.96) | 0.001356982 | (938.11) | |
| | | Overpay Suspended | (5,403.32) | | | (697,659.39) |
| 05/28/2001 | | 846 Refund of Overpayment | 5,403.32 | | | (692,256.07) |
| 29/2001 | 10/20/2001 | Overpay GATT | (692,256.07) | 0.018957042 | (13,123.13) | (705,379.20) |
| 21/2001 | 10/29/2001 | Overpay GATT | (703,740.27) | 0.001110136 | (781.25) | |
| | | Overpay Suspended | (1,638.93) | | | (706,160.45) |
| 10/29/2001 | | 846 Refund of Overpayment | 1,638.93 | | | (704,521.52) |
| 10/30/2001 | 11/03/2001 | Overpay GATT | (704,521.52) | 0.000616590 | (434.40) | (704,955.92) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

**490 Activity Summary - PHC - cuom**

FED - 34-0451060 Parker-Hannifin Corporation 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| l/04/2001 | 11/12/2001 | Overpay GATT | (0.04) | 0.001110136 | | |
| | | Overpay Suspended | (704,955.88) | | | (704,955.92) |
| 11/12/2001 | | 846 Refund of Overpayment | 704,955.88 | | | (0.04) |
| 11/13/2001 | 10/29/2004 | Overpay GATT | (0.04) | 0.082436011 | 0.00 | (0.04) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 5,783,569.81 | 5,783,569.81 | |
| Overpayment Interest | (991,236.88) | (991,236.88) | |
| Principal Balance | | | (0.04) |
| | 4,792,332.93 | 4,792,332.93 | (0.04) |



Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

# 490 Activity Summary - PHC - euom

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 10/29/2004 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: 08/14/1991 Amount: $0 |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | | 150 Return Filed & Assessed Tax Liab | | 32,074,879.00 | 32,074,879.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 14,949,394.00 | 47,024,273.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 51,496.00 | 47,075,769.00 |
| 09/15/1987 | | | 301 Abatement of Tax By Examination | | (1,150,000.00) | 45,925,769.00 |
| 09/15/1987 | | | 660 Estimated Tax | | (23,800,000.00) | 22,125,769.00 |
| 09/15/1987 | | | 716 Generated Overpay Credit Applied | | (8,903,342.00) | 13,222,427.00 |
| 03/15/1988 | | | 836 Overpayment Credit Elect to Next | | 539,450.00 | 13,761,877.00 |
| 11/03/2001 | 09/15/1987 | 03/15/1988 | 1555 Equalize to Overpay | 17,359.53 | | 13,761,877.00 |
| 09/15/1988 | | | 836 Overpayment Credit Elect to Next | | 89,013.00 | 13,850,890.00 |
| 09/15/1988 | | | 700 Credit Applied | | (10,218,884.00) | 3,632,006.00 |
| 11/03/2001 | 03/15/1988 | 09/15/1988 | 1555 Equalize to Overpay | 18,185.06 | | 3,632,006.00 |
| 11/03/2001 | 09/15/1988 | 01/30/1989 | 1555 Equalize to Overpay | 19,034.96 | | 3,632,006.00 |
| 09/15/1989 | | | 700 Credit Applied | | (4,872.82) | 3,627,133.18 |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 19,753.23 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1989 | 1010 Suspend Underpayment Interest | 527,361.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1989 | 1010 Suspend Underpayment Interest | 965,666.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1989 | 1010 Suspend Underpayment Interest | 508,478.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1989 | 1010 Suspend Underpayment Interest | 1,213,436.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 16,728.42 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 22,748.18 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 21,123.27 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1990 | 1010 Suspend Underpayment Interest | 89,013.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1990 | 1010 Suspend Underpayment Interest | 61,995.00 | | 3,627,133.18 |
| 03/15/1990 | 03/15/1990 | 09/15/1990 | 1010 Suspend Underpayment Interest | 965,666.00 | | 3,627,133.18 |
| 03/15/1990 | 03/15/1990 | 09/15/1990 | 1010 Suspend Underpayment Interest | 508,478.00 | | 3,627,133.18 |
| 03/15/1990 | 03/15/1990 | 09/15/1990 | 1010 Suspend Underpayment Interest | 1,213,436.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1990 | 1010 Suspend Underpayment Interest | 331,287.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1990 | 1010 Suspend Underpayment Interest | 405,553.00 | | 3,627,133.18 |
| 09/15/1988 | 09/15/1988 | 09/15/1990 | 1010 Suspend Underpayment Interest | 78,342.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 43,967.06 | | 3,627,133.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 23,354.10 | | 3,627,133.18 |
| 09/15/1990 | 09/15/1990 | 10/15/1990 | 1010 Suspend Underpayment Interest | 37,092.00 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 46,320.15 | | 3,627,133.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 23,546.82 | | 3,627,133.18 |
| 09/15/1990 | 09/15/1990 | 12/15/1990 | 1010 Suspend Underpayment Interest | 2,049,926.00 | | 3,627,133.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 51,164.80 | | 3,627,133.18 |
| 03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 23,943.59 | | 3,627,133.18 |
| 09/15/1990 | 09/15/1990 | 03/15/1991 | 1010 Suspend Underpayment Interest | 1,205,834.00 | | 3,627,133.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 58,462.12 | | 3,627,133.18 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - PHC - euom

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date ranscript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 24,541.24 | | 3,627,133.18 |
| 09/15/1991 | | | 295 Abatement of Tax with Interest C | | (1,149,797.00) | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 70,040.92 | | 2,477,336.18 |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 25,489.53 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 72,506.06 | | 2,477,336.18 |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 25,691.43 | | 2,477,336.18 |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 79,149.32 | | 2,477,336.18 |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 26,235.51 | | 2,477,336.18 |
| 09/15/1991 | 09/15/1991 | 03/15/1992 | 1010 Suspend Underpayment Interest | 2,684,927.00 | | 2,477,336.18 |
| 04/29/1991 | 04/29/1991 | 03/15/1992 | 1010 Suspend Underpayment Interest | 194,899.00 | | 2,477,336.18 |
| 09/15/1991 | 09/15/1991 | 03/15/1992 | 1010 Suspend Underpayment Interest | 214,932.00 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 241,189.00 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 82,373.19 | | 2,477,336.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 26,499.54 | | 2,477,336.18 |
| 04/02/1992 | 09/15/1991 | 04/02/1992 | 840 Manual Refund | (1,149,797.00) | 1,149,797.00 | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 50,430.26 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 87,424.23 | | 3,627,133.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 26,913.21 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 09/15/1992 | 1010 Suspend Underpayment Interest | 89,013.00 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 09/15/1992 | 1010 Suspend Underpayment Interest | 508,478.00 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 09/15/1992 | 1010 Suspend Underpayment Interest | 331,287.00 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 09/15/1992 | 1010 Suspend Underpayment Interest | 78,342.00 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 12/15/1992 | 1010 Suspend Underpayment Interest | 61,995.00 | | 3,627,133.18 |
| 09/15/1991 | 09/15/1991 | 12/15/1992 | 1010 Suspend Underpayment Interest | 341,278.00 | | 3,627,133.18 |
| 09/15/1992 | 09/15/1992 | 12/15/1992 | 1010 Suspend Underpayment Interest | 565,767.00 | | 3,627,133.18 |
| 09/15/1992 | 09/15/1992 | 03/15/1993 | 1010 Suspend Underpayment Interest | 965,666.00 | | 3,627,133.18 |
| 09/15/1992 | 09/15/1992 | 03/15/1993 | 1010 Suspend Underpayment Interest | 508,478.00 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 3,230,492.01 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 51,057.76 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 87,487.08 | | 3,627,133.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 26,918.36 | | 3,627,133.18 |
| 05/27/1993 | | | 670 Subsequent Payment | | (90,198.49) | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 268,501.21 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 109,265.95 | | 3,536,934.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 28,702.04 | | 3,536,934.69 |
| 09/15/1991 | 09/15/1991 | 06/15/1993 | 1010 Suspend Underpayment Interest | 405,553.00 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 301,156.56 | | 3,536,934.69 |
| 03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 112,681.14 | | 3,536,934.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 28,981.74 | | 3,536,934.69 |
| 07/12/1993 | 07/03/1993 | 07/12/1993 | 846 Refund of Overpayment | (3,925.98) | 3,925.98 | 3,540,860.67 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - PHC - euom

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 321,797.50 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 114,839.83 | | 3,540,860.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 29,158.53 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 326,837.28 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 115,366.90 | | 3,540,860.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 29,201.70 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 363,457.90 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 119,196.79 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 29,515.37 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 508,600.07 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 134,376.15 | | 3,540,860.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 30,758.55 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 513,916.40 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 134,932.15 | | 3,540,860.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 30,804.08 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 536,452.57 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 137,247.30 | | 3,540,860.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 30,993.69 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 552,735.91 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 138,920.09 | | 3,540,860.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 31,130.69 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 557,832.77 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 139,430.67 | | 3,540,860.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 31,172.51 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 580,487.03 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 141,700.05 | | 3,540,860.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 31,358.37 | | 3,540,860.67 |
| 09/15/1993 | 09/15/1993 | 09/15/1994 | 1010 Suspend Underpayment Interest | 89,013.00 | | 3,540,860.67 |
| 09/15/1993 | 09/15/1993 | 09/15/1994 | 1010 Suspend Underpayment Interest | 78,342.00 | | 3,540,860.67 |
| :5/1993 | 09/15/1993 | 09/15/1994 | 1010 Suspend Underpayment Interest | 213,441.00 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 586,355.19 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

FED - 34-0451060e PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 142,287.89 | | 3,540,860.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 31,406.51 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 587,089.34 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 142,361.44 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 93,854.06 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 31,412.54 | | 3,540,860.67 |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 11,580.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 93,854.06 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 2,168.95 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 11,580.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 267.61 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 3,241,726.14 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 675,572.64 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 231,189.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 10,000.00 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 151,225.22 | | 3,540,860.67 |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 32,138.48 | | 3,540,860.67 |
| 03/15/1995 | | | 640 Advance Payment of Determined De | | (12,434,836.00) | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,241,726.14 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 41,829.01 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 231,189.00 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 2,983.10 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 111,207.34 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,407.97 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 11,580.00 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 420.49 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 686,317.11 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 10,000.00 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 153,789.39 | | (8,893,975.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 32,649.61 | | (8,893,975.33) |
| 04/30/1997 | | | 700 Credit Applied | | (112,015.00) | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (429,165.60) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (446,519.00) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (42,009.98) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (444,025.15) | | (9,005,990.33) |
| 03/16/1998 | | | 670 Subsequent Payment | | (8,989.00) | (9,014,979.33) |
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,763,554.93) | | (9,014,979.33) |
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,270,293.80) | | (9,014,979.33) |
| 02/12/1999 | | | 840 Manual Refund | | 3,504,438.34 | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,763,820.67) | | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,270,485.21) | | (5,510,540.99) |
| 11/03/2001 | 02/12/1999 | 04/09/1999 | 1541 Use Int GATT to Equal | (615,360.29) | | (5,510,540.99) |
| 11/03/2001 | 04/09/1999 | 04/13/1999 | 1541 Use Int GATT to Equal | (619,776.02) | | (5,510,540.99) |
| 3/2001 | 04/13/1999 | 04/14/1999 | 1541 Use Int GATT to Equal | (620,149.67) | | (5,510,540.99) |
| 11/03/2001 | 04/14/1999 | 04/24/1999 | 1541 Use Int GATT to Equal | (620,243.12) | | (5,510,540.99) |
| 11/03/2001 | 04/24/1999 | 05/03/1999 | 1541 Use Int GATT to Equal | (621,178.37) | | (5,510,540.99) |
| 11/03/2001 | 05/03/1999 | 06/15/1999 | 1541 Use Int GATT to Equal | (622,021.29) | | (5,510,540.99) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

FED - 34-0451060c PHC-cuom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date ranscript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 06/15/1999 | 09/04/1999 | 1541 Use Int GATT to Equal | (626,064.43) | | (5,510,540.99) |
| 11/03/2001 | 09/04/1999 | 09/11/1999 | 1541 Use Int GATT to Equal | (633,752.09) | | (5,510,540.99) |
| 11/03/2001 | 09/11/1999 | 09/13/1999 | 1541 Use Int GATT to Equal | (634,420.87) | | (5,510,540.99) |
| 11/03/2001 | 09/13/1999 | 09/15/1999 | 1541 Use Int GATT to Equal | (634,612.08) | | (5,510,540.99) |
| 11/03/2001 | 09/15/1999 | 09/20/1999 | 1541 Use Int GATT to Equal | (634,803.35) | | (5,510,540.99) |
| 11/03/2001 | 09/20/1999 | 11/06/1999 | 1541 Use Int GATT to Equal | (635,281.77) | | (5,510,540.99) |
| 11/03/2001 | 11/06/1999 | 11/15/1999 | 1541 Use Int GATT to Equal | (639,796.58) | | (5,510,540.99) |
| 11/03/2001 | 11/15/1999 | 04/17/2000 | 1541 Use Int GATT to Equal | (640,664.77) | | (5,510,540.99) |
| 11/03/2001 | 04/17/2000 | 09/07/2000 | 1541 Use Int GATT to Equal | (655,979.82) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (389,321.47) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (224,067.40) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (59,462.15) | | (5,510,540.99) |
| 03/12/2001 | | | 826 Overpayment Transferred | | 6,209.89 | (5,504,331.10) |
| 05/28/2001 | 05/19/2001 | 05/28/2001 | 846 Refund of Overpayment | (5,403.32) | 5,403.32 | (5,498,927.78) |
| 10/29/2001 | 10/20/2001 | 10/29/2001 | 846 Refund of Overpayment | (1,638.93) | 1,638.93 | (5,497,288.85) |
| 11/12/2001 | 11/03/2001 | 11/12/2001 | 846 Refund of Overpayment | (704,955.88) | 704,955.88 | (4,792,332.97) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | 150 Return Filed & Assessed Tax Liab | 32,074,879.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 51,496.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 14,949,394.00 | | | |
| | | 301 Abatement of Tax By Examination | (1,150,000.00) | | | |
| | | 660 Estimated Tax | (23,800,000.00) | | | |
| | | 716 Generated Overpay Credit Applied | (8,903,342.00) | | | 13,222,427.00 |
| 09/16/1987 | 03/15/1988 | NR Underpay @ Over | 17,359.53 | 0.047554553 | 825.52 | |
| | | Underpay | 13,205,067.47 | 0.052783700 | 697,012.31 | 13,920,264.84 |
| 03/15/1988 | | 836 Overpayment Credit Elect to Next | 539,450.00 | | | 14,459,714.84 |
| 03/16/1988 | 09/15/1988 | NR Underpay @ Over | 18,185.06 | 0.046736663 | 849.91 | |
| | | Underpay | 14,441,529.78 | 0.052010811 | 751,115.67 | 15,211,680.42 |
| 09/15/1988 | | 700 Credit Applied | (10,218,884.00) | | | |
| | | 836 Overpayment Credit Elect to Next | 89,013.00 | | | 5,081,809.42 |
| 09/16/1988 | 01/30/1989 | NR Underpay @ Over | 19,034.96 | 0.037733805 | 718.26 | |
| | | Underpay | 881,643.46 | 0.041626729 | 36,699.93 | |
| | | Underpay Suspended | 4,181,131.00 | | | 5,119,227.61 |
| 01/31/1989 | 09/15/1989 | NR Underpay @ Over | 260,942.23 | 0.069358156 | 18,098.47 | |
| | | Underpay | 677,154.38 | 0.076056820 | 51,502.21 | |
| | | Underpay Suspended | 4,181,131.00 | | | 5,188,828.29 |
| 09/15/1989 | | 700 Credit Applied | (4,872.82) | | | 5,183,955.47 |
| 09/16/1989 | 03/15/1990 | NR Underpay @ Over | 301,788.87 | 0.051263832 | 15,470.85 | |
| | | Underpay | 3,915,976.60 | 0.056488377 | 221,207.16 | |
| | | Underpay Suspended | 966,190.00 | | | 5,420,633.49 |
| 03/16/1990 | 09/15/1990 | NR Underpay @ Over | 15,470.85 | 0.051695953 | 799.78 | |
| | | Underpay | 1,751,392.64 | 0.057009506 | 99,846.03 | |
| | | Underpay Suspended | 3,653,770.00 | | | 5,521,279.30 |
| 09/16/1990 | 10/15/1990 | NR Underpay @ Over | 308,510.16 | 0.008251913 | 2,545.80 | |
| | | Underpay | 1,919,917.14 | 0.009080716 | 17,434.22 | |
| | | Underpay Suspended | 3,292,852.00 | | | 5,541,259.32 |
| 10/16/1990 | 12/15/1990 | NR Underpay @ Over | 311,055.97 | 0.016850433 | 5,241.43 | |
| | | Underpay | 1,974,443.35 | 0.018550759 | 36,627.42 | |
| | | Underpay Suspended | 3,255,760.00 | | | 5,583,128.17 |
| 12/16/1990 | 03/15/1991 | NR Underpay @ Over | 316,297.39 | 0.024960584 | 7,894.97 | |
| | | Underpay | 4,060,996.78 | 0.027490274 | 111,637.91 | |
| | | Underpay Suspended | 1,205,834.00 | | | 5,702,661.05 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balanc |
|---|---|---|---|---|---|---|
| 3/16/1991 | 04/29/1991 | NR Underpay @ Over | 324,192.36 | 0.011599523 | 3,760.48 | |
| | | Underpay | 5,378,468.69 | 0.012847133 | 69,097.90 | |
| 04/30/1991 | 08/14/1991 | NR Underpay @ Over | 327,952.84 | 0.026731350 | 8,766.62 | 5,775,519.43 |
| | | Underpay | 5,252,667.59 | 0.029744850 | 156,239.81 | |
| | | Underpay Suspended | 194,899.00 | | | |
| 08/15/1991 | 09/15/1991 | NR Underpay @ Over | 336,719.45 | 0.007920642 | 2,667.03 | 5,940,525.86 |
| | | Underpay LCU | 5,408,907.41 | 0.010574336 | 57,195.61 | |
| | | Underpay Suspended | 194,899.00 | | | |
| 09/15/1991 | | 295 Abatement of Tax with Interest C | (1,149,797.00) | | | 6,000,388.50 |
| 09/16/1991 | 12/09/1991 | Underpay Suspended | 4,850,591.50 | | | 4,850,591.50 |
| 12/10/1991 | 01/21/1992 | Underpay Suspended | 4,850,591.50 | | | 4,850,591.50 |
| 01/22/1992 | 03/15/1992 | Underpay Suspended | 4,850,591.50 | | | 4,850,591.50 |
| 03/16/1992 | 04/01/1992 | NR Underpay @ Over | 3,034,645.50 | 0.003694934 | 11,212.81 | 4,850,591.50 |
| | | Underpay Suspended | 1,815,946.00 | | | |
| 04/02/1992 | | 840 Manual Refund | 1,149,797.00 | | | 4,861,804.32 |
| 04/02/1992 | 04/02/1992 | NR Underpay @ Over | 3,045,858.32 | 0.000191257 | 582.54 | |
| | | Underpay Suspended | 1,815,946.00 | | | |
| 04/03/1992 | 09/15/1992 | NR Underpay @ Over | 3,637,144.21 | 0.032254864 | 117,315.59 | 4,862,386.86 |
| | | Underpay LCU | 559,093.65 | 0.046392983 | 25,938.02 | |
| | | Underpay Suspended | 1,815,946.00 | | | |
| 09/16/1992 | 12/15/1992 | NR Underpay @ Over | 2,721,668.80 | 0.015444628 | 42,035.16 | 6,155,437.47 |
| | | Underpay LCU | 585,031.67 | 0.023045567 | 13,482.39 | |
| | | Underpay Suspended | 2,848,737.00 | | | |
| 12/16/1992 | 03/15/1993 | NR Underpay @ Over | 3,732,743.96 | 0.014895975 | 55,602.86 | 6,210,955.02 |
| | | Underpay LCU | 598,514.06 | 0.022426035 | 13,422.30 | |
| | | Underpay Suspended | 1,879,697.00 | | | |
| 03/16/1993 | 03/29/1993 | NR Underpay @ Over | 3,852,097.83 | 0.002303830 | 8,874.58 | 6,279,980.18 |
| | | Underpay LCU | 2,022,329.35 | 0.003457593 | 6,992.39 | |
| | | Underpay Suspended | 405,553.00 | | | |
| 03/30/1993 | 05/27/1993 | NR Underpay @ Over | 3,730,139.21 | 0.009745009 | 36,350.24 | 6,295,847.15 |
| | | Underpay LCU | 2,160,154.94 | 0.014652462 | 31,651.59 | |
| | | Underpay Suspended | 405,553.00 | | | |
| 05/27/1993 | | 670 Subsequent Payment | (90,198.49) | | | 6,363,848.98 |
| 05/28/1993 | 06/15/1993 | NR Underpay @ Over | 3,766,489.45 | 0.003127913 | 11,781.25 | 6,273,650.49 |
| | | Underpay LCU | 2,101,608.04 | 0.004695343 | 9,867.77 | |
| | | Underpay Suspended | 405,553.00 | | | |
| 06/16/1993 | 07/03/1993 | NR Underpay @ Over | 3,778,270.70 | 0.002963042 | 11,195.18 | 6,295,299.51 |
| | | Underpay LCU | 2,517,028.81 | 0.004447671 | 11,194.92 | |
| 07/04/1993 | 07/12/1993 | NR Underpay @ Over | 3,789,465.87 | 0.001480425 | 5,610.02 | 6,317,689.60 |
| | | Underpay LCU | 2,528,223.73 | 0.002221368 | 5,616.12 | |
| 07/12/1993 | | 846 Refund of Overpayment | 3,925.98 | | | 6,328,915.74 |
| 07/13/1993 | 09/15/1993 | NR Underpay @ Over | 3,795,075.89 | 0.010741332 | 40,764.17 | 6,332,841.72 |
| | | Underpay LCU | 2,537,765.83 | 0.016154517 | 40,996.38 | |
| 09/16/1993 | 05/24/1994 | NR Underpay @ Over | 3,835,840.07 | 0.042119774 | 161,564.72 | 6,414,602.27 |
| | | Underpay LCU | 2,197,966.20 | 0.063837636 | 140,312.97 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 05/25/1994 | 06/02/1994 | NR Underpay @ Over | 3,997,404.78 | 0.001480425 | 5,917.86 | 6,716,479.96 |
| | | Underpay LCU | 2,338,279.18 | 0.002221368 | 5,194.18 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 06/03/1994 | 07/08/1994 | NR Underpay @ Over | 4,068,171.64 | 0.006155328 | 25,040.93 | 6,727,591.99 |
| | | Underpay LCU | 2,278,624.35 | 0.009136222 | 20,818.02 | |
| | | Underpay Suspended | 380,796.00 | | | |
| )9/1994 | 07/31/1994 | NR Underpay @ Over | 4,093,212.57 | 0.004420277 | 18,093.13 | 6,773,450.94 |
| | | Underpay LCU | 2,299,442.37 | 0.006320397 | 14,533.39 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 08/01/1994 | 08/07/1994 | NR Underpay @ Over | 4,205,701.83 | 0.001343238 | 5,649.26 | 6,806,077.46 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| /01/1994 | 08/07/1994 | Underpay LCU | 2,219,579.63 | 0.001919385 | 4,260.23 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 08/08/1994 | 09/07/1994 | NR Underpay @ Over | 4,211,351.09 | 0.005962340 | 25,109.51 | 6,815,986.95 |
| | | Underpay LCU | 2,223,839.86 | 0.008528147 | 18,965.23 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 09/08/1994 | 09/15/1994 | NR Underpay @ Over | 4,236,460.59 | 0.001535277 | 6,504.14 | 6,860,061.69 |
| | | Underpay LCU | 2,242,805.10 | 0.002193884 | 4,920.45 | |
| | | Underpay Suspended | 380,796.00 | | | |
| 09/16/1994 | 09/16/1994 | NR Underpay @ Over | 4,242,964.73 | 0.000191781 | 813.72 | 6,871,486.28 |
| | | Underpay LCU | 2,628,521.55 | 0.000273973 | 720.14 | |
| 09/17/1994 | 12/31/1994 | NR Underpay @ Over | 4,349,212.52 | 0.023109836 | 100,509.59 | 6,873,020.14 |
| | | Underpay LCU | 2,523,807.62 | 0.032060141 | 80,913.63 | |
| 01/01/1995 | 03/13/1995 | NR Underpay @ GATT | 3,580,785.76 | 0.012903315 | 46,204.01 | 7,054,443.36 |
| | | NR Underpay @ Over | 868,936.34 | 0.015904240 | 13,819.77 | |
| | | Underpay LCU | 2,604,721.26 | 0.021932417 | 57,127.83 | |
| 03/14/1995 | 03/15/1995 | NR Underpay @ GATT | 3,644,343.05 | 0.000356196 | 1,298.10 | 7,171,594.97 |
| | | NR Underpay @ Over | 882,756.11 | 0.000438404 | 387.00 | |
| | | Underpay LCU | 2,644,495.81 | 0.000602831 | 1,594.18 | |
| 03/15/1995 | | 640 Advance Payment of Determined De | (12,434,836.00) | | | 7,174,874.26 |
| 03/16/1995 | 04/30/1997 | Overpay GATT | (5,259,961.74) | 0.148189363 | (779,470.38) | (5,259,961.74) |
| 04/30/1997 | | 700 Credit Applied | (112,015.00) | | | (6,039,432.12) |
| 05/01/1997 | 09/15/1997 | Overpay GATT | (6,151,447.12) | 0.024877563 | (153,033.01) | (6,151,447.12) |
| 09/16/1997 | 10/31/1997 | NR Overpay @ Under | (1,791,356.64) | 0.011405621 | (20,431.54) | (6,304,480.13) |
| | | Overpay GATT | (4,513,123.49) | 0.008224690 | (37,119.04) | |
| 11/01/1997 | 01/15/1998 | NR Overpay @ Under | (1,317,687.21) | 0.018914063 | (24,922.82) | (6,362,030.71) |
| | | Overpay GATT | (5,044,343.50) | 0.013625028 | (68,729.32) | |
| 01/16/1998 | 03/16/1998 | Overpay GATT | (6,455,682.85) | 0.010741258 | (69,342.15) | (6,455,682.85) |
| 03/16/1998 | | 670 Subsequent Payment | (8,989.00) | | | (6,525,025.00) |
| 03/17/1998 | 08/05/1998 | Overpay GATT | (6,534,014.00) | 0.022046040 | (144,049.13) | (6,534,014.00) |
| 08/06/1998 | 08/06/1998 | Overpay GATT | (6,678,063.14) | 0.000150685 | (1,006.28) | (6,678,063.14) |
| 08/07/1998 | 02/12/1999 | Overpay GATT | (6,679,069.42) | 0.027830283 | (185,880.39) | (6,679,069.42) |
| 02/12/1999 | | 840 Manual Refund | 3,504,438.34 | | | (6,864,949.81) |
| 02/13/1999 | 04/09/1999 | Overpay GATT | (3,360,511.47) | 0.007175849 | (24,114.52) | (3,360,511.47) |
| 04/10/1999 | 04/13/1999 | Overpay GATT | (3,384,626.00) | 0.000602876 | (2,040.51) | (3,384,626.00) |
| 04/14/1999 | 04/14/1999 | Overpay GATT | (3,386,666.51) | 0.000150685 | (510.32) | (3,386,666.51) |
| 04/15/1999 | 04/24/1999 | Overpay GATT | (3,387,176.83) | 0.001507871 | (5,107.43) | (3,387,176.83) |
| 04/25/1999 | 05/03/1999 | Overpay GATT | (3,392,284.26) | 0.001356982 | (4,603.27) | (3,392,284.26) |
| 05/04/1999 | 06/15/1999 | Overpay GATT | (3,396,887.52) | 0.006499998 | (22,079.76) | (3,396,887.52) |
| 06/16/1999 | 09/04/1999 | Overpay GATT | (3,418,967.29) | 0.012279340 | (41,982.66) | (3,418,967.29) |
| 09/05/1999 | 09/11/1999 | Overpay GATT | (3,460,949.95) | 0.001055271 | (3,652.24) | (3,460,949.95) |
| 09/12/1999 | 09/13/1999 | Overpay GATT | (3,464,602.19) | 0.000301393 | (1,044.21) | (3,464,602.19) |
| 09/14/1999 | 09/15/1999 | Overpay GATT | (3,465,646.39) | 0.000301393 | (1,044.52) | (3,465,646.39) |
| 09/16/1999 | 09/20/1999 | Overpay GATT | (3,466,690.91) | 0.000753652 | (2,612.68) | (3,466,690.91) |
| 09/21/1999 | 11/06/1999 | Overpay GATT | (3,469,303.59) | 0.007106792 | (24,655.62) | (3,469,303.59) |
| 11/07/1999 | 11/15/1999 | Overpay GATT | (3,493,959.21) | 0.001356982 | (4,741.24) | (3,493,959.21) |
| 11/16/1999 | 04/17/2000 | Overpay GATT | (3,498,700.45) | 0.023904928 | (83,636.18) | (3,498,700.45) |
| 04/18/2000 | 09/07/2000 | Overpay GATT | (3,582,336.63) | 0.025719092 | (92,134.45) | (3,582,336.63) |
| 09/08/2000 | 10/06/2000 | Overpay GATT | (3,674,471.08) | 0.005163099 | (18,971.66) | (3,674,471.08) |
| 10/07/2000 | 03/12/2001 | Overpay GATT | (3,693,442.74) | 0.028307840 | (104,553.39) | (3,693,442.74) |
| 03/12/2001 | | 826 Overpayment Transferred | 6,209.89 | | | (3,797,996.13) |
| 03/13/2001 | 05/19/2001 | Overpay GATT | (3,791,786.24) | 0.010824431 | (41,043.93) | (3,791,786.24) |
| 05/20/2001 | 05/28/2001 | Overpay GATT | (3,827,426.84) | 0.001356982 | (5,193.75) | (3,832,830.16) |
| | | Overpay Suspended | (5,403.32) | | | |
| 05/28/2001 | | 846 Refund of Overpayment | 5,403.32 | | | (3,838,023.91) |
| 05/29/2001 | 10/20/2001 | Overpay GATT | (3,832,620.59) | 0.018957042 | (72,655.15) | (3,832,620.59) |
| 10/21/2001 | 10/29/2001 | Overpay GATT | (3,903,636.81) | 0.001110136 | (4,333.57) | (3,905,275.74) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

**490 Activity Summary - PHC - euom**

FED - 34-0451060c PHC-euom-Vendell (credit elects) 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| ?/21/2001 | 10/29/2001 | Overpay Suspended | (1,638.93) | | | |
| 10/29/2001 | | 846 Refund of Overpayment | 1,638.93 | | | (3,909,609.31) |
| 10/30/2001 | 11/03/2001 | Overpay GATT | (3,907,970.38) | 0.000616590 | (2,409.62) | (3,907,970.38) |
| 11/04/2001 | 11/12/2001 | Overpay GATT | (3,205,424.12) | 0.001110136 | (3,558.46) | (3,910,380.00) |
| | | Overpay Suspended | (704,955.88) | | | |
| 11/12/2001 | | 846 Refund of Overpayment | 704,955.88 | | | (3,913,938.45) |
| 11/13/2001 | 10/29/2004 | Overpay GATT | (3,208,982.57) | 0.082436011 | (264,535.72) | (3,208,982.57) |
| | | | | | | (3,473,518.30) |

**Account Summary:**

| | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 3,634,013.59 | 5,783,569.81 | (2,149,556.22) |
| Overpayment Interest | (2,315,198.92) | (991,236.88) | (1,323,962.04) |
| Principal Balance | | | (0.04) |
| | 1,318,814.67 | 4,792,332.93 | (3,473,518.30) |

**D-32**

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

# 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 05/25/2004 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | 08/14/1991 Amount: $0 |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | | 150 Return Filed & Assessed Tax Liab | | 32,074,879.00 | 32,074,879.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 14,949,394.00 | 47,024,273.00 |
| 09/15/1987 | | | 300 Additional Tax Assessment By Exa | | 51,496.00 | 47,075,769.00 |
| 09/15/1987 | | | 301 Abatement of Tax By Examination | | -1,150,000.00 | 45,925,769.00 |
| 09/15/1987 | | | 660 Estimated Tax | | -23,800,000.00 | 22,125,769.00 |
| 09/15/1987 | | | 836 Overpayment Credit Elect to Next | | 628,463.00 | 22,754,232.00 |
| 09/15/1987 | | | 716 Generated Overpay Credit Applied | | -8,903,342.00 | 13,850,890.00 |
| 09/15/1987 | | | 700 Credit Applied 870 uom c/e | | -628,463.00 | 13,222,427.00 |
| 10/15/1987 | | | 700 Credit Applied 88 EUOM | | -2,486,850.00 | 10,735,577.00 |
| 12/15/1987 | | | 700 Credit Applied 88 EUOM | | -486,850.00 | 10,248,727.00 |
| 11/03/2001 | 09/15/1987 | 03/15/1988 | 1555 Equalize to Overpay | 17,359.53 | | 10,248,727.00 |
| 03/15/1988 | | | 820 Credit Transferred 88 EUOM | | 3,513,150.00 | 13,761,877.00 |
| 06/15/1988 | | | 700 Credit Applied 88 EUOM | | -8,986,851.00 | 4,775,026.00 |
| 09/15/1988 | | | 700 Credit Applied | | -10,218,884.00 | (5,443,858.00) |
| 11/03/2001 | 03/15/1988 | 09/15/1988 | 1555 Equalize to Overpay | 18,185.06 | | (5,443,858.00) |
| 09/15/1988 | | | 820 Credit Transferred 88 EUOM | | 4,894,733.00 | (549,125.00) |
| 09/15/1988 | | | 820 Credit Transferred 88 EUOM | | 4,181,131.00 | 3,632,006.00 |
| 09/15/1988 | | | 700 Credit Applied 88 EUOM | | -4,181,131.00 | (549,125.00) |
| 10/15/1988 | | | 700 Credit Applied 89 EUOM | | -118,844.00 | (667,969.00) |
| 12/15/1988 | | | 700 Credit Applied 89 EUOM | | -118,844.00 | (786,813.00) |
| 11/03/2001 | 09/15/1988 | 01/30/1989 | 1555 Equalize to Overpay | 19,034.96 | | (786,813.00) |
| 03/15/1989 | | | 700 Credit Applied 89 EUOM | | -118,844.00 | (905,657.00) |
| 06/15/1989 | | | 700 Credit Applied 89 EUOM | | -118,843.00 | (1,024,500.00) |
| 09/15/1989 | | | 700 Credit Applied | | -4,872.82 | (1,029,372.82) |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 241,189.00 | | (1,029,372.82) |
| 11/03/2001 | 01/30/1989 | 09/15/1989 | 1555 Equalize to Overpay | 19,753.23 | | (1,029,372.82) |
| 09/15/1989 | | | 820 Credit Transferred 89 EUOM | | 1,002,736.00 | (26,636.82) |
| 09/15/1989 | | | 820 Credit Transferred 89 EUOM | | 3,653,770.00 | 3,627,133.18 |
| 09/15/1989 | | | 700 Credit Applied 89 C/E UOM | | -956,190.00 | 2,670,943.18 |
| 10/15/1989 | | | 700 Credit Applied 90 EUOM | | -5,366,617.00 | (2,695,673.82) |
| 12/15/1989 | | | 700 Credit Applied | | -3,866,617.00 | (6,562,290.82) |

## 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| | | | 90 EUOM | | | |
| 03/15/1990 | | | 700 Credit Applied | | -1,064,197.00 | (7,626,487.82) |
| | | | 90 EUOM | | | |
| 06/15/1990 | | | 700 Credit Applied | | -1,366,617.00 | (8,993,104.82) |
| | | | 90 EUOM | | | |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | (8,993,104.82) |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 16,728.42 | | (8,993,104.82) |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 22,748.18 | | (8,993,104.82) |
| 11/03/2001 | 09/15/1989 | 09/15/1990 | 1555 Equalize to Overpay | 21,123.27 | | (8,993,104.82) |
| 10/15/1989 | 09/15/1988 | 09/15/1990 | 1011 Suspend Overpayment Interest | (8,588,599.37) | | (8,993,104.82) |
| | | | 90 EUOM | | | |
| 09/15/1990 | | | 820 Credit Transferred | | 1,614,837.00 | (7,378,267.82) |
| | | | 90 EUOM | | | |
| 09/15/1990 | | | 820 Credit Transferred | | 11,005,401.00 | 3,627,133.18 |
| | | | 90 EUOM | | | |
| 09/15/1990 | | | 700 Credit Applied | | -3,292,852.00 | 334,281.18 |
| | | | 90 C/E UOM | | | |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 334,281.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 43,967.06 | | 334,281.18 |
| 11/03/2001 | 09/15/1990 | 10/15/1990 | 1555 Equalize to Overpay | 23,354.10 | | 334,281.18 |
| 10/15/1990 | | | 820 Credit Transferred | | 37,092.00 | 371,373.18 |
| | | | 91 EUOM | | | |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 241,189.00 | | 371,373.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 46,320.15 | | 371,373.18 |
| 11/03/2001 | 10/15/1990 | 12/15/1990 | 1555 Equalize to Overpay | 23,546.82 | | 371,373.18 |
| 12/15/1990 | | | 820 Credit Transferred | | 2,049,926.00 | 2,421,299.18 |
| | | | 91 EUOM | | | |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | 2,421,299.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 51,164.80 | | 2,421,299.18 |
| 11/03/2001 | 12/15/1990 | 03/15/1991 | 1555 Equalize to Overpay | 23,943.59 | | 2,421,299.18 |
| 03/15/1991 | | | 820 Credit Transferred | | 1,205,834.00 | 3,627,133.18 |
| | | | 91 EUOM | | | |
| 04/29/1991 | | | 700 Credit Applied | | -194,899.00 | 3,432,234.18 |
| | | | 91 EUOM | | | |
| 06/15/1991 | | | 700 Credit Applied | | -2,456,491.00 | 975,743.18 |
| | | | 91 EUOM | | | |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 241,189.00 | | 975,743.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 58,462.12 | | 975,743.18 |
| 11/03/2001 | 03/15/1991 | 08/14/1991 | 1555 Equalize to Overpay | 24,541.24 | | 975,743.18 |
| 09/15/1991 | | | 295 Abatement of Tax with Interest C | | -1,149,797.00 | (174,053.82) |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 241,189.00 | | (174,053.82) |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 70,040.92 | | (174,053.82) |
| 11/03/2001 | 08/14/1991 | 09/15/1991 | 1555 Equalize to Overpay | 25,489.53 | | (174,053.82) |
| 09/15/1991 | | | 820 Credit Transferred | | 2,241,559.00 | 2,067,505.18 |
| | | | 91 EUOM | | | |
| 09/15/1991 | | | 820 Credit Transferred | | 409,831.00 | 2,477,336.18 |
| | | | 91 EUOM | | | |
| 09/15/1991 | | | 700 Credit Applied | | -4,910,704.00 | (2,433,367.82) |
| | | | 91 C/E UOM | | | |
| 10/15/1991 | | | 700 Credit Applied | | -2,896,101.00 | (5,329,468.82) |
| | | | 92 EUOM | | | |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 241,189.00 | | (5,329,468.82) |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 72,506.06 | | (5,329,468.82) |
| 11/03/2001 | 09/15/1991 | 12/09/1991 | 1555 Equalize to Overpay | 25,691.43 | | (5,329,468.82) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

## 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 12/15/1991 | | | 820 Credit Transferred 92 EUOM | | 1,459,273.00 | (3,870,195.82) |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 241,189.00 | | (3,870,195.82) |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 79,149.32 | | (3,870,195.82) |
| 11/03/2001 | 12/09/1991 | 01/21/1992 | 1555 Equalize to Overpay | 26,235.51 | | (3,870,195.82) |
| 03/15/1992 | | | 820 Credit Transferred 92 EUOM | | 4,531,586.00 | 661,390.18 |
| 09/15/1991 | 09/15/1991 | 03/15/1992 | 1011 Suspend Overpayment Interest EUOM | (3,839,806.88) | | 661,390.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 661,390.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 241,189.00 | | 661,390.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 82,373.19 | | 661,390.18 |
| 11/03/2001 | 01/21/1992 | 04/01/1992 | 1555 Equalize to Overpay | 26,499.54 | | 661,390.18 |
| 04/02/1992 | 09/15/1991 | 04/02/1992 | 840 Manual Refund | (1,149,797.00) | 1,149,797.00 | 1,811,187.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 3,230,492.01 | | 1,811,187.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 50,430.26 | | 1,811,187.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 241,189.00 | | 1,811,187.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 87,424.23 | | 1,811,187.18 |
| 11/03/2001 | 04/01/1992 | 04/02/1992 | 1555 Equalize to Overpay | 26,913.21 | | 1,811,187.18 |
| 06/15/1992 | | | 700 Credit Applied 92 EUOM | | -3,468,414.00 | (1,657,226.82) |
| 09/15/1992 | | | 820 Credit Transferred 92 EUOM | | 2,902,648.00 | 1,245,421.18 |
| 09/15/1992 | | | 820 Credit Transferred | | 2,381,713.00 | 3,627,134.18 |
| 06/15/1992 | 06/15/1992 | 09/15/1992 | 1011 Suspend Overpayment Interest | (1,034,229.12) | | 3,627,134.18 |
| 09/15/1992 | | | 700 Credit Applied 92 C/E UOM | | -2,848,737.00 | 778,397.18 |
| 10/15/1992 | | | 700 Credit Applied 93 EUOM | | -2,742,682.00 | (1,964,284.82) |
| 12/15/1992 | | | 820 Credit Transferred 83 EUOM | | 3,711,722.00 | 1,747,437.18 |
| 09/15/1992 | 09/15/1992 | 12/15/1992 | 1011 Suspend Overpayment Interest 93 EUOM | (1,241,271.00) | | 1,747,437.18 |
| 03/15/1993 | | | 820 Credit Transferred 93 EUOM | | 1,474,144.00 | 3,221,581.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 3,230,492.01 | | 3,221,581.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 51,057.76 | | 3,221,581.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,221,581.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 87,487.08 | | 3,221,581.18 |
| 11/03/2001 | 04/02/1992 | 03/29/1993 | 1555 Equalize to Overpay | 26,918.36 | | 3,221,581.18 |
| 05/27/1993 | | | 670 Subsequent Payment | | -90,198.49 | 3,131,382.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,131,382.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 268,501.21 | | 3,131,382.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,131,382.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 109,265.95 | | 3,131,382.69 |
| 11/03/2001 | 03/29/1993 | 05/27/1993 | 1555 Equalize to Overpay | 28,702.04 | | 3,131,382.69 |
| 06/15/1993 | | | 820 Credit Transferred 93 EUOM | | 405,553.00 | 3,536,935.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,536,935.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 301,156.56 | | 3,536,935.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,536,935.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 112,681.14 | | 3,536,935.69 |
| 11/03/2001 | 05/27/1993 | 07/03/1993 | 1555 Equalize to Overpay | 28,981.74 | | 3,536,935.69 |
| 07/12/1993 | 07/03/1993 | 07/12/1993 | 846 Refund of Overpayment | (3,925.98) | 3,925.98 | 3,540,861.67 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

**490 Activity Summary - Parker Hannifin Corp. - w_euom**

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,861.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 321,797.50 | | 3,540,861.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,861.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 114,839.83 | | 3,540,861.67 |
| 11/03/2001 | 07/03/1993 | 07/12/1993 | 1555 Equalize to Overpay | 29,158.53 | | 3,540,861.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 3,082,481.01 | | 3,540,861.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 326,837.28 | | 3,540,861.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,861.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 115,366.90 | | 3,540,861.67 |
| 11/03/2001 | 07/12/1993 | 09/15/1993 | 1555 Equalize to Overpay | 29,201.70 | | 3,540,861.67 |
| 09/15/1993 | | | 700 Credit Applied 93 C/B UOM | | -380,796.00 | 3,160,065.67 |
| 10/15/1993 | | | 700 Credit Applied 94 EUOM | | -3,742,064.00 | (581,998.33) |
| 12/15/1993 | | | 820 Credit Transferred 94 EUOM | | 611,612.00 | 29,613.67 |
| 03/15/1994 | | | 820 Credit Transferred 94 EUOM | | 1,857,004.00 | 1,886,617.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 1,886,617.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 363,457.90 | | 1,886,617.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 241,189.00 | | 1,886,617.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 119,196.79 | | 1,886,617.67 |
| 11/03/2001 | 09/15/1993 | 05/24/1994 | 1555 Equalize to Overpay | 29,515.37 | | 1,886,617.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 3,082,481.01 | | 1,886,617.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 508,600.07 | | 1,886,617.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 241,189.00 | | 1,886,617.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 134,376.15 | | 1,886,617.67 |
| 11/03/2001 | 05/24/1994 | 06/02/1994 | 1555 Equalize to Overpay | 30,758.55 | | 1,886,617.67 |
| 06/15/1994 | | | 820 Credit Transferred 94 EUOM | | 189,176.00 | 2,075,793.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 2,075,793.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 513,916.40 | | 2,075,793.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 241,189.00 | | 2,075,793.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 134,932.15 | | 2,075,793.67 |
| 11/03/2001 | 06/02/1994 | 07/08/1994 | 1555 Equalize to Overpay | 30,804.08 | | 2,075,793.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 3,147,330.01 | | 2,075,793.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 536,452.57 | | 2,075,793.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | 2,075,793.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 137,247.30 | | 2,075,793.67 |
| 11/03/2001 | 07/08/1994 | 07/31/1994 | 1555 Equalize to Overpay | 30,993.69 | | 2,075,793.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 2,075,793.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 552,735.91 | | 2,075,793.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 2,075,793.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 138,920.09 | | 2,075,793.67 |
| 11/03/2001 | 07/31/1994 | 08/07/1994 | 1555 Equalize to Overpay | 31,130.69 | | 2,075,793.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 2,075,793.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 557,832.77 | | 2,075,793.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 241,189.00 | | 2,075,793.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 139,430.67 | | 2,075,793.67 |
| 11/03/2001 | 08/07/1994 | 09/07/1994 | 1555 Equalize to Overpay | 31,172.51 | | 2,075,793.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 2,075,793.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 580,487.03 | | 2,075,793.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 241,189.00 | | 2,075,793.67 |
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 141,700.05 | | 2,075,793.67 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 09/07/1994 | 09/15/1994 | 1555 Equalize to Overpay | 31,358.37 | | 2,075,793.67 |
| 09/15/1994 | | | 820 Credit Transferred 94 EUOM | | 1,465,068.00 | 3,540,861.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | 3,540,861.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 586,355.19 | | 3,540,861.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 241,189.00 | | 3,540,861.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 142,287.89 | | 3,540,861.67 |
| 11/03/2001 | 09/15/1994 | 09/16/1994 | 1555 Equalize to Overpay | 31,406.51 | | 3,540,861.67 |
| 10/15/1994 | | | 700 Credit Applied 95 EUOM | | -2,702,398.00 | 838,463.67 |
| 12/15/1994 | | | 700 Credit Applied 95 EUOM | | -4,202,398.00 | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 3,241,726.14 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 587,089.34 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 241,189.00 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 142,361.44 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 93,854.06 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 31,412.54 | | (3,363,934.33) |
| 11/03/2001 | 09/16/1994 | 12/31/1994 | 1555 Equalize to Overpay | 11,580.00 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 93,854.06 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 2,168.95 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 11,580.00 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 267.61 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 3,241,726.14 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 675,572.64 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1545 Equalize to GATT | 231,189.00 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 10,000.00 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 151,225.22 | | (3,363,934.33) |
| 11/03/2001 | 12/31/1994 | 03/13/1995 | 1555 Equalize to Overpay | 32,138.48 | | (3,363,934.33) |
| 03/15/1995 | | | 640 Advance Payment of Determined De | | -12,434,836.00 | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,241,726.14 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 41,829.01 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 231,189.00 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 2,983.10 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 111,207.34 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 3,407.97 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 11,580.00 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1545 Equalize to GATT | 420.49 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 686,317.11 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 10,000.00 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 153,789.39 | | (15,798,770.33) |
| 11/03/2001 | 03/13/1995 | 03/15/1995 | 1555 Equalize to Overpay | 32,649.61 | | (15,798,770.33) |
| 03/15/1995 | | | 820 Credit Transferred 95 EUOM | | 6,904,795.00 | (8,893,975.33) |
| 12/15/1994 | 12/15/1994 | 03/15/1995 | 1011 Suspend Overpayment Interest 95 EUOM | (2,236,206.92) | | (8,893,975.33) |
| 04/30/1997 | | | 700 Credit Applied | | -112,015.00 | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (429,165.60) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (446,519.00) | | (9,005,990.33) |
| 11/03/2001 | 09/15/1997 | 10/31/1997 | 1515 Equalize to Underpay | (42,009.98) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (873,662.06) | | (9,005,990.33) |
| 11/03/2001 | 10/31/1997 | 01/15/1998 | 1515 Equalize to Underpay | (444,025.15) | | (9,005,990.33) |
| 03/16/1998 | | | 670 Subsequent Payment | | -8,989.00 | (9,014,979.33) |

**490 Activity Summary - Parker Hannifin Corp. - w_euom**

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,763,554.93) | | (9,014,979.33) |
| 11/03/2001 | 08/05/1998 | 08/06/1998 | 1540 Use Prin GATT to Equal | (1,270,293.80) | | (9,014,979.33) |
| 02/12/1999 | | | 840 Manual Refund | | 3,504,438.34 | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,763,820.67) | | (5,510,540.99) |
| 11/03/2001 | 08/06/1998 | 02/12/1999 | 1540 Use Prin GATT to Equal | (1,270,485.21) | | (5,510,540.99) |
| 11/03/2001 | 02/12/1999 | 04/09/1999 | 1541 Use Int GATT to Equal | (615,360.29) | | (5,510,540.99) |
| 11/03/2001 | 04/09/1999 | 04/13/1999 | 1541 Use Int GATT to Equal | (619,776.02) | | (5,510,540.99) |
| 11/03/2001 | 04/13/1999 | 04/14/1999 | 1541 Use Int GATT to Equal | (620,149.67) | | (5,510,540.99) |
| 11/03/2001 | 04/14/1999 | 04/24/1999 | 1541 Use Int GATT to Equal | (620,243.12) | | (5,510,540.99) |
| 11/03/2001 | 04/24/1999 | 05/03/1999 | 1541 Use Int GATT to Equal | (621,178.37) | | (5,510,540.99) |
| 11/03/2001 | 05/03/1999 | 06/15/1999 | 1541 Use Int GATT to Equal | (622,021.29) | | (5,510,540.99) |
| 11/03/2001 | 06/15/1999 | 09/04/1999 | 1541 Use Int GATT to Equal | (626,064.43) | | (5,510,540.99) |
| 11/03/2001 | 09/04/1999 | 09/11/1999 | 1541 Use Int GATT to Equal | (633,752.09) | | (5,510,540.99) |
| 11/03/2001 | 09/11/1999 | 09/13/1999 | 1541 Use Int GATT to Equal | (634,420.87) | | (5,510,540.99) |
| 11/03/2001 | 09/13/1999 | 09/15/1999 | 1541 Use Int GATT to Equal | (634,612.08) | | (5,510,540.99) |
| 11/03/2001 | 09/15/1999 | 09/20/1999 | 1541 Use Int GATT to Equal | (634,803.35) | | (5,510,540.99) |
| 11/03/2001 | 09/20/1999 | 11/06/1999 | 1541 Use Int GATT to Equal | (635,281.77) | | (5,510,540.99) |
| 11/03/2001 | 11/06/1999 | 11/15/1999 | 1541 Use Int GATT to Equal | (639,796.58) | | (5,510,540.99) |
| 11/03/2001 | 11/15/1999 | 04/17/2000 | 1541 Use Int GATT to Equal | (640,664.77) | | (5,510,540.99) |
| 11/03/2001 | 04/17/2000 | 09/07/2000 | 1541 Use Int GATT to Equal | (655,979.82) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (389,321.47) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (224,067.40) | | (5,510,540.99) |
| 11/03/2001 | 09/07/2000 | 10/06/2000 | 1541 Use Int GATT to Equal | (59,462.15) | | (5,510,540.99) |
| 03/12/2001 | | | 826 Overpayment Transferred | | 6,209.89 | (5,504,331.10) |
| 05/28/2001 | 05/19/2001 | 05/28/2001 | 846 Refund of Overpayment | (5,403.32) | 5,403.32 | (5,498,927.78) |
| 10/29/2001 | 10/20/2001 | 10/29/2001 | 846 Refund of Overpayment | (1,638.93) | 1,638.93 | (5,497,288.85) |
| 11/12/2001 | 11/03/2001 | 11/12/2001 | 846 Refund of Overpayment | (704,955.88) | 704,955.88 | (4,792,332.97) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 09/15/1987 | | 150 Return Filed & Assessed Tax Liab | 32,074,879.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 51,496.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 14,949,394.00 | | | |
| | | 301 Abatement of Tax By Examination | (1,150,000.00) | | | |
| | | 660 Estimated Tax | (23,800,000.00) | | | |
| | | 700 Credit Applied | (628,463.00) | | | |
| | | 716 Generated Overpay Credit Applied | (8,903,342.00) | | | |
| | | 836 Overpayment Credit Elect to Next | 628,463.00 | | | |
| 09/16/1987 | 10/15/1987 | NR Underpay @ Over | 17,359.53 | 0.007009941 | 121.69 | 13,222,427.00 |
| | | Underpay | 13,205,067.47 | 0.007837756 | 103,498.10 | |
| 10/15/1987 | | 700 Credit Applied | (2,486,850.00) | | | 13,326,046.79 |
| 10/16/1987 | 12/15/1987 | NR Underpay @ Over | 17,481.22 | 0.015152900 | 264.89 | 10,839,196.79 |
| | | Underpay | 10,821,715.57 | 0.016850433 | 182,350.60 | |
| 12/15/1987 | | 700 Credit Applied | (486,850.00) | | | 11,021,812.28 |
| 12/16/1987 | 03/15/1988 | NR Underpay @ Over | 17,746.11 | 0.024734673 | 438.94 | 10,534,962.28 |
| | | Underpay | 10,517,216.17 | 0.027286190 | 286,974.76 | |
| 03/15/1988 | | 820 Credit Transferred | 3,513,150.00 | | | 10,822,375.98 |
| 03/16/1988 | 06/15/1988 | NR Underpay @ Over | 18,185.06 | 0.023325087 | 424.17 | 14,335,525.98 |
| | | Underpay | 14,317,340.92 | 0.025899934 | 370,818.18 | |
| 06/15/1988 | | 700 Credit Applied | (8,986,851.00) | | | 14,706,768.33 |
| 06/16/1988 | 09/15/1988 | NR Underpay @ Over | 18,609.23 | 0.022877946 | 425.74 | 5,719,917.33 |
| | | Underpay | 5,701,308.10 | 0.025451680 | 145,107.87 | |
| 09/15/1988 | | 700 Credit Applied | (4,181,131.00) | | | 5,865,450.94 |
| | | 700 Credit Applied | (10,218,884.00) | | | |
| | | 820 Credit Transferred | 4,181,131.00 | | | |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

## 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 09/15/1988 | | 820 Credit Transferred | 4,894,733.00 | | | 541,299.94 |
| 09/16/1988 | 10/15/1988 | NR Underpay @ Over | 19,034.96 | 0.007816261 | 148.78 | |
| | | Underpay | 522,264.98 | 0.008642452 | 4,513.65 | 545,962.37 |
| 10/15/1988 | | 700 Credit Applied | (118,844.00) | | | 427,118.37 |
| 10/16/1988 | 12/15/1988 | NR Underpay @ Over | 19,183.74 | 0.016804016 | 322.36 | |
| | | Underpay | 407,934.63 | 0.018499615 | 7,546.63 | 434,987.37 |
| 12/15/1988 | | 700 Credit Applied | (118,844.00) | | | 316,143.37 |
| 12/16/1988 | 01/30/1989 | NR Underpay @ Over | 19,506.11 | 0.012668616 | 247.12 | |
| | | Underpay | 296,637.27 | 0.013944079 | 4,136.33 | 320,526.82 |
| 01/31/1989 | 03/15/1989 | NR Underpay @ Over | 260,942.23 | 0.012126075 | 3,164.21 | |
| | | Underpay | 59,584.59 | 0.013346557 | 795.25 | 324,486.27 |
| 03/15/1989 | | 700 Credit Applied | (118,844.00) | | | 205,642.27 |
| 03/16/1989 | 06/15/1989 | NR Underpay @ Over | 205,642.27 | 0.027659226 | 5,687.91 | 211,330.18 |
| 06/15/1989 | | 700 Credit Applied | (118,843.00) | | | 92,487.18 |
| 06/16/1989 | 09/15/1989 | NR Underpay @ Over | 92,487.18 | 0.028109676 | 2,599.78 | 95,086.97 |
| 09/15/1989 | | 700 Credit Applied | (956,190.00) | | | |
| | | 700 Credit Applied | (4,872.82) | | | |
| | | 820 Credit Transferred | 3,653,770.00 | | | |
| | | 820 Credit Transferred | 1,002,736.00 | | | 3,790,530.15 |
| 09/16/1989 | 10/15/1989 | NR Underpay @ Over | 301,788.87 | 0.008666229 | 2,615.37 | |
| | | Underpay | 3,488,741.28 | 0.009495361 | 33,126.86 | 3,826,272.37 |
| 10/15/1989 | | 700 Credit Applied | (5,366,617.00) | | | (1,540,344.63) |
| 10/16/1989 | 12/15/1989 | Overpay Suspended | (1,540,344.63) | | | (1,540,344.63) |
| 12/15/1989 | | 700 Credit Applied | (3,866,617.00) | | | (5,406,961.63) |
| 12/16/1989 | 03/15/1990 | Overpay Suspended | (5,406,961.63) | | | (5,406,961.63) |
| 03/15/1990 | | 700 Credit Applied | (1,064,197.00) | | | (6,471,158.63) |
| 03/16/1990 | 06/15/1990 | Overpay Suspended | (6,471,158.63) | | | (6,471,158.63) |
| 06/15/1990 | | 700 Credit Applied | (1,366,617.00) | | | (7,837,775.63) |
| 06/16/1990 | 09/15/1990 | Overpay Suspended | (7,837,775.63) | | | (7,837,775.63) |
| 09/15/1990 | | 700 Credit Applied | (3,292,852.00) | | | |
| | | 820 Credit Transferred | 1,614,837.00 | | | |
| | | 820 Credit Transferred | 11,005,401.00 | | | 1,489,610.37 |
| 09/16/1990 | 10/15/1990 | NR Underpay @ Over | 308,510.16 | 0.008251913 | 2,545.80 | |
| | | Underpay | 1,181,100.21 | 0.009080716 | 10,725.24 | 1,502,881.41 |
| 10/15/1990 | | 820 Credit Transferred | 37,092.00 | | | 1,539,973.41 |
| 10/16/1990 | 12/15/1990 | NR Underpay @ Over | 311,055.97 | 0.016850433 | 5,241.43 | |
| | | Underpay | 1,228,917.44 | 0.018550759 | 22,797.35 | 1,568,012.19 |
| 12/15/1990 | | 820 Credit Transferred | 2,049,926.00 | | | 3,617,938.19 |
| 12/16/1990 | 03/15/1991 | NR Underpay @ Over | 316,297.39 | 0.024960584 | 7,894.97 | |
| | | Underpay | 3,301,640.80 | 0.027490274 | 90,763.01 | 3,716,596.16 |
| 03/15/1991 | | 820 Credit Transferred | 1,205,834.00 | | | 4,922,430.16 |
| 03/16/1991 | 04/29/1991 | NR Underpay @ Over | 324,192.36 | 0.011599523 | 3,760.48 | |
| | | Underpay | 4,598,237.80 | 0.012847133 | 59,074.17 | 4,985,264.81 |
| 04/29/1991 | | 700 Credit Applied | (194,899.00) | | | 4,790,365.81 |
| 04/30/1991 | 06/15/1991 | NR Underpay @ Over | 327,952.84 | 0.011655009 | 3,822.29 | |
| | | Underpay | 4,462,412.98 | 0.012958188 | 57,824.79 | 4,852,012.89 |
| 06/15/1991 | | 700 Credit Applied | (2,456,491.00) | | | 2,395,521.89 |
| 06/16/1991 | 08/14/1991 | NR Underpay @ Over | 331,775.13 | 0.014902650 | 4,944.33 | |
| | | Underpay | 2,063,746.76 | 0.016571921 | 34,200.25 | 2,434,666.47 |
| 08/15/1991 | 09/15/1991 | NR Underpay @ Over | 336,719.45 | 0.007920642 | 2,667.03 | |
| | | Underpay LCU | 2,097,947.02 | 0.010574336 | 22,184.40 | 2,459,517.90 |
| 09/15/1991 | | 295 Abatement of Tax with Interest C | (1,149,797.00) | | | |
| | | 700 Credit Applied | (4,910,704.00) | | | |
| | | 820 Credit Transferred | 2,241,559.00 | | | |
| | | 820 Credit Transferred | 409,831.00 | | | (949,593.10) |
| 09/16/1991 | 10/15/1991 | Overpay Suspended | (949,593.10) | | | (949,593.10) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

## 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 10/15/1991 | | 700 Credit Applied | (2,896,101.00) | | | (3,845,694.10) |
| 10/16/1991 | 12/09/1991 | Overpay Suspended | (3,845,694.10) | | | (3,845,694.10) |
| 12/10/1991 | 12/15/1991 | Overpay Suspended | (3,845,694.10) | | | (3,845,694.10) |
| 12/15/1991 | | 820 Credit Transferred | 1,459,273.00 | | | (2,386,421.10) |
| 12/16/1991 | 01/21/1992 | Overpay Suspended | (2,386,421.10) | | | (2,386,421.10) |
| 01/22/1992 | 03/15/1992 | Overpay Suspended | (2,386,421.10) | | | (2,386,421.10) |
| 03/15/1992 | | 820 Credit Transferred | 4,531,586.00 | | | 2,145,164.90 |
| 03/16/1992 | 04/01/1992 | Underpay LCU | 2,145,164.90 | 0.005094139 | 10,927.77 | 2,156,092.67 |
| 04/02/1992 | | 840 Manual Refund | 1,149,797.00 | | | |
| 04/02/1992 | 04/02/1992 | NR Underpay @ Over | 2,156,092.67 | 0.000191257 | 412.37 | 3,306,302.03 |
| 04/03/1992 | 06/15/1992 | NR Underpay @ Over | 3,306,302.03 | 0.014252261 | 47,122.28 | 3,353,424.31 |
| 06/15/1992 | | 700 Credit Applied | (3,468,414.00) | | | (114,989.69) |
| 06/16/1992 | 09/15/1992 | Overpay Suspended | (114,989.69) | | | (114,989.69) |
| 09/15/1992 | | 700 Credit Applied | (2,848,737.00) | | | |
| | | 820 Credit Transferred | 2,902,648.00 | | | |
| | | 820 Credit Transferred | 2,381,713.00 | | | 2,320,634.31 |
| 09/16/1992 | 10/15/1992 | Underpay LCU | 2,320,634.31 | 0.007816261 | 18,138.68 | 2,338,773.00 |
| 10/15/1992 | | 700 Credit Applied | (2,742,682.00) | | | (403,909.00) |
| 10/16/1992 | 12/15/1992 | Overpay Suspended | (403,909.00) | | | (403,909.00) |
| 12/15/1992 | | 820 Credit Transferred | 3,711,722.00 | | | 3,307,813.00 |
| 12/16/1992 | 03/15/1993 | Underpay LCU | 3,307,813.00 | 0.022426035 | 74,181.13 | 3,381,994.13 |
| 03/15/1993 | | 820 Credit Transferred | 1,474,144.00 | | | 4,856,138.13 |
| 03/16/1993 | 03/29/1993 | Underpay LCU | 4,856,138.13 | 0.003457593 | 16,790.55 | 4,872,928.68 |
| 03/30/1993 | 05/27/1993 | NR Underpay @ Over | 3,730,139.21 | 0.009745009 | 36,350.24 | |
| | | Underpay LCU | 1,142,789.47 | 0.014652462 | 16,744.68 | 4,926,023.60 |
| 05/27/1993 | | 670 Subsequent Payment | (90,198.49) | | | 4,835,825.11 |
| 05/28/1993 | 06/15/1993 | NR Underpay @ Over | 3,766,489.45 | 0.003127913 | 11,781.25 | |
| | | Underpay LCU | 1,069,335.66 | 0.004695343 | 5,020.90 | 4,852,627.25 |
| 06/15/1993 | | 820 Credit Transferred | 405,553.00 | | | 5,258,180.25 |
| 06/16/1993 | 07/03/1993 | NR Underpay @ Over | 3,778,270.70 | 0.002963042 | 11,195.18 | |
| | | Underpay LCU | 1,479,909.55 | 0.004447671 | 6,582.15 | 5,275,957.58 |
| 07/04/1993 | 07/12/1993 | NR Underpay @ Over | 3,789,465.87 | 0.001480425 | 5,610.02 | |
| | | Underpay LCU | 1,486,491.71 | 0.002221368 | 3,302.05 | 5,284,869.65 |
| 07/12/1993 | | 846 Refund of Overpayment | 3,925.98 | | | 5,288,795.63 |
| 07/13/1993 | 09/15/1993 | NR Underpay @ Over | 3,795,075.89 | 0.010741332 | 40,764.17 | |
| | | Underpay LCU | 1,493,719.74 | 0.016154517 | 24,130.32 | 5,353,690.12 |
| 09/15/1993 | | 700 Credit Applied | (380,796.00) | | | 4,972,894.12 |
| 09/16/1993 | 10/15/1993 | NR Underpay @ Over | 3,835,840.07 | 0.004943279 | 18,961.63 | |
| | | Underpay LCU | 1,137,054.05 | 0.007423769 | 8,441.23 | 5,000,296.97 |
| 10/15/1993 | | 700 Credit Applied | (3,742,064.00) | | | 1,258,232.97 |
| 10/16/1993 | 12/15/1993 | NR Underpay @ Over | 1,258,232.97 | 0.010077008 | 12,679.22 | 1,270,912.20 |
| 12/15/1993 | | 820 Credit Transferred | 611,612.00 | | | 1,882,524.20 |
| 12/16/1993 | 03/15/1994 | NR Underpay @ Over | 1,270,912.20 | 0.014903267 | 18,940.74 | |
| | | Underpay LCU | 611,612.00 | 0.022437053 | 13,722.77 | 1,915,187.71 |
| 03/15/1994 | | 820 Credit Transferred | 1,857,004.00 | | | 3,772,191.71 |
| 03/16/1994 | 05/24/1994 | NR Underpay @ Over | 1,289,852.94 | 0.011572351 | 14,926.63 | |
| | | Underpay LCU | 2,482,338.77 | 0.017407929 | 43,212.38 | 3,830,330.72 |
| 05/25/1994 | 06/02/1994 | NR Underpay @ Over | 3,830,330.72 | 0.001480425 | 5,670.52 | 3,836,001.24 |
| 06/03/1994 | 06/15/1994 | NR Underpay @ Over | 3,836,001.24 | 0.002139095 | 8,205.57 | 3,844,206.81 |
| 06/15/1994 | | 820 Credit Transferred | 189,176.00 | | | 4,033,382.81 |
| 06/16/1994 | 07/08/1994 | NR Underpay @ Over | 3,844,206.81 | 0.004007660 | 15,406.27 | |
| | | Underpay LCU | 189,176.00 | 0.005907033 | 1,117.47 | 4,049,906.55 |
| 07/09/1994 | 07/31/1994 | NR Underpay @ Over | 4,049,906.55 | 0.004420277 | 17,901.71 | 4,067,808.26 |
| 08/01/1994 | 08/07/1994 | NR Underpay @ Over | 4,067,808.26 | 0.001343238 | 5,464.04 | 4,073,272.29 |
| 08/08/1994 | 09/07/1994 | NR Underpay @ Over | 4,073,272.29 | 0.005962340 | 24,286.23 | 4,097,558.53 |
| 09/08/1994 | 09/15/1994 | NR Underpay @ Over | 4,097,558.53 | 0.001535277 | 6,290.89 | 4,103,849.41 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

## 490 Activity Summary - Parker Hannifin Corp. - w_euom

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 09/15/1994 | | 820 Credit Transferred | 1,465,068.00 | | | 5,568,917.41 |
| 09/16/1994 | 09/16/1994 | NR Underpay @ Over | 4,242,964.73 | 0.000191781 | 813.72 | |
| | | Underpay LCU | 1,325,952.68 | 0.000273973 | 363.27 | 5,570,094.41 |
| 09/17/1994 | 10/15/1994 | NR Underpay @ Over | 4,349,212.52 | 0.005989853 | 26,051.14 | |
| | | Underpay LCU | 1,220,881.89 | 0.008389958 | 10,243.15 | 5,606,388.70 |
| 10/15/1994 | | 700 Credit Applied | (2,702,398.00) | | | 2,903,990.70 |
| 10/16/1994 | 12/15/1994 | NR Underpay @ Over | 2,903,990.70 | 0.013458155 | 39,082.36 | 2,943,073.05 |
| 12/15/1994 | | 700 Credit Applied | (4,202,398.00) | | | (1,259,324.95) |
| 12/16/1994 | 12/31/1994 | Overpay Suspended | (1,259,324.95) | | | (1,259,324.95) |
| 01/01/1995 | 03/13/1995 | Overpay Suspended | (1,259,324.95) | | | (1,259,324.95) |
| 03/14/1995 | 03/15/1995 | Overpay Suspended | (1,259,324.95) | | | (1,259,324.95) |
| 03/15/1995 | | 640 Advance Payment of Determined De | (12,434,836.00) | | | |
| | | 820 Credit Transferred | 6,904,795.00 | | | (6,789,365.95) |
| 03/16/1995 | 04/30/1997 | Overpay GATT | (6,789,365.95) | 0.148189363 | (1,006,111.82) | (7,795,477.76) |
| 04/30/1997 | | 700 Credit Applied | (112,015.00) | | | (7,907,492.76) |
| 05/01/1997 | 09/15/1997 | Overpay GATT | (7,907,492.76) | 0.024877563 | (196,719.15) | (8,104,211.91) |
| 09/16/1997 | 10/31/1997 | NR Overpay @ Under | (1,791,356.64) | 0.011405621 | (20,431.54) | |
| | | Overpay GATT | (6,312,855.27) | 0.008224690 | (51,921.28) | (8,176,564.72) |
| 11/01/1997 | 01/15/1998 | NR Overpay @ Under | (1,317,687.21) | 0.018914063 | (24,922.82) | |
| | | Overpay GATT | (6,858,877.51) | 0.013625028 | (93,452.40) | (8,294,939.94) |
| 01/16/1998 | 03/16/1998 | Overpay GATT | (8,294,939.94) | 0.010741258 | (89,098.09) | (8,384,038.02) |
| 03/16/1998 | | 670 Subsequent Payment | (8,989.00) | | | (8,393,027.02) |
| 03/17/1998 | 08/05/1998 | Overpay GATT | (8,393,027.02) | 0.022046040 | (185,033.01) | (8,578,060.03) |
| 08/06/1998 | 08/06/1998 | Overpay GATT | (8,578,060.03) | 0.000150685 | (1,292.58) | (8,579,352.62) |
| 08/07/1998 | 02/12/1999 | Overpay GATT | (8,579,352.62) | 0.027830283 | (238,765.81) | (8,818,118.43) |
| 02/12/1999 | | 840 Manual Refund | 3,504,438.34 | | | (5,313,680.09) |
| 02/13/1999 | 04/09/1999 | Overpay GATT | (5,313,680.09) | 0.007175849 | (38,130.17) | (5,351,810.26) |
| 04/10/1999 | 04/13/1999 | Overpay GATT | (5,351,810.26) | 0.000602876 | (3,226.48) | (5,355,036.74) |
| 04/14/1999 | 04/14/1999 | Overpay GATT | (5,355,036.74) | 0.000150685 | (806.92) | (5,355,843.66) |
| 04/15/1999 | 04/24/1999 | Overpay GATT | (5,355,843.66) | 0.001507871 | (8,075.92) | (5,363,919.59) |
| 04/25/1999 | 05/03/1999 | Overpay GATT | (5,363,919.59) | 0.001356982 | (7,278.74) | (5,371,198.33) |
| 05/04/1999 | 06/15/1999 | Overpay GATT | (5,371,198.33) | 0.006499998 | (34,912.78) | (5,406,111.11) |
| 06/16/1999 | 09/04/1999 | Overpay GATT | (5,406,111.11) | 0.012279340 | (66,383.47) | (5,472,494.58) |
| 09/05/1999 | 09/11/1999 | Overpay GATT | (5,472,494.58) | 0.001055271 | (5,774.97) | (5,478,269.55) |
| 09/12/1999 | 09/13/1999 | Overpay GATT | (5,478,269.55) | 0.000301393 | (1,651.11) | (5,479,920.66) |
| 09/14/1999 | 09/15/1999 | Overpay GATT | (5,479,920.66) | 0.000301393 | (1,651.61) | (5,481,572.26) |
| 09/16/1999 | 09/20/1999 | Overpay GATT | (5,481,572.26) | 0.000753652 | (4,131.20) | (5,485,703.46) |
| 09/21/1999 | 11/06/1999 | Overpay GATT | (5,485,703.46) | 0.007106792 | (38,985.76) | (5,524,689.22) |
| 11/07/1999 | 11/15/1999 | Overpay GATT | (5,524,689.22) | 0.001356982 | (7,496.90) | (5,532,186.12) |
| 11/16/1999 | 04/17/2000 | Overpay GATT | (5,532,186.12) | 0.023904928 | (132,246.51) | (5,664,432.63) |
| 04/18/2000 | 09/07/2000 | Overpay GATT | (5,664,432.63) | 0.025719092 | (145,684.07) | (5,810,116.70) |
| 09/08/2000 | 10/06/2000 | Overpay GATT | (5,810,116.70) | 0.005163099 | (29,998.21) | (5,840,114.90) |
| 10/07/2000 | 03/12/2001 | Overpay GATT | (5,840,114.90) | 0.028307840 | (165,321.04) | (6,005,435.94) |
| 03/12/2001 | | 826 Overpayment Transferred | 6,209.89 | | | (5,999,226.05) |
| 03/13/2001 | 05/19/2001 | Overpay GATT | (5,999,226.05) | 0.010824431 | (64,938.21) | (6,064,164.26) |
| 05/20/2001 | 05/28/2001 | Overpay GATT | (6,058,760.94) | 0.001356982 | (8,221.63) | |
| | | Overpay Suspended | (5,403.32) | | | (6,072,385.89) |
| 05/28/2001 | | 846 Refund of Overpayment | 5,403.32 | | | (6,066,982.57) |
| 05/29/2001 | 10/20/2001 | Overpay GATT | (6,066,982.57) | 0.018957042 | (115,012.04) | (6,181,994.61) |
| 10/21/2001 | 10/29/2001 | Overpay GATT | (6,180,355.68) | 0.001110136 | (6,861.04) | |
| | | Overpay Suspended | (1,638.93) | | | (6,188,855.65) |
| 10/29/2001 | | 846 Refund of Overpayment | 1,638.93 | | | (6,187,216.72) |
| 10/30/2001 | 11/03/2001 | Overpay GATT | (6,187,216.72) | 0.000616590 | (3,814.98) | (6,191,031.70) |
| 11/04/2001 | 11/12/2001 | Overpay GATT | (5,486,075.82) | 0.001110136 | (6,090.29) | |
| | | Overpay Suspended | (704,955.88) | | | (6,197,121.99) |
| 11/12/2001 | | 846 Refund of Overpayment | 704,955.88 | | | (5,492,166.11) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

**490 Activity Summary - Parker Hannifin Corp. - w_euom**

FED - 34-0451060e Parker Hannifin Corp. - euom 1120 Tax Period: 1987/06

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 11/13/2001 | 05/25/2004 | Overpay GATT | (5,492,166.11) | 0.073585428 | (404,143.39) | (5,896,309.50) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 2,104,609.38 | 5,783,569.81 | (3,678,960.43) |
| Overpayment Interest | (3,208,585.92) | (991,236.88) | (2,217,349.04) |
| Principal Balance | | | (0.03) |
| | (1,103,976.54) | 4,792,332.93 | (5,896,309.50) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com

Form **907** (Revised January 2001)

Department of the Treasury - Internal Revenue Service

# Agreement to Extend the Time to Bring Suit

In reply refer to:

Taxpayer Identification Number 34-0451060

PARKER HANNIFIN CORPORATION & SUBSIDIARIES, taxpayer(s) of
(Name(s))

6035 PARKLAND BLVD., MAYFILED HEIGHTS, OHIO 44124
(Number, street, city or town, State, ZIP code)

and the Commissioner of Internal Revenue agree that the taxpayer(s) may bring suit to recover the taxes described below, on or before SEPTEMBER 30, 2005
(Expiration date)

Claims for the amounts shown below have been timely filed by the taxpayer(s), and these claims have been disallowed in whole or in part. A notice of disallowance has been mailed to the taxpayer(s) by certified or registered mail, unless the taxpayer(s) waived the requirement that the notice be issued.

| | Period Ended | Kind of Tax | Amount of Tax | Date Notice of Disallowance Mailed or Waiver Filed |
|---|---|---|---|---|
| Refund Credit | JUNE 30, 1987 | DEFICIENCY INTEREST UNDER SEC. 6601 | DEFICIENCY INTEREST $3,678,960 | NOVEMBER 20, 2001 |

IMPORTANT:

You must submit with this agreement a statement of the issues involved in the claims for refund or credit of the taxes listed above.

You may request in writing that the claims be reopened and reconsidered at any time before the expiration date shown. You should state the particular circumstances on which you base the request. Please identify the claims in the request by stating the amounts claimed, the periods involved, and the date and symbols appearing on the letter in which notice of disallowance was given, or the date the waiver (Form 2297) was filed. Attach a copy of this agreement to your request.

This agreement will not be effective until the appropriate Internal Revenue Service official signs this form on behalf of the Commissioner of Internal Revenue. You should therefore be prepared to protect your interests by bringing suit, if desired, at any time before this agreement is signed. If the appropriate Internal Revenue Service official signs this agreement on behalf of the Commissioner of Internal Revenue, the final decision in any case now in litigation does not bind that official in the disposition, of the issues on the taxes covered by this agreement.

YOUR SIGNATURE HERE ________ (Date signed)

SPOUSE'S SIGNATURE ________ (Date signed)

TAXPAYER'S REPRESENTATIVE SIGN HERE ________ (Date signed)

CORPORATE NAME ________

CORPORATE OFFICER(S) SIGN HERE [signature] Vice President Finance And Adm. and CFO (Title) 12/8/2004 (Date signed)

________ (Title) ________ (Date signed)

INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

David B. Robison (Division Executive Name - see instructions) Chief, Appeals (Division Executive Title - see instructions)

BY [signature], Appeals Officer (Authorized Official Signature and Title - see instructions) Dec. 22, 2004 (Date signed)

RECEIVED DEC 1 0 2004 APPEALS OFFICE CLEVELAND, OHIO INTERNAL REVENUE SERVICE

(Signature instructions are on the back of this form) www.irs.gov Catalog Number 16963W Form **907** (Rev. 1-2001)

**Internal Revenue Service**
Appeals Office
One Cleveland Center Suite 815
1375 East Ninth Street
Cleveland, OH 44114

Date: JUN 1 6 2005

THERESA REIGER
4155 HARRISON BLVD., SUITE 110
OGDEN UT 84403

**Department of the Treasury**

**Person to Contact:**
James A. Joseph
Employee ID Number: 31-03797
Tel: 216-623-2026
Fax: 216-522-7910
Contact Hours: 6:30 to 3:15
**Refer Reply to:**
AP:FE:OH:CL:JAJ
**In Re:**
PARKER HANNIFIN CORP
**Form Number:**
1120
**Amount of Claim:**
$1.00
**Tax Period(s) Ended:**
06/1987

Dear Ms. Reiger:

We have completed our review of your claim for abatement and/or refund of taxes. Based on the information submitted, there is no basis to allow any part of your claim.

You may pursue this matter further by filing suit in either the United States District Court or the United States Court of Federal Claims. If you decide to do this, you must file the suit within two-years from the date on the letter denying your claim, which the Ogden IRS Campus mailed to you on November 20, 2001, or by a later date as extended by Form 907. As you are aware, the current statute expiration date for filing suit, as extended by Form 907, is September 30, 2005.

Please note: Your statute expiration date for filing suit has *NOT* been shortened or extended by our reconsideration of your claim.

If you have any questions on this matter, please call the contact employee at the telephone number shown above.

Sincerely,

Joseph W. Weiss

Joseph W. Weiss
Appeals Team Manager