# In the United States Court of Federal Claims

No. 05-1041 C

(Filed December 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *
PARKER HANNIFIN CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Thomas C. Wheeler.

s/Lynn J. Bush
LYNN J. BUSH
Judge