# In the United States Court of Federal Claims

No. 05-1041

(Filed: December 20, 2005)

PARKER HANNIFIN CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 27, 2005, the Court filed a Notice of Designation that this matter shall be an electronic case in the Court's case management/electronic case filing (CM/ECF) system. The notice stated that all documents in this case are to be filed electronically, and that counsel must immediately obtain a CM/ECF account in order to receive service of electronically filed documents.

Additionally, the notice informed the parties that the Clerk's office would effect service of electronically filed documents in paper form for thirty-days from the date the case was opened, if counsel had not yet obtained an account. All orders and documents not served electronically after that date (October 27, 2005) would be the responsibility of counsel to obtain through use of a PACER account. It appears that, to date, Plaintiff's counsel, William Ross Stewart, has not obtained a CM/ECF account. Accordingly, Plaintiff's counsel is **DIRECTED** to **COMPLY** with the provisions for obtaining a CM/ECF account set forth in the Notice of Designation on or before **January 16, 2006**.

**IT IS SO ORDERED.**

_s/ Thomas C. Wheeler__
THOMAS C. WHEELER
Judge