```
Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:46 PM

BMFOLT34-0451060 02198706000  BMF TAX MODULE      NM CTRL:PARK
49354-568-98000-5                                            UP-CYC:44

CAF:0/AIMS SC:00  MF ASS D MOD BAL:               0.00  ARDI:3    FRZ:    -IW
ASED:12-31-1998            INTEREST TO DATE:11-14-2005 EMIS/
GOVERNING SC:49  *C CORP*   2% TRIGGER DATE: 08-14-1991 FTP START DT:03-15-1988
HISTORIC ULC:34            INT TOT:           5,783,569.81  FTP MONTHS:00
TDA COPYS:      *FOREIGN* INT AS:        5,783,569.81 FTP TT:                0.00
DAR CC:73                INT PD:        5,783,569.81- FTP ASD:               0.00
LATEST CSED DATE:02-10-2007 RSED DT:03-15-1991 RET DUE DT:09-15-1987 GATT
EARLIEST CSED DT:05-02-1998 IMMINENT CSED DT:02-10-2007 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0     FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE          AMOUNT          CYCLE        DLN           VARIABLE DATA
150   05021988      32,074,879.00  198816 17311-086-40200-8 TC150:03171988
                            0.00  REMIT AMT (610)              USE DEFINER 'R'
660   10171986       4,000,000.00- 198645 17397-297-00004-6
                    TUS LOC NO: 17-45-0000000031780
660   12171986       7,500,000.00- 198703 17397-364-00004-6
                    TUS LOC NO: 17-02-0000000073206
```

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:49 PM

```
BMFOLT34-0451060 02198706000  BMF TAX MODULE      NM CTRL:PARK
49354-568-98000-5                                               UP-CYC:44

TRANS DATE          AMOUNT            CYCLE  DLN                VARIABLE DATA
660   03181987       5,000,000.00- 198714 17397-086-00004-7
                    TUS LOC NO: 17-14-0000000023900
716   09151986       8,903,342.00- 198716 17311-080-40500-7
   CR ELECT:   $8,903,342.00-                       CR EL AVAIL DT:
424R 07091987                0.00  198729 34377-190-20000-7 PBC:000 SBC:00000
                         PTR PBC:000                    EGC:1998 SOURCE-CD:60
                                     PUSH CD:041                        PLAN:000
660   09171987       7,300,000.00- 198740 17397-268-00004-7
                    TUS LOC NO: 17-40-0000000001338
620   09151987               0.00  198741 17304-269-06766-7 EXT CD:Y
                                              TENT LIAB:        32,703,342.00
460   10261987               0.00  198741 17304-269-06766-7 EXT DT: 03151988
599   03211988               0.00  198813 17949-481-00425-8 CLOSING CODE:96
836   09151987         628,463.00  198816 17311-086-40200-8
420R 04201988                0.00  198817 34977-111-00000-8 PBC:000 SBC:00000
                                                        EGC:1998 SOURCE-CD:60
960R 07021988                0.00  198828 17977-587-01808-8 CAF SC:00
962   09021989               0.00  198937 17977-648-09759-9
560R 09141989                0.00  198939 34377-257-77500-9 NEW ASED:03151991
               PAGE 002 OF 007            BMFPG 003
```

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:51 PM

BMFOLT34-0451060 02198706000 BMF TAX MODULE NM CTRL:PARK
49354-568-98000-5 UP-CYC:44

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 560R | 07251990 | 0.00 | 199031 | 34377-206-77500-0 | NEW ASED:12311991 |
| 560R | 08191991 | 0.00 | 199135 | 34377-231-77500-1 | NEW ASED:12311992 |
| 300 | 02171992 | 0.00 | 199206 | 17347-427-10004-2 | USE DEF CODE 'A' |
| 295 | 04271992 | 1,149,797.00- | 199216 | 17354-493-90057-2 | USE DEF CODE 'A' |
| 290 | 04271992 | 0.00 | 199216 | 17354-493-90057-2 | USE DEF CODE 'A' |
| 840 | 04021992 | 1,149,797.00 | 199221 | 34345-093-20001-2 | |
| | | EMP NUMBER:0000000000 | | BYPASS:00 | |
| REFUND SCHED #: | | | RCI:0 | | |
| 560R | 07131992 | 0.00 | 199230 | 34377-195-77500-2 | NEW ASED:12311993 |
| 962 | 02051993 | 0.00 | 199307 | 17977-439-00829-3 | |
| 570 | 06081993 | 0.00 | 199324 | 17317-159-25306-3 | |
| 670 | 06081993 | 90,198.49- | 199324 | 17317-159-25306-3 | |
| 300 | 05271993 | 51,496.00 | 199326 | 34351-147-13000-3 | USE DEF CODE 'A' |
| 190 | 05271993 | 38,702.49 | 199326 | 34351-147-13000-3 | |
| 370 | 05271993 | 0.00 | 199326 | 34351-147-13000-3 | |
| 337 | 07121993 | 3,909.88- | 199326 | 17354-493-90057-2 | |
| 776 | 07121993 | 16.10- | 199326 | 17354-493-90057-2 | |

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:53 PM

```
BMFOLT34-0451060 02198706000   BMF TAX MODULE      NM CTRL:PARK
49354-568-98000-5                                             UP-CYC:44

TRANS DATE           AMOUNT           CYCLE  DLN                  VARIABLE DATA
846  07121993               3,925.98  199326 17354-493-90057-2
    CRD INT:          $16.10-                              BYPASS:00 REFUND ULC:00
520R 11161993                   0.00  199347 34377-320-00000-3 CC:72 AP/BK/CDP:242
640  03151995         12,434,836.00-  199513 17317-079-25424-5
196  04101995                   0.15  199513 17354-493-90057-2
961  01131997                   0.00  199701 17977-587-01808-8
960R 01131997                   0.00  199701 17977-587-01808-8 CAF SC:00
521  02101997                   0.00  199708 31977-441-01595-7
300  02101997         14,949,394.00   199709 31351-041-13000-7 USE DEF CODE 'A'
772  07121993                  16.10  199709 31351-041-13000-7
190  02101997         18,765,762.38   199709 31351-041-13000-7
370  02101997                   0.00  199709 31351-041-13000-7
700  04301997            112,015.00-  199721 28324-522-00208-7
586  06021997                   0.00  199721 28324-522-00208-7
           XR:34-0451060   02 199306        X-REF PLAN:000 EXCESS COLL IND: 0
520R 07021997                   0.00  199728 31977-583-02729-7 CC:74
670  03161998               8,989.00- 199818 72319-075-77975-8
     ELEC PAY IND:E  EFT TRACE#: 49-233807590000058
560R 08191998                   0.00  199834 31377-231-77500-8 NEW ASED:12131998
```

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:55 PM

BMFOLT34-0451060 02198706000 BMF TAX MODULE NM CTRL:PARK
49354-568-98000-5 UP-CYC:44

```
TRANS DATE          AMOUNT          CYCLE  DLN               VARIABLE DATA
301   09141998   1,150,000.00-  199835 17347-637-78000-8 USE DEF CODE 'A'
520R  09031998           0.00   199836 31377-246-77500-8 CC:72 AP/BK/CDP:241
521   11241998           0.00   199848 17977-728-01299-8
560   11251998           0.00   199848 31377-329-77500-8 NEW ASED:12071998
706R  01311998      11,894.97-  199848 17354-493-90057-2 XR:10 199712  SC:17
                                                            X-REF PLAN:000
300   12211998           0.00   199849 17347-735-70000-8 USE DEF CODE 'A'
421   12211998           0.00   199849 17347-735-70000-8
701   01311998      11,894.97   199850 17324-744-00101-8
586   12281998           0.00   199850 17324-744-00101-8
           XR:34-0451060   10 199712     X-REF PLAN:000 EXCESS COLL IND: 0
706R  10311998     241,285.97-  199851 17347-735-70000-8 XR:01 199809  SC:17
                                                            X-REF PLAN:000
570   10311998           0.00   199903 17324-765-00100-8
701   10311998     241,285.97   199903 17324-765-00100-8
586   02011999           0.00   199903 17324-765-00100-8
           XR:34-0451060   01 199809     X-REF PLAN:000 EXCESS COLL IND: 0
570   09151988           0.00   199907 17324-436-00219-9
700   09151988  10,218,884.00-  199907 17324-436-00219-9
```

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:57 PM

```
BMFOLT34-0451060 02198706000   BMF TAX MODULE      NM CTRL:PARK
49354-568-98000-5                                            UP-CYC:44

TRANS DATE            AMOUNT           CYCLE  DLN                  VARIABLE DATA
586  03011999                   0.00   199907 17324-436-00219-9
          XR:34-0451060    02 198806          X-REF PLAN:000 EXCESS COLL IND: 0
700  09151989             4,872.82-  199907 17324-436-00220-9
586  03011999                   0.00   199907 17324-436-00220-9
          XR:34-0451060    02 198806          X-REF PLAN:000 EXCESS COLL IND: 0
197  03011999         13,147,274.87-  199907 17347-735-70000-8
340  03081999            601,541.75   199908 17354-439-18003-9 INT TO DT:03151995
     2% TRIGGER DATE: 08141991
290  03081999                   0.00   199908 17354-439-18003-9 USE DEF CODE 'A'
770  02121999            744,281.07-  199911 31345-043-20000-9
840  02121999          3,504,438.34   199911 31345-043-20000-9
    CRD INT:    $744,281.07- EMP NUMBER:0000000000  BYPASS:00
  REFUND SCHED #:                       RCI:0
386  03291999                   0.04   199911 17354-439-18003-9
341  05282001              9,107.03-  200120 29354-527-15019-1 INT TO DT:03151995
290  05282001                   0.00   200120 29354-527-15019-1 USE DEF CODE 'A'
826  03161998              6,209.89   200120 17354-439-18003-9 XR:13 199812 SC:17
                                        X-REF PLAN:000    INT DT:03122001
776  03122001              1,163.93-  200120 17354-439-18003-9
```

Station Name: DLS0149001 Date: 11/1/2005 Time: 1:34:59 PM

BMFOLT34-0451060 02198706000 BMF TAX MODULE NM CTRL:PARK
49354-568-98000-5 UP-CYC:44

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 776 | 05282001 | 1,342.25- | 200120 | 17354-439-18003-9 | |
| 846 | 05282001 | 5,403.32 | 200120 | 17354-439-18003-9 | |
| | CRD INT: | $2,506.18- | | | BYPASS:00 REFUND ULC:34 |
| 961 | 06012001 | 0.00 | 200124 | 17977-558-56811-1 | |
| 770 | 10292001 | 1,638.93- | 200142 | 29354-682-18000-1 | INT TO DT:10202001 |
| 290 | 10292001 | 0.00 | 200142 | 29354-682-18000-1 | USE DEF CODE 'A' |
| 846 | 10292001 | 1,638.93 | 200142 | 29354-682-18000-1 | |
| | CRD INT: | $1,638.93- | | | BYPASS:00 REFUND ULC:34 |
| /341 | 11122001 | 462,145.18- | 200144 | 29354-698-18002-1 | INT TO DT:03151995 |
| 770 | 11122001 | 242,810.70- | 200144 | 29354-698-18002-1 | INT TO DT:11032001 |
| 290 | 11122001 | 0.00 | 200144 | 29354-698-18002-1 | USE DEF CODE 'A' |
| 846 | 11122001 | 704,955.88 | 200144 | 29354-698-18002-1 | |
| | CRD INT: | $242,810.70- | | | BYPASS:00 REFUND ULC:34 |
| 290 | 12102001 | 0.00 | 200148 | 29354-723-98000-1 | USE DEF CODE 'A' |
| 290 | 07112005 | 0.00 | 200526 | 49354-568-98000-5 | USE DEF CODE 'A' |
| 520 | 10112005 | 0.00 | 200542 | 17977-684-00059-5 | CC:73 |