# In the United States Court of Federal Claims

No. 05-1041T

(Filed: February 27, 2006)

```
*************************************** *
                                        *
PARKER HANNIFIN CORPORATION,            *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

**ORDER**

On February 24, 2006, Plaintiff filed an unopposed Motion for Enlargement of Time requesting a 60-day extension, to and including April 28, 2006, within which to respond to the Government's Motion to Dismiss for Lack of Jurisdiction. The Court believes that a 60-day extension is excessive under the circumstances presented, but the Court will allow a 30-day extension. Accordingly, Plaintiff's Motion is GRANTED IN PART, and Plaintiff's response to Defendant's Motion to Dismiss shall be due on or before March 29, 2006. This due date shall not be further extended absent a showing of exceptional and unforeseen circumstances.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge