**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | ) | |
| | ) | **No. 05-1041 T** |
| **Plaintiff,** | ) | |
| | ) | **The Honorable Thomas C. Wheeler** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | | |

---

**AFFIDAVIT OF THERESA REIGER**
**IN SUPPORT OF PLAINTIFF'S RESPONSE TO**
**THE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

---

STATE OF UTAH )
) SS:
COUNTY OF WEBER )

THERESA REIGER, being duly sworn, deposes and says that she has personal knowledge of the facts averred in the following affidavit and that she is competent to testify as to the matters recited herein.

1. Affiant resides in Ogden, Utah. Affiant was employed by the Internal Revenue Service (the "IRS") in various positions, including Tax Accounts Specialist and Management Analyst, from February 1981 through November 1995. In her capacity as a Tax Accounts Specialist and Management Analyst, affiant's responsibilities included, but were not limited to,

reconciling and taking actions necessary to ensure that tax accounts maintained by the IRS were correct, which in some cases required her to recompute and adjust tax, penalty, and interest, and to transfer credit from one tax account or period to another. She was also responsible for analyzing and reviewing large dollar cases, providing assistance and support to IRS district offices regarding complex interest determinations and computations, and providing litigation support to IRS attorneys with respect to the interest implications of cases in the United States Tax Court.

2. In order to adequately carry out her responsibilities as a Tax Accounts Specialist and Management Analyst, affiant was required to have a working knowledge of the procedures used by the IRS for processing assessments, payments, and the application of overpayment credits.

3. Since leaving her position with the IRS, affiant has been employed by PricewaterhouseCoopers LLP as a member of its Managing Accounts Team. In her current position as a Managing Director and leader of PricewaterhouseCoopers LLP's Managing Accounts practice, affiant works with major corporations to determine if the IRS has properly determined the interest and penalties applicable to such corporations. Affiant's current position requires her to work closely with IRS transcripts of account and the IRS processing and posting procedures.

4. Affiant explains the application of an overpayment credit by the IRS to an underpayment of another year as follows:

a. On the transcript of account for the year the overpayment credit originated ("source year"), the manual transferring of the overpayment credit will normally be identified by a transaction code 820 – Credit Transferred. The entry on the transcript of

account will identify the processing cycle in which the transfer of the credit will take place (e.g., processing cycle 199907).

b. A corresponding entry is also made to the taxable year to which the credit is transferred ("application year"). The manual application of an overpayment credit will normally be identified by a transaction code 700 – Credit Applied. The entry on the transcript of account will also identify the processing cycle in which the transfer of the credit will take place (e.g., processing cycle 199907).

c. With respect to the transfer of an overpayment credit from the source year to the application year, the overpayment credit will be considered paid on the application year at the time the credit is applied and posted. The posting date of such a credit transfer to the taxpayer's account is also known as the "23C" date.

d. The IRS produces an internal chart referred to as the IDRS on Line Input Chart ("IDRS chart") which identifies the specific 23C date for each processing cycle. Every event posted to the transcript of account is recorded or posted within a processing cycle. That cycle is reflected on the account transcript to the right of the transaction amount. In order to determine the actual date on which an event is recorded, the processing cycle set forth in the transaction entry must first be identified.

e. Once the processing cycle of the specific transaction entry has been identified, it is necessary to refer to the IDRS chart for the applicable processing year. The IDRS chart will identify the specific 23C date for the applicable processing cycle. This 23C date is the date on which the event was actually posted to the account. In the case of a credit application, the posting date is the date the payment of tax is deemed made.

5. In this specific matter, the affiant determined that the tax decrease for 1988 that created the overpayment credit of $10,218,884 described in paragraph 6, below, did not post to Parker Hannifin Corporation's 1988 account until processing cycle 199906, which has a 23C date of February 22, 1999 (see attached copy of the IRS transcript of account for Parker Hannifin Corporation's 1988 corporate income tax (Form 1120) account, marked as Exhibit A and attached copy of the IDRS chart for 1999, marked as Exhibit C).

6. The affiant further determined from the IRS transcripts of account for Parker Hannifin Corporation's 1987 and 1988 corporate income tax (Form 1120) accounts, that the processing cycle for the transfer of the $10,218,884 overpayment credit out of the 1988 account is cycle 199907 (see attached copy of the IRS transcript of account for Parker Hannifin Corporation's 1988 corporate income tax (Form 1120) account, marked as Exhibit A) and that the processing cycle for the application of the $10,218,884 overpayment credit (transaction code 700) to the 1987 account is cycle 199907 (see attached copy of the applicable page of the IRS transcript of account for Parker Hannifin's 1987 corporate income tax (Form 1120) account, marked as Exhibit B). In referring to the IDRS chart for 1999 (see attached copy of the IDRS chart for 1999, marked as Exhibit C), the affiant determined that for the processing cycle 199907, the 23C date or posting date is March 1, 1999.

7. Thus, the affiant determined that Parker Hannifin Corporation's 1987 overpayment credit of $10,218,884 was allowed and deemed paid on March 1, 1999.

FURTHER AFFIANT SAYETH NAUGHT.

Theresa Reiger

Theresa Reiger

District of Columbia

~~STATE OF UTAH~~ SVD )
) SS:
~~COUNTY OF WEBER~~ SVD )

Sworn to before me and subscribed in my presence this 27th day of March, 2006.

Shirley V. Davis

Notary Public

SHIRLEY V. DAVIS
Notary Public, District of Columbia
My Commission Expires March 14, 2008

001179

EXHIBIT A

```
PAGE NO-0318  TAX PERIOD 02 198806*CONTINUED

                 *BMF MCC TRANSCRIPT-COMPLETE*          EMP NO 05-155-66164

 ACCOUNT NO 34-0451060                    06-20-2005
 NAME CONT- PARK                         CYCLE-200524
*******************************************************************************
                                             MF CAF CODE-

     960R01131997---------------    199701 17977-648-04934-9
                                             MF CAF CODE-

     420R04171997---------------    199717 31377-107-00000-7
                                             AIMS SC-01 PBC-000 SBC-00000 EGC-1235

     961 01311998---------------    199806 17977-434-01273-8
                                             MF CAF CODE-

     341 02221999         487.82-   199906 17347-435-00008-9
                                             TAX MOTIVATED AMT-              0.00
                                             TAX MOTIVATED INT-              0.00
                                                INTEREST TO DT-09151989   MSR-
                                               COMPUTE INT AMT-          0.00
                                             CSED-

     301 02221999 10,223,269.00-    199906 17347-435-00008-9
                                             HC2 DC03 870D          ASED12311996
                                                                          PC  AO
                                             ABSTRACT-886           29,962,686.00-
                                             CSED-

     421 02221999---------------    199906 17347-435-00008-9
                                             DISP CD-   SOURCE-

     570 09151988---------------    199907 17324-436-00008-9
                                             COLCLOS-        CYCLES-

     820 09151988 10,218,884.00     199907 17324-436-00008-9

                                             XREF-34-0451060   02 198706
                                             INTEREST TO DATE-


     820 09151989        4,872.82   199907 17324-436-00009-9

                                             XREF-34-0451060   02 198706
                                             INTEREST TO DATE-


     340 11122001            0.00   200144 29354-698-18003-1
                                             TAX MOTIVATED AMT-              0.00
                                             TAX MOTIVATED INT-              0.00
                                                INTEREST TO DT-09151998   MSR-
                                               COMPUTE INT AMT-          0.00
                                             CSED-

```

****************************CONTINUED ON NEXT PAGE*****************************

JU1171

EXHIBIT B

PAGE NO-0310 TAX PERIOD 02 198706*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 05-155-66164

ACCOUNT NO 34-0451060 06-20-2005
NAME CONT- PARK CYCLE-200524

```
********************************************************************************
     701 01311998      11,894.97   199850 17324-744-00101-8

                                          XREF-34-0451060   10 199712
                                          INTEREST TO DATE-

     706R10311998     241,285.97-  199851 17347-735-70000-8

                                          XREF-             01 199809
                                          INTEREST TO DATE-

     570 10311998---------------   199903 17324-765-00100-8
                                          COLCLOS-        CYCLES-

     701 10311998     241,285.97   199903 17324-765-00100-8

                                          XREF-34-0451060   01 199809
                                          INTEREST TO DATE-

     570 09151988---------------   199907 17324-436-00219-9
                                          COLCLOS-        CYCLES-

     700 09151988 10,218,884.00-   199907 17324-436-00219-9

                                          XREF-34-0451060   02 198806
                                          INTEREST TO DATE-
                                          DESG PAY CD-

     700 09151989       4,872.82-  199907 17324-436-00220-9

                                          XREF-34-0451060   02 198806
                                          INTEREST TO DATE-
                                          DESG PAY CD-

     197 03011999 13,147,274.87-   199907 17347-735-70000-8
                                          REFERENCE AMT-

     340 03081999     601,541.75   199908 17354-439-18003-9
                                          TAX MOTIVATED AMT-            0.00
                                          TAX MOTIVATED INT-            0.00
                                             INTEREST TO DT-03151995   MSR-
                                            COMPUTE INT AMT-        0.00
                                          CSED-

     290 03081999           0.00   199908 17354-439-18003-9
```

****************************CONTINUED ON NEXT PAGE****************************

EXHIBIT C

OSC

Ogden Service Center

# IDRS BULLETIN

Written By: User Support
FAX Number: (801)620-6552

IDRS Bulletin 99-01
January 14, 1999

The IDRS On Line Input Chart in Bulletin No. 98-01 is obsolete as of cycle 9901.

DEAD CYCLES at Master File will be:
IMF- IRAF 9901, 9902, 9903 BMF-EPMF 9901, 9902

| Transaction Released By ** BMF-IMF-IRAF-EPMF THURSDAY | Posted to Cycle | Appear on IDRS As Posted TC's MONDAY | With a 23-C Date of MONDAY |
|---|---|---|---|
| 12-31-98 | 9901 | 01-11-99 | *01-18-99 |
| 01-07-99 | 9902 | *01-18-99 | 01-25-99 |
| 01-14-99 | 9903 | 01-25-99 | 02-01-99 |
| 01-21-99 | 9904 | 02-01-99 | 02-08-99 |
| 01-28-99 | 9905 | 02-08-99 | *02-15-99 |
| 02-04-99 | 9906 | *02-15-99 | 02-22-99 |
| 02-11-99 | 9907 | 02-22-99 | 03-01-99 |
| 02-18-99 | 9908 | 03-01-99 | 03-08-99 |
| 02-25-99 | 9909 | 03-08-99 | 03-15-99 |
| 03-04-99 | 9910 | 03-15-99 | 03-22-99 |
| 03-11-99 | 9911 | 03-22-99 | 03-29-99 |
| 03-18-99 | 9912 | 03-29-99 | 04-05-99 |
| 03-25-99 | 9913 | 04-05-99 | 04-12-99 |
| 04-01-99 | 9914 | 04-12-99 | 04-19-99 |
| 04-08-99 | 9915 | 04-19-99 | 04-26-99 |
| 04-15-99 | 9916 | 04-26-99 | 05-03-99 |
| 04-22-99 | 9917 | 05-03-99 | 05-10-99 |
| 04-29-99 | 9918 | 05-10-99 | 05-17-99 |
| 05-06-99 | 9919 | 05-17-99 | 05-24-99 |
| 05-13-99 | 9920 | 05-24-99 | *05-31-99 |
| 05-20-99 | 9921 | *05-31-99 | 06-07-99 |
| 05-27-99 | 9922 | 06-07-99 | 06-14-99 |
| 06-03-99 | 9923 | 06-14-99 | 06-21-99 |
| 06-10-99 | 9924 | 06-21-99 | 06-28-99 |
| 06-17-99 | 9925 | 06-28-99 | *07-05-99 |

*HOLIDAY ** Transactions must be released from the "QR File" Thursday to meet cycles shown above.

(Rev. 12-98)