**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-1041 T** |
| **v.** | ) | **The Honorable Thomas C. Wheeler** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from April 12, 2006, to and including May 12, 2006, within which to file its reply in support of its motion to dismiss. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

The basis of our motion to dismiss was that plaintiff had failed timely to file an administrative claim for refund. Whether plaintiff in fact timely filed an appropriate claim depends, in part, on interpretation of records of the Internal Revenue Service which record assessments, payments, credits and the like for the years here in issue. Plaintiff's opposition asserts that proper interpretation of those records shows the filing of a timely claim. Employees of the Internal Revenue Service, familiar with such matters, are currently in the process of reviewing the records, and plaintiff's interpretation of them, in order to advise defendant's attorneys regarding a proper response. The time requested herein is necessary for them to

complete their work, and for defendant's attorneys to prepare the Government's reply, based on that information.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Acting Chief, Court of Federal Claims Section*

April 11, 2006

s/ David Gustafson
Of Counsel