# In the United States Court of Federal Claims

No. 05-1041T

(Filed: April 12, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| PARKER HANNIFIN CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

**ORDER**

On April 11, 2006, Defendant filed an unopposed Motion for Enlargement of Time requesting a 30-day extension, to and including May 12, 2006, within which to file a reply in support of Defendant's Motion to Dismiss for Lack of Jurisdiction. In this tax refund case, Defendant asserts in its motion to dismiss that plaintiff failed to file a timely administrative claim for refund.

As grounds for its time extension request, Defendant states that "[e]mployees of the Internal Revenue Service, familiar with such matters, are currently in the process of reviewing the records, and plaintiff's interpretation of them, in order to advise defendant's attorneys regarding a proper response." (Motion, at 1). Defendant further states that "[t]he time requested is necessary for [the IRS employees] to complete their work, and for defendant's attorneys to prepare the Government's reply, based on that information." Id. at 1-2.

Under the circumstances, the Court believes that a 30-day time extension would be excessive. The Court ordinarily would presume that a party has researched the underlying facts before filing a motion. In those instances where an opposing party offers new facts in its response that adequately answer a motion's allegations, the moving party always has an option of withdrawing the motion so that proceedings may move forward. Defendant already

has had 14 days to prepare a reply as allowed by the Court's rules. COFC Rule 7.2(c). If Defendant's attorneys want additional time to consult with employees of the IRS and prepare their reply, they should do so on an expedited basis. The Court will allow a 14-day extension, to and including April 26, 2006, for Defendant to file its reply. Accordingly, Plaintiff's Motion is GRANTED IN PART.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge