IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | No. 05-1041 T |
| Plaintiff, | ) | |
| v. | ) | The Honorable Thomas C. Wheeler |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF MARLENE F. HAINLEY
IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

I, Marlene F. Hainley, being duly sworn, under oath, hereby depose and state:

1. Affiant is currently employed by the Internal Revenue Service ("IRS") at the Cincinnati Service Center, and has been employed at the Cincinnati Service Center for approximately 20 years. Initially, affiant was employed as a technician in the Interim Revenue Accounting Control System ("IRACS") department. Approximately five to six years ago, affiant moved into management, and was rotated as a manager among various accounting departments in the Revenue Accounting System at the Cincinnati Service Center. Approximately one and one-half years ago, affiant returned to the IRACS department and is currently a Team Manager for one of the teams in the IRACS department.

2. The Revenue Accounting System at the Cincinnati Service Center is divided into eight subsystems (IRM 3.0.257.1.3 (2)):

    a. Interim Revenue Accounting Control System (IRACS)

    b. Federal Tax Deposit (FTD)

c. Integrated Data Retrieval System (IDRS)

d. Master File (MF)

e. Automated Non-Master File (ANMF)

f. Centralized Accounting Activity (CAA)

g. Electronic Federal Tax Payment System (EFTPS)

h. Integrated Submission and Remittance Processing (ISRP)

3. IRACS is part of the Revenue Systems Office, which office reports to the Associate Chief Financial Officer for Revenue Financial Managements of the Internal Revenue Service. The Revenue Systems Office is responsible for performing all journal activities to produce timely and accurate reports for the Department of the Treasury. IRM 1.1.21.1.6.2. To maintain accounting control, every tax transaction that involves money is journalized by debiting and crediting the General Ledger accounts. IRM 3.17.10.1.

4. IRACS controls and reports all financial activities of the Service's Tax Processing System, including taxes owed, collected and refunded. This system maintains the Service's accountability, and it interacts and touches all of the processing, examination, and collection systems in the Submission Processing Centers ("SPC", or Service Centers). IRM 1.31.7.3.1.

5. One of the processing systems that the IRACS interacts with is the Integrated Data Retrieval System (IDRS). IDRS is a computer system with the capability to instantaneously retrieve or update stored information. IRM 3.17.10.1.

6. The Business Master File ("BMF") transcript of account for Parker Hannifin for the income tax period ended June 30, 1988 ("8806") shows an abatement of tax

(transaction code 301) in the amount of $10,223,269. (See attached Exhibit A). This abatement is supported by a source document assigned a document locator number ("DLN") of 17347-435-00008-9. The DLN is a controlled number that is assigned to every return or document that is input through the Automatic Data Processing System ("ADP"). The DLN for this transaction reveals the following information concerning the source of the overpayment:

a) The first two digits, 17, indicate that the document is located in the Cincinnati Campus (Service Center).

b) The third digit, 3, indicates that the tax class is the corporate income tax.

c) The fourth and fifth digit, 47, is the document code and indicates that this is an examination adjustment.

d) The sixth, seventh and eighth digit, 435, represent the control (Julian) date which, in the case of remittances received with a return or payment documents, could be the deposit date. The control date for IDRS processing systems is incremented in 400 to avoid duplicate DLNs, so 400 must be subtracted from 435 to determine the control date. In this case, the Julian control date of 35 indicates a control date of February 4, 1999.

e) The ninth through the thirteenth digits indicate where the document is filed (by block and serial number within the block).

f) The fourteenth digit, 9, is the last digit of the year that the DLN was assigned. This digit is computer generated.

7. The BMF transcript of account for Parker Hannifin for the income tax period ended June 30, 1987 ("8706") shows an application of an overpayment from the 8806 tax period (transaction code 700) in the amount of $10,223,269. (See attached Exhibit B). This transfer is supported by a source document assigned a document locator number ("DLN") of 17324-436-00220-9. The Julian date in the DLN indicates that the control date for this transaction is February 5, 1999.

8. The source document for the $10,223,269 abatement to the 8806 tax period, DLN 17347-435-00008-9, is attached as Exhibit C. This document is a BMF-IDRS Transaction Record. This record, generated on February 4, 1999, indicates that the abatement request was input on February 2, 1999, by IDRS Operator Employee Number 3180918727. Though input on February 2, 1999, the control date is February 4, 1999 since that is the date that the transaction was updated on the IDRS system. The BMF-IDRS Transaction Record is further supported by a Form 5344, Examination Closing Record, which recommended the abatement and is attached as Exhibit D.

9. To process abatements, the signature of a certifying officer is required. Abatements are supported by the legal document Form 2188, Voucher and Schedule of Overpayment and Overassessment. The Form 2188, Voucher and Schedule of Overpayment and Overassessment is also referred to as a RACS Report 024.

10. The entry into the BMF-IDRS of the abatement request, documented at DLN 17347-435-00008-9, would have automatically generated a Form 2188, Voucher and Schedule of Overpayment and Overassessment in cycle 199906 as indicated from the IDRS transcript . The Form 2188 (RACS Report 024) for cycle 199906 would

have been pulled on February 19, 1999, and signed on the following Monday. Accordingly, the Form 2188 would have been signed on February 22, 1999 by ACO Operations Manager Beverly S. Nadermann.

11. The affiant was asked to locate the Form 2188 supporting the abatement of the $10,223,269 on the 8806 account. Unfortunately, the underlying Form 2188 has been destroyed, in accordance with the Service's record retention and destruction policies. Attached as Exhibit E is the Form 11223, dated January 8, 2001, which forwarded Form 2188 Abatement Accounting Records, for the inclusive period January, 1999 through December, 1999, to the Facilities Management Branch for storage. Vouchers and Schedules of Payment are scheduled for destruction 6 years and 3 months after the period of the account. A copy of IRM Ex. 1.15.29-1 ¶ 163(a) is attached hereto as Exhibit F. Accordingly, the Form 2188 supporting this subject abatement has been destroyed.

12. Based upon the BMF-IDRS source document (Exhibit C) and the Automatic Data Processing systems in place, the affiant determined that the Form 2188, Voucher and Schedule of Overpayment and Overassessments for the $10,223,269 overpayment on the 8806 account was signed on February 22, 1999. Thus, the affiant determined that the $10,223,269 overpayment for 8806 was allowed on February 22, 1999.

Marlene F. Hainley

Marlene F. Hainley

SUBSCRIBED AND SWORN

BEFORE ME THIS 20

DAY OF April, 2006

Cassandra L. Vessalo

CASSANDRA VESSALO
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
MY COMMISSION EXPIRES MAY 7, 2008

PAGE NO-0006 TAX PERIOD 02 198806*CONTINUED

*BMF MCC TRANSCRIPT-SPECIFIC* EMP NO 02-155-05977

ACCOUNT NO 34-0451060 11-04-2005
NAME CONT- PARK CYCLE-200544
****************************************************************************************************

341 02221999 487.82- 199906 17347-435-00008-9
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT-09151989 MSR-
COMPUTE INT AMT- 0.00
CSED-

301 02221999 10,223,269.00- 199906 17347-435-00008-9
HC2 DC03 870D ASED12311996
PC AO
ABSTRACT-886 29,962,686.00-
CSED-

421 02221999--------------- 199906 17347-435-00008-9
DISP CD- SOURCE-

570 09151988--------------- 199907 17324-436-00008-9
COLCLOS- CYCLES-

820 09151988 10,218,884.00 199907 17324-436-00008-9

XREF-34-0451060 02 198706
INTEREST TO DATE-

820 09151989 4,872.82 199907 17324-436-00009-9

XREF-34-0451060 02 198706
INTEREST TO DATE-

340 11122001 0.00 200144 29354-698-18003-1
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT-09151998 MSR-
COMPUTE INT AMT- 0.00
CSED-

290 11122001 0.00 200144 29354-698-18003-1 X
HC4 ARC INTD PC
CORRESPONDDT-07221998 CREDIT DT-
REFUND STATUTE CONTROL DT-
AMD CLMS DT- CIS MF IND-0
CSED-

MF STAT-04 10311988 EXT DT-03151989 198842
MF STAT-03 04241989 6 NOTICE AO- 198917

*****************************CONTINUED ON NEXT PAGE*****************************

EX. A

BMFOLT34-0451060 02198706000 BMF TAX MODULE NM CTRL:PARK
19354-568-98000-5 UP-CYC:13

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 301 | 09141998 | 1,150,000.00- | 199835 | 17347-637-78000-8 | USE DEF CODE 'A' |
| 520R | 09031998 | 0.00 | 199836 | 31377-246-77500-8 | CC:72 AP/BK/CDP:241 |
| 521 | 11241998 | 0.00 | 199848 | 17977-728-01299-8 | |
| 560 | 11251998 | 0.00 | 199848 | 31377-329-77500-8 | NEW ASED:12071998 |
| 706R | 01311998 | 11,894.97- | 199848 | 17354-493-90057-2 | XR:10 199712 SC:17 X-REF PLAN:000 |
| 300 | 12211998 | 0.00 | 199849 | 17347-735-70000-8 | USE DEF CODE 'A' |
| 421 | 12211998 | 0.00 | 199849 | 17347-735-70000-8 | |
| 701 | 01311998 | 11,894.97 | 199850 | 17324-744-00101-8 | |
| 586 | 12281998 | 0.00 | 199850 | 17324-744-00101-8 | |
| | XR:34-0451060 | 10 199712 | | X-REF PLAN:000 EXCESS COLL IND: 0 | |
| 706R | 10311998 | 241,285.97- | 199851 | 17347-735-70000-8 | XR:01 199809 SC:17 X-REF PLAN:000 |
| 570 | 10311998 | 0.00 | 199903 | 17324-765-00100-8 | |
| 701 | 10311998 | 241,285.97 | 199903 | 17324-765-00100-8 | |
| 5[illegible] | 02011999 | 0.00 | 199903 | 17324-765-00100-8 | |
| | XR:34-0451060 | 01 199809 | | X-REF PLAN:000 EXCESS COLL IND: 0 | |
| 570 | 09151988 | 0.00 | 199907 | 17324-436-00219-9 | |
| 700 | 09151988 | 10,218,884.00- | 199907 | 17324-436-00219-9 | |

PAGE 005 OF 007 BMFPG 006

EX B

TIN 34-0451060 TSC I DLN 17 3 47 - 435 - 000 08 - 9
MFT 02 PERIOD 198806 INPUT 02-02-1999 EMPL.NO 3180918727
NAME CONTROL PARK CYC DELAY CD 0 TRI SEQUENCE NO 0005
INT DT 00-00-0000 PRI CD HOLD CD 2 APPL CD DISP CD 03 EXAM RECM

TRANSACTION CODES AND AMOUNTS

| | | | | |
|---|---|---|---|---|
| 301 | 10,223,269.00- | 341 | 487.82- | .00 |
| | .00 | | .00 | .00 |

REF NUMBERS AND AMOUNTS/NO CHANGE ISSUE CODES

| | | | |
|---|---|---|---|
| 886 | 29,962,686.00- | .00 | .00 |
| | .00 | .00 | .00 |
| | .00 | .00 | |

SETTLEMENT AMT AIMS RESULT AMT 10,263,555.00-
AGREEMENT DT - - CLAIM REJECTION DT - - ASED 12-31-1996
INT TO DT 09-15-1989 2% INT DT - - 30/90 DT - -
30/90 AMT
DMF AGENCY CD MATH ERROR CD
TXPR CORRESPONDENCE DT - - CREDIT INT DT - -

CF5147



ExC

A—☐ CC TSCLS
P1-6 CC AMCLS__
F—Partial closure
U—Unpostable
I—IRA
P47-48 E

# Examination Closing Record

References: IRM 48(13)1 48(13)2 3(25)(86)0

| Field | Entry |
|---|---|
| P7-18 TIN | 34-0451060 |
| P21-22 MFT | 02 |
| P24-27 | 198806 |
| P29-32 | PARK |
| B—Name | PARKER HANNIFAN |
| C—Operator Employee No. | 31809 18727 |
| Date | 02/02/1999 |
| E—Document Locator Number | |
| E—Rej | |
| G—Cor. | |
| Batch Position Indicator (NMF) | |
| P34 | |
| P36-38 Block Number | 00X |
| Override DO Code | |
| P40-41 | |
| P43-45 Sequence Number | 005 |
| Individual Retirement Account—IRA 01- | MFT 0 29 |
| Penalty Reason Code 02- | |
| Letter Date 03- | |
| Letter Amount 04- | |
| 2% Interest Date 05- | |
| Debit Interest "To" Date 6A- | 09151999 |
| Credit Interest "To" Date 6B- | |
| Compute Interest Amount 6C- | |
| Hold Code 07- | 2 Remarks: OFFSET |
| Agreement Date 08- | |
| Priority Code 09- | |
| Settlement Amount 10- | |
| Interest Computation Date 11- | |

**Penalty and Interest Adjustments**

| 12- | Code | Amount |
|---|---|---|
| 12- | 301 | 10223269.00 − |
| 12- | 341 | 487.82 − |
| 12- | | |
| 12- | | |
| 12- | | |
| 12- | | |
| 12- | | |
| 12- | | |

| Field | Entry |
|---|---|
| Disposal Code 13- | 03 |
| Statute Extended to 14- | 12311996 |

**Credit and Tax Computation Adjustments**

| 15- | Ref. No. | Amount |
|---|---|---|
| 15- | 886 | 29962686.00 − |
| 15- | | |
| 15- | | |
| 15- | | |
| 15- | | |
| 15- | | |
| 15- | | |
| 15- | | |

**APPEALS SECTION**

| Field | | Entry |
|---|---|---|
| Appeals Office Code | 16- | |
| Unagreed Amt Appealed/Petitioned | 18- | |
| Claim Rejn Date | 20- | |

**REVENUE BASE PROTECTION SECTION**

| Field | | Entry |
|---|---|---|
| Amount Claimed | 21- | 9581306 |
| Dollars Protected | 22- | 0 |
| RBP Hours | 23- | 58 (Whole hours only/do not include time entered in item 28.) |
| Claim Type | 24- | K |

| Field | | Entry |
|---|---|---|
| Examiner's Time | 28- | 3983 0/10 (Do not include time entered in item 23) |
| Organization Code | 29- | 1201 |
| Examination Technique | 30- | 3 |
| Examiner's Grade | 31- | 13 |
| Grade of Case | 32- | 131 (Related Return = R) |
| | 33- | BASA//AJ |
| Adjustment Amount | 34- | |
| Manual Assessment Amount | 35- | |
| Hash Total | 36- | 40088242812 − |

Include in hash total all items in shaded areas as follows:: P24-27, 12, 15, 18, 21, 22, 23, 28, 34, 35, 402, 403, 404c, 404d. For items 12 and 15, include only the amounts to the right of the transaction code and ignore the decimal point.

| Field | | Entry |
|---|---|---|
| Delinquent Return | 37- | (T = Taxpayer and Return, R = Return) |
| Fraud | 38- | (C = Civil, F = Criminal) |
| Disclosure Code | 39- | |
| Project Code | 40- | |
| No. Change Issue Codes: MFT 30 only—Required entry for no change or no change with adjustment cases. | 41- a. b. c. d. | |
| CEP Case Enter L | 400- | L |
| Whipsaw Indicator | 401- | |

G—☐ See Reverse Side

I—Reviewer Date

J—CATP Case ☐ Yes

K—Tax Examiner BNJ Date 020298

**Exhibit 1.15.29-1 (Cont. 40) (07-01-2005)**

**Records Control Schedule for Tax Administration - Wage and Investment Records**

| | | |
|---|---|---|
| 161. | *Accounting Journals and Abstracts* including Form 8166, Input Reconciliation Sheet and Form 8167, Supplemental Input Reconciliation Sheet Relating to Non-Assessment Documents. (Job No. N1–58–87–6, Item 161) | (a) **Retire** to Federal Records Center when 1 year old. (Job No. N1–58–87–6, Item 161) (P&I 3/22/99)<br>(b) **Destroy** 6 years and 3 months after period covered by the account. (Job No. NC1–GRS–81–12, Item 1) |
| 162. | *Tax Transfer Vouchers and Excess Collection Posting Document* (Forms 514–B, 2424, 3413, 3456, 3552, 3731, and 8809 for other than transfer to the Unidentified Remittance File [Account 4620]). Vouchers and Posting Documents prepared to effect the transfer of an assessment. This item also relates to credit transfer vouchers used to transfer credit entries on tax accounts between Area Directors. | |
| | (1) Open or unapplied excess collection documents. (Job No. NC1–58–82–9, Item 162) | (a) **Retire** to Federal Records Center 5 years after end of processing year.<br>(b) **Destroy** 30 years after end of processing year. |
| | (2) Closed excess collection documents. (Job No. NC1–58–82–9, Item 162) | (a) **Retire** to Federal Records Center 1 year after end of processing year.<br>(b) **Destroy** 5 years after end of processing year. |
| | (3) Tax Transfer Vouchers (Form 514–B) and Excess Collection Posting Documents. (Job No. N1–58–94–4) (P&I 3/22/99) | (a) **Retire** to FRC 1 year after period covered by account.<br>(b) **Destroy** 6 years after period covered by accounts. |
| | (4) Credit Transfer Voucher (Form 2158). Credit Transfer Vouchers used to transfer NMF Form 1042 transactions to other service centers. (Job No. N1–58–94–4) | (a) **Retire** to Federal Records Center 1 year after internal audit of accounts.<br>(b) **Destroy** 6 years after internal audit of accounts. |
| X ** 163. | *Vouchers, Schedules of Payments, and Certificate of Settlement (GAO–39). (Job No. N1–58–87–6, Item 163)* | (a) **Destroy** 6 years, 3 months after the period of the account. (Job No. NC1–58–82–9, Item 163) |
| | (2) All Paid Copies: (Job No. NC1–58–85–10, Item 163) | (a) **Retire** to Federal Records Center 2 years from closing date of last period audited. |



Ex E