# In the United States Court of Federal Claims

No. 05-1041T

(Filed: April 27, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| PARKER HANNIFIN CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

In light of the new factual predicate for Defendant's Motion to Dismiss the Complaint for Lack of Jurisdiction, first raised in Defendant's April 26, 2006 Reply, the Court hereby affords Plaintiff the opportunity to submit a further response to Defendant's new factual predicate within 14 days, on or before May 10, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge