**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-1041 T** |
| | ) | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR SUSPENSION OF PROCEEDINGS**

The parties hereby jointly[1/] move for an indefinite suspension of proceedings, with joint status reports to be filed on September 1, 2006, and every 90 days thereafter setting forth the progress made by the parties to resolve this case. This is the first suspension requested.

The Complaint raises legal questions which counsel for the parties believe to be substantially similar to those decided by this court in *FleetBoston Financial Corp. v. United States*, 68 Fed. Cl. 177 (2005), *appeal docketed*. In that case, plaintiff-appellant filed its first brief before the Federal Circuit on April 14, 2006, and the Government's brief is presently due to be filed June 29. Counsel for the parties believe that the Federal Circuit's decision in *FleetBoston* is likely to control resolution of the instant case or, at the very least, to make an agreed resolution of this case considerably more likely. Accordingly, to avoid the inefficient use

[1/] While this motion has been executed only by defendant's attorneys, it has been reviewed and approved as a joint submission by plaintiff's attorneys.

of resources that would result if the parties continued to prepare for trial, the parties hereby request that the proceedings in this case be suspended indefinitely, pending the outcome of *FleetBoston*.

The parties suggest that they file Joint Status Reports on September 1, 2006, and every 90 days thereafter setting out the status of *FleetBoston*. The parties suggest further that if at any time either concludes that the case cannot be resolved by agreement, that party may file a motion to lift the suspension of proceedings, and defendant's answer shall be due 45 days after the suspension is lifted.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

April 26, 2006

s/ David Gustafson
Of Counsel