# In the United States Court of Federal Claims

No. 05-1041T

(Filed: June 15, 2006)

*************************************** *
*
PARKER HANNIFIN CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On June 12, 2006, counsel for the parties filed a Joint Motion for Suspension of Proceedings. The parties request that this case be stayed pending resolution of FleetBoston Financial Corp. v. United States, 68 Fed. Cl. 177 (2005), an appeal currently docketed before the United States Court of Appeals for the Federal Circuit. The parties believe that "the Federal Circuit's decision in FleetBoston is likely to control resolution of the instant case or, at the very least, to make an agreed resolution of this case considerably more likely." Joint Motion at 1. Accordingly, for good cause shown, this case is hereby stayed pending the resolution of FleetBoston. The parties shall file a Joint Status Report on September 1, 2006, and every 90 days thereafter. Defendant's Answer shall be due 45 days after the stay is lifted.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge