**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 05-1041 T** |
| | § | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Order of June 15, 2006, suspending the instant case pending resolution of *FleetBoston Financial Corp. v. United States*, 68 Fed. Cl. 177 (2005), on appeal, Fed. Cir. No. 06-5032, the parties provide the following report respecting the status of that case.

Briefing of *FleetBoston* to the Federal Circuit was completed in early August, with the filing of plaintiff-appellant's reply brief. Oral argument has not yet been scheduled.

Pursuant to the Order of June 15, 2006, the parties will report again on or before November 30, 2006.

Respectfully submitted,

September 1, 2006

s/ William R. Stewart

WILLIAM R. STEWART
*Attorney of Record*
*Thompson Hine LLP*
*3900 Key Center*
*127 Public Square*
*Cleveland, OH 44114*
*Voice: (216) 566-5580*
*Fax: (216) 566-5800*
*Email: William.Stewart@ThompsonHine.com*

Attorney for Plaintiff

September 1, 2006

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

September 1, 2006

s/ David Gustafson

Of Counsel

Attorneys for Defendant