**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 05-1041 T** |
| | § | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Order of June 15, 2006, suspending the instant case pending resolution of *FleetBoston Financial Corp. v. United States*, 68 Fed. Cl. 177 (2005), on appeal, Fed. Cir. No. 06-5032, the parties provide the following report respecting the status of that case.

Briefing of *FleetBoston* to the Federal Circuit was completed in early August, 2006, with the filing of plaintiff-appellant's reply brief. Oral argument was heard on December 5, 2006.

Pursuant to the Order of June 15, 2006, the parties will report again on or before May 29, 2007.

Respectfully submitted,

February 28, 2007

s/ William R. Stewart

WILLIAM R. STEWART
*Attorney of Record*
*Thompson Hine LLP*
*3900 Key Center*
*127 Public Square*
*Cleveland, OH 44114*
*Voice: (216) 566-5580*
*Fax: (216) 566-5800*
*Email: William.Stewart@ThompsonHine.com*

Attorney for Plaintiff

February 28, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

February 28, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant