**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 05-1041 T** |
| | § | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Order of June 15, 2006, suspending the instant case pending resolution of *FleetBoston Financial Corp. v. United States*, 68 Fed. Cl. 177 (2005), on appeal, Fed. Cir. No. 06-5032, the parties provide the following report respecting the status of that case.

On April 19, 2007, the Federal Circuit affirmed the decision of the Court of Federal Claims. Pursuant to Rule 40(a)(1) of the Federal Rules of Appellate Procedure, taxpayer in that case has 45 days after entry of judgment within which to file a petition for rehearing, making such a paper due no earlier than June 4, 2007. If no petition for rehearing is filed, then pursuant to 28 U.S.C. § 2101(c), the taxpayer in that case has 90 days after the entry of judgment within which to seek Supreme Court review.

Pursuant to the Order of June 15, 2006, the parties will report again on or before August 27, 2007.

Respectfully submitted,

May 25, 2007

s/ William R. Stewart

WILLIAM R. STEWART
*Attorney of Record*
*Thompson Hine LLP*
*3900 Key Center*
*127 Public Square*
*Cleveland, OH 44114*
*Voice: (216) 566-5580*
*Fax: (216) 566-5800*
*Email: William.Stewart@ThompsonHine.com*

Attorney for Plaintiff

May 25, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

May 25, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant