**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 05-1041 T** |
| | § | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Order of June 15, 2006, suspending the instant case pending resolution of *FleetBoston Financial Corp. v. United States*, 68 Fed. Cl. 177 (2005), affirmed, 483 F.3d 1345 (Fed. Cir. 2007), the parties provide the following report respecting the status of that case.

On June 4, 2007, taxpayer in that case filed a petition for rehearing, which was denied on June 25. The Mandate of the Court of Appeals issued on July 7. Pursuant to 28 U.S.C. § 2101(c), the taxpayer in that case has 90 days from July 7 within which to seek Supreme Court review.

Pursuant to the Order of June 15, 2006, the parties will report again on or before November 26, 2007.

Respectfully submitted,

August 27, 2007

s/ William R. Stewart
WILLIAM R. STEWART
*Attorney of Record*
*Thompson Hine LLP*
*3900 Key Center*
*127 Public Square*
*Cleveland, OH 44114*
*Voice: (216) 566-5580*
*Fax: (216) 566-5800*
*Email: William.Stewart@ThompsonHine.com*

Attorney for Plaintiff

August 27, 2007

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

August 27, 2007

s/ David Gustafson
Of Counsel

Attorneys for Defendant