**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PARKER HANNIFIN CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 05-1041 T** |
| | § | **The Honorable Thomas C. Wheeler** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

It is hereby stipulated by the parties to the above-captioned case that the Complaint be dismissed, with prejudice, each party to bear its own costs, including any possible claim for attorneys fees.

Respectfully submitted,

November 26, 2007

s/ William R. Stewart

WILLIAM R. STEWART
*Attorney of Record*
*Thompson Hine LLP*
*3900 Key Center*
*127 Public Square*
*Cleveland, OH 44114*
*Voice: (216) 566-5580*
*Fax: (216) 566-5800*
*Email: William.Stewart@ThompsonHine.com*

Attorney for Plaintiff

November 26, 2007

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

November 26, 2007

s/ David Gustafson

Of Counsel

Attorneys for Defendant